UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                    Case No. 20-15954-RAM
                                                                          Chapter 13
PHUONG MIMI NGUYEN,

    Debtor.
_____/

MELANIE ADAMS, individually and on behalf           Adv. Case No. 20-01350-RAM
of her minor daughter, TAYLOR ADAMS,
    Plaintiff,
vs.

PHUONG MIMI NGUYEN,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, PHUONG MIMI NGUYEN, by and through undersigned counsel, files her answer and affirmative defenses to the complaint and states:

1. Defendant admits the allegations in paragraphs 1 and 2.

2. Defendant denies the remainder of the allegations and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a cause of action under 11 U.S.C. § 523(a)(2). Defendant did not, directly or indirectly, engage in and/or participate in false pretenses, false representation or actual fraud.

WHEREFORE, Defendant, PHUONG MIMI NGUYEN, requests that the court find

that any debt owed to Plaintiff is dischargeable, that Plaintiff take nothing in this action, that the Court enter judgment against Plaintiff and in favor of Defendant and for another relief the court deems appropriate.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on December 19, 2020 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

/s/ Ricardo A. Rodriguez
Ricardo A Rodriguez, Esq.
Rodriguez Law, P.L.
900 West 49th Street, Suite 505
Hialeah, FL 33012
Tel: 305-262-8226 / Fax: 305-262-8229
Email: ricardo@rdgzlaw.com
***Service Email: mail@rdgzlaw.com***
FBN: 0496901