UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 20-15954-RAM

ADVERSARY NO. 20-01350-RAM

MELANIE ADAMS, individually and
on behalf of her minor daughter, TAYLOR
ADAMS,

    Creditors/Plaintiffs,

v.

PHUONG MIMI NGUYEN,

    Debtor/Defendant,
_____/

**PLAINTIFFS' EXHIBIT LIST**
**TRIAL DATE: APRIL 28, 2021 at 9:30 a.m.**

| Exh. # | DOCUMENT DESCRIPTION | DATE IDENTIFIED | *DATED ADMITTED* | *WITH OR WITHOUT OBJECTION* |
|---|---|---|---|---|
| 1 | Estimate from Kitchens By Us to "GC-Mimi-Green Paradise" dated October 5, 2016 for, *inter alia*, Plaintiffs' kitchen cabinets. | | | |
| 2 | Checks written by Plaintiff, Melanie Adams, made payable to Debtor dated September 12, 2016, October 12, 2016, December 17, 2016, December 29, 2016, | | | |

APPENDIX A

|   |   |   |   |   |
|---|---|---|---|---|
|   | and December 31, 2016. |   |   |   |
| 3 | New Concept Invoice dated December 29, 2016. |   |   |   |
| 4 | Checks written by Plaintiff, Melanie Adams, made payable to New Concept dated January 13, 2017 and January 15, 2017. |   |   |   |
| 5 | Miami-Dade County Office of the Property Appraiser detailed report for Defendant's property located at 9219 SW 123 Avenue Court, Miami, Florida 33186. |   |   |   |
| 6 | Checks written by Plaintiff, Melanie Adams, to Debtor's subcontractors dated September 27, 2016, October 12, 2016, October 19, 2016, January 3, 2017, January 13, 2017, January 14, 2017, February 11, 2017, and May 17, 2017. |   |   |   |
| 7 | Text messages between Plaintiff, Melanie Adams, and Debtor. |   |   |   |
| 8 | Miami-Dade County e-permit record for property located at 14016 SW 132 Avenue, Miami, Florida 33186. |   |   |   |

APPENDIX A

| | | | | |
|---|---|---|---|---|
| 9 | E-mails between the Plaintiff, Melanie Adams, and Debtor. | | | |
| 10 | Miami-Dade County Building Department/Department of Regulatory and Economic Resources notice of insurance expiration of New Concept. | | | |
| 11 | Miami-Dade County Contractor License Information of New Concept and Florida Department of Corporations (SunBiz) corporate information of New Concept. | | | |
| 12 | Debtor's State of Florida certified general contractor license information. | | | |
| 13 | Debtor's company, Green Paradise LLC's insurance policy for August 24, 2016 to August 24, 2017. | | | |
| 14 | Debtor's company, Green Paradise Landscaping LLC's insurance policy for March 23, 2019 to March 23, 2020. | | | |
| 15 | E-mails between Plaintiff, Melanie Adams, and Debtor. | | | |
| 16 | Debtor's deposition dated June 4, 2018 in | | | |

APPENDIX A

| | | | | |
|---|---|---|---|---|
| | the matter of *Melanie Adams and Taylor Adams v. Mimi Nguyen, et al., Case No.: 2018-006210-CA-01* in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida. | | | |
| 17 | Debtor's deposition dated February 16, 2021 in the instant action. | | | |
| 18 | Florida Department of Corporations (SunBiz) corporate information of Design by Mimiyoko, LLC. | | | |
| 19 | Florida Department of Corporations (SunBiz) corporate information of Green Paradise Landscaping, LLC. | | | |

APPENDIX A

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 15th day of April, 2021, to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing, and to Ricardo A Rodriguez, Esq., FBN: 0496901, Rodriguez Law, P.L., 900 West 49th Street, Suite 505, Hialeah, FL 33012, Tel: 305-262-8226 / Fax: 305-262-8229, Email: ricardo@rdgzlaw.com, *Service Email:* mail@rdgzlaw.com.

                                                By:   /s/ Zachary A. Friedman, Esquire
                                                        FB# 117506
                                                        Friedman and Friedman, P.A.
                                                        Attorneys for Creditors, Melanie and Taylor Adams
                                                        2600 Douglas Rd., Ste. 1011
                                                        Coral Gables, FL  33134
                                                        (305) 446-6485
                                                        (305) 448-7636 fax
                                                        zach@friedmantriallawyers.com
                                                        john@friedmantriallawyers.com

APPENDIX A