UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 20-15954-RAM

ADVERSARY NO. 20-01350-RAM

MELANIE ADAMS, individually and
on behalf of her minor daughter, TAYLOR
ADAMS,

      Creditors/Plaintiffs,

v.

PHUONG MIMI NGUYEN,

      Debtor/Defendant,

_____/

**PLAINTIFFS' EXHIBIT LIST**
**TRIAL DATE: APRIL 28, 2021 at 9:30 a.m.**

| Exh. # | DOCUMENT DESCRIPTION | DATE IDENTIFIED | *DATED ADMITTED* | *WITH OR WITHOUT OBJECTION* |
|---|---|---|---|---|
| 1 | Estimate from Kitchens By Us to "GC-Mimi-Green Paradise" dated October 5, 2016 for, *inter alia*, Plaintiffs' kitchen cabinets. | | | |
| 2 | Checks written by Plaintiff, Melanie Adams, made payable to Debtor dated September 12, 2016, October 12, 2016, December 17, 2016, December 29, 2016, | | | |

APPENDIX A

| | | | | |
|---|---|---|---|---|
| | and December 31, 2016. | | | |
| 3 | New Concept Invoice dated December 29, 2016. | | | |
| 4 | Checks written by Plaintiff, Melanie Adams, made payable to New Concept dated January 13, 2017 and January 15, 2017. | | | |
| 5 | Miami-Dade County Office of the Property Appraiser detailed report for Defendant's property located at 9219 SW 123 Avenue Court, Miami, Florida 33186. | | | |
| 6 | Checks written by Plaintiff, Melanie Adams, to Debtor's subcontractors dated September 27, 2016, October 12, 2016, October 19, 2016, January 3, 2017, January 13, 2017, January 14, 2017, February 11, 2017, and May 17, 2017. | | | |
| 7 | Text messages between Plaintiff, Melanie Adams, and Debtor. | | | |
| 8 | Miami-Dade County e-permit record for property located at 14016 SW 132 Avenue, Miami, Florida 33186. | | | |

APPENDIX A

| 9 | E-mails between the Plaintiff, Melanie Adams, and Debtor. | | | |
| 10 | Miami-Dade County Building Department/Department of Regulatory and Economic Resources notice of insurance expiration of New Concept. | | | |
| 11 | Miami-Dade County Contractor License Information of New Concept and Florida Department of Corporations (SunBiz) corporate information of New Concept. | | | |
| 12 | Debtor's State of Florida certified general contractor license information. | | | |
| 13 | Debtor's company, Green Paradise LLC's insurance policy for August 24, 2016 to August 24, 2017. | | | |
| 14 | Debtor's company, Green Paradise Landscaping LLC's insurance policy for March 23, 2019 to March 23, 2020. | | | |
| 15 | E-mails between Plaintiff, Melanie Adams, and Debtor. | | | |
| 16 | Debtor's deposition dated June 4, 2018 in | | | |

APPENDIX A

| | | | | |
|---|---|---|---|---|
| | the matter of *Melanie Adams and Taylor Adams v. Mimi Nguyen, et al., Case No.: 2018-006210-CA-01* in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida. | | | |
| 17 | Debtor's deposition dated February 16, 2021 in the instant action. | | | |
| 18 | Florida Department of Corporations (SunBiz) corporate information of Design by Mimiyoko, LLC. | | | |
| 19 | Florida Department of Corporations (SunBiz) corporate information of Green Paradise Landscaping, LLC. | | | |

APPENDIX A

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 15th day of April, 2021, to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing, and to Ricardo A Rodriguez, Esq., FBN: 0496901, Rodriguez Law, P.L., 900 West 49th Street, Suite 505, Hialeah, FL 33012, Tel: 305-262-8226 / Fax: 305-262-8229, Email: ricardo@rdgzlaw.com, *Service Email: mail@rdgzlaw.com*.

By:   /s/ Zachary A. Friedman, Esquire
FB# 117506
Friedman and Friedman, P.A.
Attorneys for Creditors, Melanie and
Taylor Adams
2600 Douglas Rd., Ste. 1011
Coral Gables, FL  33134
(305) 446-6485
(305) 448-7636 fax
zach@friedmantriallawyers.com
john@friedmantriallawyers.com

APPENDIX A

## **Exhibit Cover Sheet**

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

### **United States Bankruptcy Court
Middle District of Florida**

**Dated        _____  , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

# EXHIBIT 1

**Kitchens By Us**
**705 West 28th St**
**Hialeah, FL. 33010**
**Phone: 305-597-9881  Fax: 305-593-1628**

## Estimate

| Date | Estimate # |
|------|-----------|
| 10/5/2016 | 16808 |

| Name / Address |
|----------------|
| GC-MIMI-Green Paradise<br>9219 SW 123 AveCT<br>Miami FL 33186 |

| Ship To |
|---------|
| 14024 SW  132 ND AVE<br>MIAMI  33186<br>GATE CODE: 283 |

| P.O. No. | Rep | FOB | Project | JOB |
|----------|-----|-----|---------|-----|
|  | SIMON |  |  |  |

| Item | Description | Qty | Cost | Total |
|------|-------------|-----|------|-------|
| WS-B36 | Base 36- White Shaker | 1 | 378.00 | 378.00T |
| WS-B24 | Base 24- White Shaker | 5 | 292.00 | 1,460.00T |
| WS-DB12-3 | Drawer Base 12-3 White Shaker | 1 | 309.00 | 309.00T |
| WS-BSR12 | Base Pull Out Spice Rack-12" White Shaker | 1 | 285.00 | 285.00T |
| WS-B30 | Base 30- White Shaker | 1 | 342.00 | 342.00T |
| WS-DB36-3 | Drawer Base 36-3 White Shaker | 1 | 500.00 | 500.00T |
| WS-B30 | Base 30- White Shaker  USAR EL DRAWER COMO DESK | 1 | 342.00 | 342.00T |
| WS-BW18 | Base Waste Basket 18- White Shaker | 1 | 374.00 | 374.00T |
| WS-BS36 | Sink Base 36- White Shaker | 1 | 345.00 | 345.00T |
| WS-W3642 | Wall Cabinet 3642- White Shaker | 3 | 378.00 | 1,134.00T |
| WS-W3042 | Wall Cabinet 3042- White Shaker | 2 | 325.00 | 650.00T |
| WS-W1242 | Wall Cabinet 1242- White Shaker | 1 | 170.00 | 170.00T |
| WS-W1542 | Wall Cabinet 1542- White Shaker | 1 | 190.00 | 190.00T |
| WS-W362424 | Wall Cabinet 362424- White Shaker | 1 | 352.00 | 352.00T |
| WS-W2442 | Wall Cabinet 2442- White Shaker | 1 | 280.00 | 280.00T |
| WS-W3025 | Wall Cabinet 3025- White Shaker | 1 | 205.00 | 205.00T |
| WS-TP2496 | Tall Pantry 2496- White Shaker | 2 | 755.00 | 1,510.00T |
| WS-BP4896 | Backing Skin Panel Plywood- White Shaker | 1 | 139.00 | 139.00T |
| WS-OCM8 | Outside Corner Molding 8- White Shaker | 1 | 49.00 | 49.00T |
| WS-BF3 | Base Filler 3- White Shaker | 2 | 31.00 | 62.00T |
| WS-WF342 | Wall Filler 342-White Shaker | 2 | 40.00 | 80.00T |
| WS-WF396 | Wall Filler 396- White Shaker | 1 | 76.00 | 76.00T |
| WS-TK8 | Toekick 8- White Shaker | 4 | 28.00 | 112.00T |
|  |  |  |  | 9,344.00 |
| Discount |  |  | -50.00% | -4,672.00 |
| Installation | Assembly and Installation | 28 | 50.00 | 1,400.00T |
| HANDLE-FBAR ... | BAR PULL 7 3/8_5 1/16 CENTER A123812 | 62 | 2.50 | 155.00T |
|  | NO GRANITE OR DECOR DOOR  INCLUDED |  |  |  |

Estimate valid for 30 calendar days. Prices in this estimate may change due to discrepancies in measurements supplied or due to modifications requested by client.

| | |
|---|---|
| **Subtotal** | $6,227.00 |
| **Sales Tax  (7.0%)** | $435.89 |
| **Total** | $6,662.89 |

## Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated         _____  , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

Wells Fargo

# COMPOSITE EXHIBIT 2

2/6/18, 10:11 AM

Check Number                        161
Date Posted                         09/14/16
Check Amount                        $1,200.00

**MELANIE C ADAMS**
14024 SW 132ND AVE
MIAMI, FL 33186-7668

161

Sept. 12, 16

Pay to the
Order of    Mimi Nguyen                  | $ 1200 —

Twelve hundred                                    Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

14024...

For   PAINT House Int          S. Adams

For your security, information like account numbers, signatures, and the ability to view the back of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Mimi Nguyen:
General Contractor

Paid to GC.
to paint inside
of house.

Wells Fargo

2/8/18, 4:34 PM

Check Number                                   175

Date Posted                                    10/18/16

Check Amount                                   $350.00



MELANIE C ADAMS
14024 SW 137ND AVE
MIAMI, FL 33186-7668

10-12-16

Pay to the Order of   Mimi Nyuen

$350

Three hundred fifty   Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For   House Demo

175

Seq: 103
Batch: 517491
Date: 10/17/16

$350.00

PD to GC to demo existing Kitchen.

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Wells Fargo

2/8/18, 4:35 PM

| Check Number | 174 |
| Date Posted | 10/12/16 |
| Check Amount | $800.00 |



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7858

174

63-751/631 10958
103518/991

10-12-16

Pay to the
Order of    Mimi Nyugen                    $ 800—

Eight hundred                              Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For  Deck painting.            M Adams

Seq: 104
Batch: 517491
Date: 10/17/16

$800.00

For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Pd to GC to paint deck.

Wells Fargo

2/8/16, 4:37 PM

| | |
|---|---|
| Check Number | 199 |
| Date Posted | 12/21/16 |
| Check Amount | $280.00 |



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7668

199

60-751/631 10958
1335107951

12/17/16

Pay to the Order of  Mimi Nguyen                     $ 280

Two hundred eighty                          Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

M Adams

For

Seq: 190
Batch: 591693
Date: 12/21/16

For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the links at the top of the inquiry

Equal Housing Lender

PD to GC.
Reason U/K.

Wells Fargo

2/8/18, 4:38 PM

Check Number                                        205

Date Posted                                         12/30/16

Check Amount                                        $3,000.00



**MELANIE C ADAMS**                                                                      205
14024 SW 132ND AVE
MIAMI, FL 33186-7668                                               63-751/631 10958
                                                                  133518?991

                                                   12/29/16.
                                                        Date

Pay to the
Order of   M/M Jnguyen.                                       $ 3000

Three Thousand                                               Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For  Kitchen Cabinets                            M Adams

---

Seq:00000 12/30/16

06/17    ****************************  Date:12/30/16

06/17    ****************************  RT/# 54059015S

$3,000.00                             Account
                                     229494916942

Entity NFL  CC 000263 TY 00001
Tran 00040

12/30/2016 14:12

For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Paid to GC for new
cabinets in Kitchen.
+ granite counter tops.

Wells Fargo

2/8/18, 4:40 PM

Check Number        206
Date Posted         01/18/17
Check Amount        $1,425.00



**MELANIE C ADAMS**
14024 SW 132ND AVE
MIAMI, FL 03186-7668

206

Dec. 31, 2016

Pay to the Order of  Mimi Nguyen              $1425 —

Fourteen hundred twenty-five   Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

+ Fountain/
Plants
$325 —

For  Kitchen $1100              M Adams

Seq: 108
Batch: 421855
Date: 01/18/17

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Pd to GC for Kitchen work
and installation of
exterior fountain + plants.
Workers sent by G.C.

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/default?_x=K7l1Udmp1mKym_Ziv-7vkwpi7fy1f_SBIFN#state=modal.1.3

Page 2 of 2

BATES STAMP 14 OF 137

## Exhibit Cover Sheet

**Party**
**submitting:** _____   **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/**
**Docket No:**_____

_____

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated        _____  , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

# EXHIBIT 3



# New Concept
(786) 327- 9349

## Lake House neighbor

Invoice date: 29/Dec/2016

**Invoice to:**
Mimi

| Item | Description | Rate | Qty | Amount |
|------|-------------|------|-----|--------|
| | Expresso wood cabinets | 5600.00/item | 1 | 5600.00 |
| | Pantry pull out tray ( optional ) $50 ea | 0.00/item | 1 | 0.00 |
| | Granite counters ( labor ) | 15.00/item | 85 | 1275.00 |
| | Sink | 100.00/item | 1 | 100.00 |

| | |
|---|---|
| **Total** | **$6,975.00** |
| Paid | $0.00 |
| **Balance due** | **$6,975.00** |

Thanks for your business!

## **Exhibit Cover Sheet**

**Party
submitting:** _____    **Ex. #___**


**Admitted: Yes   or    No  (circle one)**


**Debtor:**_____


**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**


**Dated       _____  , 20___.**

**By:**_____,   **Deputy Clerk**


**APPENDIX B**

Wells Fargo

2/6/18, 4:39 PM

Check Number                    202
Date Posted                     01/13/17
Check Amount                    $3,375.00

# EXHIBIT 4



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7688

01/13/17

63-751/631 10958
1335187991

Pay to the
Order of   New Concept                          $ 3375—

Three thousand three
       hundred seventy five                    Dollars

WELLS
FARGO    Wells Fargo Bank, N.A.
         Florida
         wellsfargo.com

For  Final Cabinet pmt.



For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Final pmt to Kitchen cabinet
Contractor for installation
of new cabinets and granite
       countertops.

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/default?_x=K7hUmp1nKym_Ziv-7vKwgi7fWf_SB/FN#state=modal.1.3

Page 2 of 2

Wells Fargo

2/8/18, 4:39 PM

Check Number                                                        214

Date Posted                                                        01/17/17

Check Amount                                                        $300.00



MELANIE C ADAMS
14024 SW 137ND AVE
MIAMI, FL 33186-7668

214

1/15/17

Pay to the Order of    New Concept                    $300

Three hundred                              Dollars

For    Pull outs Kitchen    M. Adams



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Additional payments to
Cabinet installer for pre-
ordered Cabinet pull-outs.

## Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**

**APPENDIX B**

 EXHIBIT 5

# OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 2/6/2018

| Property Information | |
|---|---|
| Folio: | 30-5901-021-0240 |
| Property Address: | 9219 SW 123 AVENUE CT<br>Miami, FL 33186-7188 |
| Owner | MIMI NGUYEN |
| Mailing Address | 9219 SW 123 AVE CT<br>MIAMI, FL 33186 |
| PA Primary Zone | 2800 TOWNHOUSE |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 1,484 Sq.Ft |
| Living Area | 1,484 Sq.Ft |
| Adjusted Area | 1,484 Sq.Ft |
| Lot Size | 2,108 Sq.Ft |
| Year Built | 1985 |



| Assessment Information | | | |
|---|---|---|---|
| Year | 2017 | 2016 | 2015 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $190,700 | $178,230 | $166,570 |
| Assessed Value | $190,700 | $178,230 | $166,570 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2017 | 2016 | 2015 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Taxable Value Information | | | |
|---|---|---|---|
| | 2017 | 2016 | 2015 |
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $190,700 | $178,230 | $166,570 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $190,700 | $178,230 | $166,570 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $190,700 | $178,230 | $166,570 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 2/6/2018

**Property Information**

**Folio:** 30-5901-021-0240

**Property Address:**   9219 SW 123 AVENUE CT

## Roll Year **2017** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | |
|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:



**Property Information**

Folio: 30-5901-021-0240

Property Address:   9219 SW 123 AVENUE CT

General

## Roll Year **2016** Land, Building and Extra-Feature Details

**Land Information**

| Land Use | Muni Zone | PA Zone | Unit Type | Units |
|---|---|---|---|---|

**Building Information**

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | |
|---|---|---|---|---|---|---|

**Extra Features**

| Description | | Year Built | Units | Ca |
|---|---|---|---|---|

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property App
and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp
Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 2/6/2018

**Property Information**

**Folio:** 30-5901-021-0240

**Property Address:** 9219 SW 123 AVENUE CT Miami, FL 33186-7188

## Roll Year **2015** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:



# OFFICE OF THE PROPERTY APPRAISER

Generated On : 2/6/2018

**Property Information**

**Folio:** 30-5901-021-0240

**Property Address:**   9219 SW 123 AVENUE CT

| Full Legal Description |
|---|
| KENLAND COURT |
| PB 117-61 |
| LOT 4 BLK 5 |
| LOT SIZE 2108 SQ FT |
| OR 21193-0784 0403 1 |
| COC 22588-2459 07 2004 4 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 04/01/2003 | $140,000 | 21193-0784 | Sales which are qualified |
| 06/01/2002 | $134,000 | 20521-3302 | Sales which are qualified |
| 03/01/1994 | $84,500 | 16324-3649 | Sales which are qualified |
| 07/01/1992 | $82,000 | 15590-1606 | Sales which are qualified |
| 06/01/1988 | $75,000 | 13737-2288 | Sales which are qualified |
| 03/01/1985 | $79,200 | 12475-2920 | Sales which are qualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

**Exhibit Cover Sheet**

**Party submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated**        _____   , 20___.

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

Wells Fargo

# COMPOSITE EXHIBIT 6

2/6/18, 10:14 AM

| | |
|---|---|
| Check Number | 166 |
| Date Posted | 10/03/16 |
| Check Amount | $120.00 |



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7668

166

Sept. 27, 16

Pay to the
Order of _David Alegia_ ........... $ 120

_One Hundred Twenty_ ........... Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

SM Adams

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Sent by GC.
to install floors
upstairs.

BATES STAMP 27 OF 137

Wells Fargo

2/8/18, 4:34 PM

| | |
|---|---|
| Check Number | 176 |
| Date Posted | 10/14/16 |
| Check Amount | $1,283.00 |





For your security, information like account numbers, signatures, and the ability to view the backs or checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Sent by GC
to install floors
upstairs.

BATES STAMP 28 OF 137

Wells Fargo

2/8/18, 4:35 PM

Check Number                                     181
Date Posted                                      10/24/16
Check Amount                                     $350.00



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7668                                           181

Oct. 19, 2016

Pay to the
Order of   Jorge Mendez                          $ 350 —

Three hundred fifty                              Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For   Stair Floors.                    HH Adams



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Pd directly to floor
installer sent by GC.

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/default?_x=K7hUmp1mKym_Ziv-7vKwgi7fWf_SBfFN#state=modal.1.3

2/8/18, 4:38 PM

Wells Fargo

Check Number                                    207
Date Posted                                     01/03/17
Check Amount                                    $350.00



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33188-7668

207

1/3/17   Date

Pay to the Order of  Nelson Montoya          $ 350.00

Three hundred fifty —         Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For  Kitchen Demo          Jn Adams



For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Pd to Nelson Montoya for final
demo pmt. Sent by G.C.

Wells Fargo

2/8/18, 4:39 PM

Check Number      210

Date Posted      01/13/17

Check Amount      $400.00





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Sent by GC to reinstall
electrical outlets after
backsplash was installed.

BATES STAMP 31 OF 137

Wells Fargo

2/9/18, 4:40 PM

Check Number                                      212
Date Posted                                       01/17/17
Check Amount                                      $435.71



MELANIE C ADAMS                                   212
14024 SW 132ND AVE
MIAMI, FL 33186-7668                              63-751/831 10958
                                                  1335187991

                                    01/14/17   Date

Pay to the
Order of   Mariel Unqueta                    $ 435.71

Four Hundred Thirty Five and                    Dollars
71/100

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For  Plumber - Kitchen Ren.        M. Adams

2017011762769171714573 11  0925

Regions Bank >062000019<

        2017011762769171714573 11  0925
        Regions Bank >062000019<

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Sent by GC to install
new Kitchen Sink and
Water Softner during
Kitchen renovation.

Wells Fargo

2/8/18, 4:41 PM

Check Number                                    219

Date Posted                                     02/13/17

Check Amount                                    $650.00



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7868

219

63-751/631 1045D
133518799

*102 - 11 - 17*

Pay to the
Order of **Nelson Montoya**        $ 650

**Six hundred and fifty**                    Dollars

**Backsplash + Wall**        **M Adams**



For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Sent by GC to install
Backsplash during
Kitchen renovation.

Check Number                    235
Date Posted                     05/17/17
Check Amount                    $130.00





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Sent by GC.
to repair shower
grout.

## Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated       _____  , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

COMPOSITE EXHIBIT 7



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

Today 10:12 AM

Melanie
I am so so shocked by this

You filled a complaint against me on the kitchen ?

I give you my connection to do the floor ..
And I helped you throw away thrash

I do things for friends

He does my kitchen as well..
I gave you the workers you paid

7

 





Mimi "Yoko" Nguyen. Interior Designer/ Contractor

You file the kitchen against me?

I was at your kitchen
Helping you with the paint
Getting you deals from my subs

Paint -
Demo the walll the floors
And the deck guy

Not once
I have made money out of you

I go out my way
Getting you the vase and looking for
bedroom stuff for you

Omg you got to be kidding
I thought you are my friends

8

 AT&T

2:21 PM



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

This and that

I got the guy to get you the water
fountains for you
For free
Jesus
Are you serious

I didn't know that
I get sue or complaint for
recommend you to someone

Ok
I guess you want me to spend
money to look in a lawyer to follow
up the complaint you filled

First and foremost

9

 AT&T

2:21 PM



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

gave you my price

You have another quoted
And he was cheaper
And you go with him

To be honest
You are my first
That filled a complaint on me
I have no idea how to go about
doing it

Lol
I am smiling
Because I truely don't know what to
do

This is are subs -contractor !!

10



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

Girl i don't have the money for this rubbish


I spoke with alex
He said
Go and file against him
He said
I got the money and the job
Not you
She has the problem tell her to contact me .


You go after me because I have the money ?
And I recommended him to you .


That is this all about ?


I didn't even do the work or make

11

 

2:22 PM

 

Mimi "Yoko" Nguyen. Interior Designer/ Contractor

And see what do I need to do

I do have the contract with you
I refer him to you

Ok
Let's me get going

MELANIE
I recommended this guy to you
He does my kitchen and I sent him
to do your

I am so so upset

I sent you the other company too to
see which is cheaper for yoj

These were recommended

12





Mimi "Yoko" Nguyen. Interior Designer/ Contractor

I am so so upset

I sent you the other company too to see which is cheaper for yoj

These were recommended


To you

Just like i did
To you with the paint for your mom

Mimi. I'm sorry ... I can't talk abo
it. You can speak with attorney J
Seligman (305) 446-6485

Read 1

I have no idea what is going on ..

13

 AT&T    2:26 PM


A


M

Alex. Mimis...    Mimi "Yoko"...

iMessage
Today 10:15 AM

Mimi "Yoko" Nguyen. Interior Designer/ Contractor

Melanie
I am so so shocked by this
You filled a complaint against me on the kitchen ?
I did not make any money out of it !

You asked me who do I know
I Recommended you to him
You pay him
Cash


M

I called to see how your surgery goes
And check up on you ..
I have no idea

14

## Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**


**Admitted: Yes   or    No  (circle one)**


**Debtor:**_____


**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____


**United States Bankruptcy Court
Middle District of Florida**


**Dated** _____ **, 20___.**

**By:**_____, **Deputy Clerk**


**APPENDIX B**

# EXHIBIT 8

**e-Permitting**

Search:







| Resident | Visitor | Business | Employee |

MIAMI·DADE

## Process/Permit Number Address Cross-Reference

| Address: | 14016 SW 132 AVE |

| Process Number | Permit Number | Permit Type | Appl type | Appl Date |
|---|---|---|---|---|
| C2008065853 | 2008033348 | BLDG | NP | 02/26/2008 |
| N2000136200 | 2000016101 | PLUM | RP | 06/20/2000 |
| C2000127071 | 2000015774 | BLDG | RP | 06/02/2000 |
| N2000101555 | 2000062549 | BLDG | NP | 04/14/2000 |
| S2000088936 | 2000054138 | ELEC | NP | 03/22/2000 |
| N2000088375 | 2000053787 | MECH | NP | 03/21/2000 |
| N2000087232 | 2000053040 | ELEC | NP | 03/20/2000 |
| C2000082719 | 2000015774 | BLDG | RP | 03/10/2000 |
| C2000069724 | 2000044898 | BLDG | NP | 02/16/2000 |
| C2000062823 | 2000015774 | BLDG | SP | 02/03/2000 |
| C2000036901 | 2000015774 | BLDG | SP | 12/09/1999 |

<u>Next Page</u>                         Page:  1

### APPLICATION HISTORY INQUIRY SUCCESSFUL (MORE ENTRIES)

BLDG Home Page  |  BLDG Main Menu  |  BLDG Permit Menu  |  BLDG Plans Processing Menu  |  Inspection Types  |  Address Format

Home  |  About  |  Phone Directory  |  Privacy  |  Disclaimer

E-mail your comments, questions and suggestions to Webmaster
This page was last edited on:   February 23, 2004

Web Site © 2004 Miami-Dade County.
All rights reserved.

## **Exhibit Cover Sheet**

**Party
submitting:** _____    **Ex. #___**


**Admitted: Yes   or    No  (circle one)**


**Debtor:**_____


**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____


_____


**United States Bankruptcy Court
Middle District of Florida**


**Dated**       _____  **, 20___.**

**By:**_____,   **Deputy Clerk**


**APPENDIX B**

# EXHIBIT 9

**From:** Melanie Adams <adamsmc333@yahoo.com>
**To:** John Adams <jadamssrc@aol.com>
**Subject:** Fwd: Jeidy-14024 SW 132 AVE
**Date:** Sat, Feb 10, 2018 10:21 am
**Attachments:** MIMI__14024 SW132 AVE.pdf (120K), GC-MIMI___14024 SW 132 RD AVE_Pic.Jpg (428K), GC-
MIMI___14024 SW 132 RD AVE_Pic1.Jpg (416K), KCD Drawings - GC-MIMI___14024 SW 132 RD AVE.pdf (149K)

Sent from mobile device

Begin forwarded message:

**From:** Mimi Yoko <idesignmimiyoko@gmail.com>
**Date:** October 11, 2016 at 11:14:12 AM EDT
**To:** MELANIE ADAM <Melsangelz@gmail.com>
**Subject: Fwd: Jeidy-14024 SW 132 AVE**

For your review

Begin forwarded message:

> **From:** Moritausa/Kitchensbyus <moritausa@aol.com>
> **Date:** October 11, 2016 at 11:07:31 AM EDT
> **To:** kitchensbyus@yahoo.com, idesignmimiyoko@gmail.com
> **Subject: Re: Jeidy-14024 SW 132 AVE**
>
> HI MIMI PLEASE SEE ATACHED YOU HAVE THE ESTIMATE AND 3D PICTS AND COMPLETED DESIGN....
> LET ME KNOW IF YOU WANT TO MAKE ANY CHANGE...
>
> JEIDY
>
> **Account Representative**
> **Kitchens By Us**
> **All wood kitchen cabinets direct distributor**
> **705 West 28th Street**
> **Hialeah, FL 33010**
> **Tel: 305-597-9881 Fax: 305-593-1628**
> **Email: moritausa@aol.com**
>
>
> -----Original Message-----
> From: kitchensbyus <kitchensbyus@yahoo.com>
> To: Moritausa/Kitchensbyus <moritausa@aol.com>
> Sent: Tue, Oct 11, 2016 10:06 am
> Subject: Jeidy-14024 SW 132 AVE
>
> Mimi is asking for her estimate. Please follow up. Thanks
>
> Sent from my iPhone Margaret Chew
>
> Begin forwarded message:

BATES STAMP 47 OF 137

**From:** DESIGN MIMIYOKO <idesignmimiyoko@gmail.com>
**Date:** October 9, 2016 at 11:39:39 AM EDT
**To:** Simon&Margaret Chew <kitchensbyus@yahoo.com>
**Cc:** MELANIE ADAM <Melsangelz@gmail.com>
**Subject: 14024 SW 132 AVE**

Hi Margarite,

Did you have the estimate and design for this house?   Thanks.

Mimi

2 Attached Images





BATES STAMP 48 OF 137

## Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**


**Admitted: Yes   or    No  (circle one)**


**Debtor:**_____


**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

### United States Bankruptcy Court
### Middle District of Florida


**Dated**          _____   , 20___.

**By:**_____,   **Deputy Clerk**


**APPENDIX B**

**EXHIBIT 10**

```
ICONTRAC        DEPARTMENT OF REGULATORY AND ECONOMIC RESOURCES      BNZM2101
02/05/2018              INQ CONTRACTOR                                MT045
                                                                     08:52:50
CCN NO. 13BS00103          ISSUE DATE 03/14/2013   TEMPORARY LIC (Y/N) N
EXAM OR BOARD APPROVAL DATE 11/28/2012
COMPANY NAME NEW CONCEPT CT CORP
D/B/A   NAME
INSURANCE EXPIRATION DATE 04/11/2017  STATUS  E   LAST RENEWAL  04/11/2016
CONTRACTOR TYPE D   DADE       BUSINESS TYPE C  CORPORATION
ADDRESS 3245 VIRGINIA STREET            PHONE 786  327-9349 FAX:
   CITY MIAMI               STATE FL        CLASS EXP DATE 09/30/2016
   ZIP 33133             NAICS CODE 000000   WORK COMP DATE 07/26/2017
EMAIL:                                       WORK COMP EXEMPT (Y/N) Y
--- Q U A L I F I E R ---    SKILL     CAT   ST REG NUMBER     EXP DATE
TRDS 201300224  CLASS BLDG   LEVEL E   0053
NAME FARINAS ALEJANDRO
CLASS STATUS E
EXP DATE  09/30/2016
SSN 000009565
PF3 = INQ TRADSMAN            PF5 = AUDIT   INQ
PF2 = INQ ALL QUAL   PF7 = NEXT QUALIF   PF8 = NEXT TRDCLS   PF9 = NEXT CAT
NEXT SCREEN          NEXT KEY
NO MORE QUALIFIERS, NO MORE TRADE CLASS, NO MORE CATEGORIES
```

# Miami Dade County Building Department

## Contractor Inquire Screen

## **Exhibit Cover Sheet**

**Party submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated        _____   , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

EXHIBIT 11

miamidade.gov

mf.miamidade.gov

Home | Product Control | Contractors | Building Officials | Contact us |

## Contractor License Information

| | |
|---|---|
| **Contractor Number:** | 13BS00103 |
| **Contractor name:** | NEW CONCEPT CT CORP |
| **Address:** | 3245 VIRGINIA STREET |
| **City, St, Zip:** | MIAMI                    FL  33133 |
| **Phone:** | (786) 327-9349 |
| **Other Phone:** | |
| **Fax:** | |
| **Email:** | |
| **D/B/A:** | |
| **Contractor Status:** | RESTRICTED-Click here to check status. |

| Class | Category | Category Description | Expiration Date |
|-------|----------|----------------------|-----------------|
| BLDG | 53 | FINISH CARPENTRY | 09/30/2016 |

**CONTRACTOR INQUIRY COMPLETE**

BCCO Contractor Inquiry and Complaint Search | BCCO Home Page | State License Search Menu ⟳

Home | About | Phone Directory | Privacy | Disclaimer

© 2001 Miami-Dade County. All rights reserved.

miamidade.gov

Home | Product Control | Contractors | Building Officials | Contact us |

MIAMI-DADE COUNTY

miamidade.gov

## Contractor Restriction Codes

Page: 1

**Contractor Number:** 13BS00103
**Contractor Name:** NEW CONCEPT CT CORP

| Trade: | BLDG | Status: | EXPIRED | Res/Sus Code: | | 39 |
|--------|------|---------|---------|---------------|---|-----|
| Description: | CONTRACTOR LICENSE EXPIRED | | | | | |
| Applied Date: | 10/01/2016 | By: | PROGRAM | | | |

| Trade: | BLDG | Status: | EXPIRED | Res/Sus Code: | | 39 |
|--------|------|---------|---------|---------------|---|-----|
| Description: | CONTRACTOR LICENSE EXPIRED | | | | | |
| Applied Date: | 10/01/2016 | By: | PROGRAM | | | |

**INQUIRY SUCCESSFUL...NO ADDITIONAL RESTRICTIONS TO DISPLAY**

BCCO Contractor Inquiry and Complaint Search | BCCO Home Page | State License Search Menu ✧

Home | About | Phone Directory | Privacy | Disclaimer

© 2001 Miami-Dade County. All rights reserved.

# Detail by Entity Name

Florida Profit Corporation
NEW CONCEPT CONTRACTORS INC

## Filing Information

| | |
|---|---|
| **Document Number** | P10000086282 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 10/20/2010 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION |
| FOR ANNUAL REPORT | |
| **Event Date Filed** | 09/23/2011 |
| **Event Effective Date** | NONE |

## Principal Address

3245 VIRGINIA ST., APT. 41
MIAMI, FL 33133

## Mailing Address

3245 VIRGINIA ST., APT. 41
MIAMI, FL 33133

## Registered Agent Name & Address

FARINAS, ALEJANDRO
3245 VIRGINIA ST., APT. 41
MIAMI, FL 33133

## Officer/Director Detail

**Name & Address**

Title PD

FARINAS, ALEJANDRO
3245 VIRGINIA ST., APT. 41
MIAMI, FL 33133

## Annual Reports

**No Annual Reports Filed**

## Document Images

10/20/2010 -- Domestic Profit        View image in PDF format

Florida Department of State, Division of Corporations

## **Exhibit Cover Sheet**

**Party submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated         _____  , 20___.**

**By:_____,   Deputy Clerk**

**APPENDIX B**

# EXHIBIT 12

*12:53:34 PM 2/6/2018*

## Licensee Details
### Licensee Information

| | |
|---|---|
| Name: | **NGUYEN, MIMI** (Primary Name) |
| Main Address: | **10292 SW 126 STREET**<br>**MIAMI  Florida  33176** |
| County: | **DADE** |

License Mailing:

LicenseLocation:

### License Information

| | |
|---|---|
| License Type: | **Certified General Contractor** |
| Rank: | |
| License Number: | |
| Status: | **Eligible for Exam** |
| Licensure Date: | |
| Expires: | |

**Special Qualifications**        **Qualification Effective**

**Alternate Names**

**View Related License Information**

**View License Complaint**

.

**2601 Blair Stone Road, Tallahassee FL 32399** :: Email: **Customer Contact Center** :: Customer Contact Center: 850.487.1395

The State of Florida is an AA/EEO employer. **Copyright 2007-2010 State of Florida.** **Privacy Statement**

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact the office by phone or by traditional mail. If you have any questions, please contact 850.487.1395. *Pursuant to Section 455.275(1), Florida Statutes, effective October 1, 2012, licensees licensed under Chapter 455, F.S. must provide the Department with an email address if they have one. The emails provided may be used for official communication with the licensee. However email addresses are public record. If you do not wish to supply a personal address, please provide the Department with an email address which can be made available to the public.

<u>**Exhibit Cover Sheet**</u>

**Party
submitting:** _____     **Ex. #____**


**Admitted: Yes   or    No  (circle one)**


**Debtor:**_____


**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**


**Dated        _____  , 20___.**

**By:**_____,   **Deputy Clerk**


**APPENDIX B**

# EXHIBIT 13



**Granada Insurance Company**
4075 S.W. 83rd. Ave
Miami, FL 33155

**COMMON POLICY DECLARATIONS**

New Business Declarations

**Policy Number:** 0185FL00086333

**Policy Period** 08/24/2016 to 08/24/2017    12:01 A.M. Standard Time at the address of the Named Insured stated below.

| NAMED INSURED AND ADDRESS | AGENT NAME AND ADDRESS | 5519 |
|---|---|---|
| GREEN PARADISE LLC | ENSURGROUP | |
| 9219 SW 123RD AVE CT | 12804 SW 8TH STREET | |
| MIAMI, FL 33186 | MIAMI, FL 33184 | |

PHONE: (305) 559-0999

**Business Description:** HANDYPERSON      **Form of Business:** Corporation

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

FOR QUESTIONS, COMPLAINTS OR TO OBTAIN INFORMATION ABOUT COVERAGE CALL (800) 392-9966 OR YOUR AGENT TEL# (305) 559-0999.

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

============================= **COVERAGE SUMMARY** =============================
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| **COVERAGE PART(S) ATTACHED** | $1,068.00 |
| Commercial General Liability Coverages | |
| **SUB-TOTAL** | $1,068.00 |
| **MGA POLICY FEE** | $25.00 |
| **TOTAL PREMIUM** | $1,093.00 |

===================== **ENDORSEMENTS MADE PART OF THIS POLICY** =====================

FORMS AND ENDORSEMENTS APPLICABLE TO THIS POLICY AND MADE A PART OF THIS POLICY AT THE TIME OF ISSUE

| NUMBER | EDITION | DESCRIPTION |
|---|---|---|
| IIP-NOTICE | 04-01 | Important Information About Your Privacy |
| IL 00 03 | 04-98 | Calculation of Premium |
| IL 00 17 | 11-98 | Common Policy Conditions |
| JCPP 601 | REV 02-09 | JACKET |
| GIC-RMP-102 | 03-98 | Risk Management Program |

===================== **END OF SUMMARY DECLARATIONS** =====================

**AUTHORIZED REPRESENTATIVE**

Page 1 of 4

Issued: 08/24/2016

Insured Copy
GIC CP N DEC (08/10)



Granada Insurance Company
4075 S.W. 83rd. Ave
Miami, FL  33155

## COMMERCIAL GENERAL LIABILITY
### New Business Declarations

Policy Number:  0185FL00086333

Policy Period 08/24/2016  to    08/24/2017    12:01 A.M. Standard Time at the address of the Named Insured stated below.

5519

**NAMED INSURED AND ADDRESS**
GREEN PARADISE LLC
9219 SW 123RD AVE CT
MIAMI, FL  33186

**AGENT NAME AND ADDRESS**
ENSURGROUP
12804 SW 8TH STREET
MIAMI, FL 33184

PHONE: (305) 559-0999

=========== **LIMITS OF INSURANCE** ===========

| | |
|---|---|
| General Aggregate Limit (Other than Products/Completed Operations) | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You (Fire Damage)- Any one Premises | $100,000 |
| Medical Expense Limit (Any One Person) | $5,000 |

=========== **LOCATION ADDRESS(ES)** ===========

**LOCATION:    1**
9219 SW 123RD AVE CT
MIAMI, FL  33186

=========== **CLASSIFICATION SCHEDULE** ===========

| LOC | CLASSIFICATION DESCRIPTION | CLASS CODE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| 1 | Handyperson: Minor repairs in a household environment-no subcontracted work | 95625 | P | | |
| | Prem/Opers | | | 26.453 | $794 |
| | Deductible $500 Per Claim basis applies to Property Damage Liability | | | | |
| 1 | Handyperson: Minor repairs in a household environment-no subcontracted work | 95625 | P | | |
| | Prod/Compl | | | 9.135 | $274 |
| | Deductible $500 Per Claim basis applies to Property Damage Liability | | | | |

**Insured Copy**
GIC CP N DEC (08/10)

BATES STAMP 59 OF 137



**COMMERCIAL**
**GENERAL LIABILITY**
New Business Declarations

Granada Insurance Company
4075 S.W. 83rd. Ave
Miami, FL 33155

Policy Number: 0185FL00086333

Policy Period  08/24/2016  to  08/24/2017    12:01 A.M. Standard Time at the address of the Named Insured stated below.

5519

**NAMED INSURED AND ADDRESS**
GREEN PARADISE LLC
9219 SW 123RD AVE CT
MIAMI, FL 33186

**AGENT NAME AND ADDRESS**
ENSURGROUP
12804 SW 8TH STREET
MIAMI, FL 33184

PHONE: (305) 559-0999

======== **Premium Basis Legend** ========

A - Area
C - Total Cost
M - Admissions
P - Payroll
S - Gross Sale
T3 - Other, per 1,000
U - Units

| | |
|---|---|
| BASIC COVERAGE PREMIUM: | $1,068.00 |
| ATTACHED ENDORSEMENTS PREMIUM: | $.00 |
| TOTAL GENERAL LIABILITY PREMIUM: | $1,068.00 |

======== **FORMS AND ENDORSEMENTS** ========
Forms and Endorsements Applicable To This Coverage Part
The described endorsements apply to all Buildings and All Locations.

Where "0" appears for LOC and BLDG, the described endorsements apply to all Buildings and All Locations.

| LOC | BLDG | FORM NO | DATE | DESCRIPTION | PREMIUM |
|---|---|---|---|---|---|
| | | | | | INCL |
| 0 | 0 | CG 00 01 | 12-07 | Commercial General Liability Coverage | INCL |
| 0 | 0 | CG 00 68 | 05-09 | Recording & Distribution of Material or In | INCL |
| 0 | 0 | CG 02 20 | 03-12 | Fla Chgs-Cancellation & Nonrenewal | INCL |
| 0 | 0 | CG 03 00 | 01-96 | Deductible Liability Insurance | INCL |
| 0 | 0 | CG 21 01 | 11-85 | Exclusion - Athletic or Sports Participant | INCL |
| 0 | 0 | CG 21 32 | 05-09 | Communicable Disease Exclusion | INCL |
| 0 | 0 | CG 21 36 | 03-05 | Exclusion - New Entities | INCL |
| 0 | 0 | CG 21 39 | 10-93 | Contractual Liability Limitation | INCL |
| 0 | 0 | CG 21 43 | 12-04 | Exclusion Explosion, Collapse, Underground | INCL |
| 0 | 0 | CG 21 46 | 07-98 | Abuse or Molestation Exclusion | INCL |
| 0 | 0 | CG 21 47 | 12-07 | Employment-Related Practices Exclusion | INCL |
| 0 | 0 | CG 21 50 | 09-89 | Amendment of Liquor Liability | INCL |
| 0 | 0 | CG 21 67 | 12-04 | Fungi or Bacteria Exclusion | INCL |
| 0 | 0 | CG 21 86 | 12-04 | Exclusion-Exterior Insulation & Finish Sys | INCL |
| 0 | 0 | CG 21 96 | 03-05 | Silica or Silica-Related Dust Exclusion | INCL |
| 0 | 0 | CG 22 33 | 07-98 | Excl Testing or Consulting Errors & Omissi | INCL |
| 0 | 0 | CG 22 79 | 07-98 | Exclusion -Contractors-Professional Liabil | INCL |
| 0 | 0 | CG 22 94 | 10-01 | Exc-Damage to Work by Subcontractors your | INCL |
| 0 | 0 | GICGL832 | 04-14 | Amendment Of Employee Definition | |
| 0 | 0 | GIC GL 3003 | 01-97 | Punitive Damages Exclusion | |

Continued on Next Page...

Page  3 of  4
Issued: 08/24/2016

Insured Copy
GIC CP N DEC (08/10)



Granada Insurance Company
4075 S.W. 83rd. Ave
Miami, FL 33155

**COMMERCIAL
GENERAL LIABILITY**
New Business Declarations

**Policy Number:** 0185FL00086333

Policy Period  08/24/2016  to  08/24/2017    12:01 A.M. Standard Time at the address of the Named Insured stated below.

NAMED INSURED AND ADDRESS
GREEN PARADISE LLC
9219 SW 123RD AVE CT
MIAMI, FL 33186

AGENT NAME AND ADDRESS          5519
ENSURGROUP
12804 SW 8TH STREET
MIAMI, FL 33184

PHONE: (305) 559-0999

===================== FORMS AND ENDORSEMENTS ======================
Forms and Endorsements Applicable To This Coverage Part
Where "0" appears for LOC and BLDG, the described endorsements apply to all Buildings and All Locations.

| LOC | BLDG | FORM NO | DATE | DESCRIPTION | PREMIUM |
|---|---|---|---|---|---|
| 0 | 0 | GIC GL 3004 | 04-95 | Professional Services Exclusion | INCL |
| 0 | 0 | GIC GL 3005 | 07-95 | Exclusion - Lead | INCL |
| 0 | 0 | GIC GL 3007 | 06-96 | Exclusion --- Roofing Operations | INCL |
| 0 | 0 | GIC GL 3008 | 09-96 | Classification Limitation Endorsement | INCL |
| 0 | 0 | GIC GL 3011 | 01-97 | "Insured" - Family Member Exclusion | INCL |
| 0 | 0 | GIC GL 3018 | 03-97 | Two or More Coverage Forms or Policies Iss | INCL |
| 0 | 0 | GIC GLAB 278 | 03-97 | Exclusion - Asbestos | INCL |
| 0 | 0 | GIC GLAP 7851 | 06-98 | Exclusion Pollution | INCL |
| 0 | 0 | IL 00 21 | 09-08 | Nuclear Energy Liability Exclusion End. | INCL |
| 1 | 1 | CG 21 07 | 05-14 | Exclusion-Access or Disclosure of Confiden | INCL |
| 1 | 1 | GIC GL 3033 | 07-98 | Exclusion - Independent Contractor | INCL |

**Insured Copy**
GIC CP N DEC (08/10)

## Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated        _____  , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

# EXHIBIT 14



Granada Insurance Company
4075 S.W. 83rd. Ave
Miami, FL 33155

**COMMERCIAL
GENERAL LIABILITY**
Renewal Declarations

Policy Number: 0185FL00108256

Policy Period  03/23/2019  to  03/23/2020  12:01 A.M. Standard Time at the address of the Named Insured stated below.

**NAMED INSURED AND ADDRESS**
GREEN PARADISE LANDSCAPING , LLC
9219 SW 123RD AVENUE CT
MIAMI, FL 33186

**AGENT NAME AND ADDRESS**          5502
ASSURANCE ASSOCIATES 5, INC.
8743 S.W. 9TH TERR
MIAMI, FL 33174

PHONE: (305) 227-1121

| LOC | CLASSIFICATION DESCRIPTION | CLASS CODE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| 2 | Carpentry - Construction - interior or exterior not exceeding three stories in height | 91341 | P | | |
| | | Prod/Compl | | 14.323 | $143 |

Deductible $500 Per Claim basis applies to Property Damage Liability

========= Premium Basis Legend =========

A  - Area
C  - Total Cost
M  - Admissions
P  - Payroll
S  - Gross Sale
T3 - Other, per 1,000
U  - Units
=============================

**BASIC COVERAGE PREMIUM:**            $826.00
**ATTACHED ENDORSEMENTS PREMIUM:**      $.00
**TOTAL GENERAL LIABILITY PREMIUM:**   $826.00

=========== FORMS AND ENDORSEMENTS ===========
Forms and Endorsements Applicable To This Coverage Part
Where "0" appears for LOC and BLDG, the described endorsements apply to all Buildings and All Locations.

| LOC | BLDG | FORM NO | DATE | DESCRIPTION | PREMIUM |
|---|---|---|---|---|---|
| | | | | | INCL |
| 0 | 0 | CG 00 01 | 12-07 | Commercial General Liability Coverage | INCL |
| 0 | 0 | CG 00 68 | 05-09 | Recording & Distribution of Material or In | INCL |
| 0 | 0 | CG 02 20 | 03-12 | Fla Chgs-Cancellation & Nonrenewal | INCL |
| 0 | 0 | CG 03 00 | 01-96 | Deductible Liability Insurance | INCL |
| 0 | 0 | CG 21 01 | 11-85 | Exclusion - Athletic or Sports Participant | INCL |
| 0 | 0 | CG 21 32 | 05-09 | Communicable Disease Exclusion | INCL |
| 0 | 0 | CG 21 36 | 03-05 | Exclusion - New Entities | INCL |
| 0 | 0 | CG 21 39 | 10-93 | Contractual Liability Limitation | INCL |
| 0 | 0 | CG 21 43 | 12-04 | Exclusion Explosion, Collapse, Underground | INCL |

Continued on Next Page...

Insured Copy
IC CP R DEC (08/10)

Page  3 of  4
Issued: 01/22/2019

**<u>Exhibit Cover Sheet</u>**

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated**        _____  **, 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

5/25/18, 4:47 PM

Begin forwarded message:

# EXHIBIT 15

**From:** Mimi Yoko <idesignmimiyoko@gmail.com>
**Subject: Fwd: Jeidy-14024 SW 132 AVE**
**Date:** March 21, 2018 at 4:45:52 PM EDT
**To:** Donnie Kreke <Dkreke@krekelaw.com>

Begin forwarded message:

**From:** Mimi Yoko <idesignmimiyoko@gmail.com>
**Subject: Re: Jeidy-14024 SW 132 AVE**
**Date:** October 20, 2016 at 12:36:51 PM EDT
**To:** Moritausa/Kitchensbyus <moritausa@aol.com>

Ok

On Oct 20, 2016, at 12:32 PM, Moritausa/Kitchensbyus <moritausa@aol.com> wrote:

I JUST SEND YOU A TEXT EXPLAINING EVERITHYNG ABOUT

WHAT SHE SAID IN HER EMAIL 😊

**Account Representative
Kitchens By Us
All wood kitchen cabinets direct distributor
705 West 28th Street
Hialeah, FL 33010
Tel: 305-597-9881 Fax: 305-593-1628
Email: moritausa@aol.com**

-----Original Message-----
From: Mimi Yoko <idesignmimiyoko@gmail.com>
To: Moritausa/ Kitchensbyus <MORITAUSA@AOL.COM>
Sent: Tue, Oct 11, 2016 2:48 pm
Subject: Fwd: Jeidy-14024 SW 132 AVE

Hi girl
FYI
Read below

Begin forwarded message:

BATES STAMP 65 OF 137

**From:** Melanie Adams <melsangelz@gmail.com>
**Date:** October 11, 2016 at 2:09:43 PM EDT
**To:** Mimi Yoko <idesignmimiyoko@gmail.com>
**Cc:** melsangelz@gmail.com
**Subject: Re: Jeidy-14024 SW 132 AVE**


Hi Mimi. :) I hope you are well.

A couple of things… The design does not have my kitchen shape documented correctly. My kitchen is not a rectangle and the island will not fit there. I would like a larger island closer to the sliding doors but the shape of the room will dictate how large it can be.

Can more drawers be incorporated in the design?

The plan does not show the current pantry either. Would that be demolished?

Would it be possible for the designer to see the site?

Thanks for everything.

Melanie


MCA
Melsangelz@gmail.com
Sent from mobile device


On Oct 11, 2016, at 11:14 AM, Mimi Yoko <idesignmimiyoko@gmail.com> wrote:

For your review

Begin forwarded message:

> **From:**
> Moritausa/Kitchensbyus
> <moritausa@aol.com>
> **Date:** October 11, 2016 at
> 11:07:31 AM EDT
> **To:**
> kitchensbyus@yahoo.com,
> idesignmimiyoko@gmail.co
> m
> **Subject: Re: Jeidy-14024
> SW 132 AVE**

**<u>Exhibit Cover Sheet</u>**

**Party
submitting:** _____    **Ex. #___**


**Admitted: Yes   or    No  (circle one)**


**Debtor:**_____


**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**


**Dated        _____  , 20___.**

**By:**_____,   **Deputy Clerk**


**APPENDIX B**

EXHIBIT 16

                    IN THE CIRCUIT COURT OF THE
                    11TH JUDICIAL CIRCUIT IN AND
                    FOR MIAMI-DADE COUNTY, FLORIDA

                    GENERAL JURISDICTION DIVISION

                    CASE NO. 2018-006210-CA-01


MELANIE ADAMS, individually and on behalf of
her minor daughter, TAYLOR ADAMS,

            Plaintiffs,

vs.

MIMI NGUYEN, d/b/a DESIGN BY MIMIYOKO, LLC.,
an inactive Florida Limited Liability Company,
and ALEJANDRO FARINAS, d/b/a NEW CONCEPT
CT, CORP, a Florida corporation

            Defendants.
-------------------------------------------x



                    June 4, 2018
                    Monday - 2:10 p.m.
                    2600 Douglas Road
                    Coral Gables, Florida



            DEPOSITION OF MIMI NGUYEN



        Taken before ANNA L. EHLERT, a Notary

Public for the State of Florida at Large,

pursuant to Notice of Taking Deposition, filed

in the above-styled cause.

                * * * * *



            Anna L. Ehlert, Court Reporting
              Miami, Florida 305.666.5577

1        APPEARANCES:

2

3            MARVIN ROSS FRIEDMAN, ESQ., of the
             Law Offices of Friedman & Friedman,
             On behalf of the Plaintiffs.

4

5            DONALD M. KREKE, ESQ., of the
             Law Offices of Donald M. Kreke,
6            On behalf of the Defendants.

7

8                    ***INDEX***

9    Witness              Direct

10   MIMI NGUYEN

11   (By Mr. Friedman)        3

12

13        ***EXHIBITS FOR IDENTIFICATION***

14                    (None.)

15

16

17

18

19

20

21

22

23

24

25

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

```
 1   THEREUPON:
 2                     MIMI NGUYEN
 3   was called as a witness and, having been first
 4   duly sworn, was examined and testified on her
 5   oath as follows:
 6                  DIRECT EXAMINATION
 7   BY MR. FRIEDMAN:
 8       Q    Ms. Nguyen -- am I saying your name
 9   correctly?
10       A    It's "Win."
11       Q    Ms. Nguyen, I am going to ask you a
12   few questions today about an incident involving
13   Melanie Adams.  If at any time I ask you any
14   questions that are not clear to you or that you
15   don't understand, please let me know and I will
16   try to rephrase them.  Also, we can't answer
17   like this.  We have to say yes or no --
18       A    Okay.
19       Q    -- or in some cases, "I don't know,"
20   whatever the case may be.  Okay?
21       A    Yes.
22       Q    Ms. Nguyen, will you please state
23   your full name.
24       A    Mimi Nguyen Garcia.
25       Q    What is your address, please?
```

4

```
 1        A      9219 Southwest 123rd Avenue Court,
 2   Miami, Florida 33186.
 3        Q      Is that your home address?
 4        A      Yes.
 5        Q      Is that the only address that you
 6   have?
 7        A      Right now, yes.
 8        Q      You say 'right now.'  Did you
 9   previously have a concurrent address?
10             MR. KREKE:  What do you mean by
11        "concurrent"?
12             MR. FRIEDMAN:  Another address at
13        the same time.
14             MR. KREKE:  At the same time of
15        what?
16        Q      As the date of this incident, which
17   is March 30, 2018.
18        A      No.
19        Q      Do you own the residence located at
20   9219 Southwest 123rd Avenue?
21        A      Yes.
22        Q      Do you own any other properties in
23   Florida?
24        A      Yes.
25        Q      Please tell me what they are.
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

```
 1        A      9447 Southwest 123rd Avenue Court,
 2   my husband and I.
 3        Q      And who resides there?
 4               MR. KREKE:  Objection to form.
 5               MR. FRIEDMAN:  You can answer.
 6               THE WITNESS:  I am sorry?
 7        Q      Who lives at 9447 Southwest 123rd
 8   Court?
 9        A      My husband and I.
10        Q      Who lives at 9219 Southwest 123rd
11   Court?
12        A      Me, as well.
13        Q      Are these properties next to one
14   another?
15        A      A couple of houses down, yes.
16        Q      Are you married?
17        A      Yes.
18        Q      Do you reside with your husband?
19        A      Yes.
20        Q      In which one of these properties?
21        A      9447.
22        Q      Who lives in 9219?
23        A      Me.
24               MR. KREKE:  Objection to form.
25        Q      Would you tell us why you live in
```

1  two homes?

2          MR. KREKE:  Objection to home.

3      A    My brother is handicapped and it is

4  upstairs, downstairs.  He cannot walk.

5      Q    Do you have a homestead exemption on

6  these properties?

7      A    Yes.

8      Q    Which one?

9      A    9447.

10     Q    Do you own any other properties?

11     A    No.

12     Q    In the past five years have you

13 owned any other properties?

14     A    Yes.

15          MR. KREKE:  Objection to form.

16     Q    Tell me about the properties that

17 you have owned in the past five years.

18     A    The address?

19     Q    Yes.

20     A    10292 Southwest 126th Street.

21     Q    Was this a residence?

22     A    Yes.

23     Q    When was that?

24     A    Sold a year ago.

25     Q    Any others?

1          A       No.

2          Q       Tell me please how you met Melanie

3  Adams.

4          A       She was right next door to a house

5  that I was working with.

6          Q       What was the address of the house

7  you were working with?

8          A       I don't remember.

9          Q       Please define what that means, a

10 house you were working with.

11         A       She came by and she saw the house

12 and then she asked me where I got the laminated

13 wood floor.  I told her Home Depot.

14                 Then she had a problem with her

15 boyfriend so she asked me to, you know, open the

16 garage door for her because her boyfriend would

17 come, pick up the keys.

18         Q       You referred to the address as a

19 house you were working with?

20         A       Um-hm.

21         Q       My question was:  What does that

22 mean, a house you were working with?  What were

23 you doing with the house or in the house or for

24 the house?

25         A       I worked.  Remodeling, painting,

1    laminated wood flooring.  Those things.

2        Q    So you were doing construction then

3    at the house.  Is that correct?

4            MR. KREKE:  Objection to form.

5        A    Yes.

6        Q    Do you have a contractor's license?

7        A    No.

8        Q    Do you have any license of any type

9    or nature?

10       A    No.

11       Q    Have you ever had any professional

12   license in Miami Dade County or South Florida?

13       A    No.

14       Q    Who was the owner of the house you

15   were doing the construction on?

16       A    The bank.  I work for banks.

17       Q    What bank owned the property?

18       A    I don't remember.  They had

19   different banks.

20       Q    Who is they?  'They had different

21   banks'?

22       A    The people I work with.

23       Q    Explain yourself.  Tell me what you

24   do, please.

25       A    They hire me to get people to paint,

```
 1  flooring.  That's what they do.
 2       Q     Who hires you?
 3       A     The company that I work with.
 4       Q     What is the name of the company you
 5  work with?
 6       A     HMC.
 7       Q     HMC what?  HMC Company, HMC --
 8       A     That's what I know, HMC and
 9  Wedgewood.  That's all I know.
10       Q     Where are they located?
11       A     California.
12       Q     What kinds of companies are these?
13       A     Investors.
14       Q     And they buy properties?  When you
15  say -- what do they invest in?
16       A     Property.  They hire.
17       Q     You remodel the houses for them
18       A     Any manual work, yes.
19       Q     How many houses or properties of any
20  type did you remodel for HMC?
21            MR. KREKE:  Objection to form.
22       A     I don't understand the question.
23  Repeat it, please.
24       Q     How many properties have you done
25  for HMC?
```

```
 1        A     So far?

 2        Q     Yes.

 3        A     I don't remember.  I have to count.

 4   Six, seven.

 5        Q     How many properties have you done

 6   for -- what was the other one, the other

 7   company?

 8        A     Wedgewood?  They the same.  They are

 9   sisters.

10        Q     Who do you deal with at these

11   companies?

12        A     With the project manager.

13        Q     What is the name of the project

14   manager?

15        A     Jose.

16        Q     Jose what?

17        A     Marijel.

18        Q     What is Jose Marijel's contact

19   information?

20        A     I have it on my phone.

21        Q     You can look at it.

22        A     (786) 815-2426.

23        Q     That is the telephone number?

24        A     That is correct.

25        Q     Do you have an address?
```

```
 1        A     No.

 2        Q     How are you paid by them?

 3        A     A check.

 4        Q     And tell me how you work.  Do you

 5   work by the hour?  Do you work by the job?

 6        A     We give them an estimate, and that

 7   is it, and they pay us like that.

 8        Q     You do the work?

 9        A     No.

10        Q     You arrange for the work to be done?

11        A     Yes.

12        Q     But you are not a contractor?

13        A     No.

14        Q     You have no license?

15        A     No.

16        Q     Do you have any knowledge of

17   building codes and requirements?

18        A     No.

19        Q     Do you have any knowledge of zoning

20   codes and requirements?

21        A     No.

22        Q     Do you get permits for the work that

23   you do on these properties?

24        A     No.

25        Q     Do you know if you are required to
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1  get permits on the work that you do on these

2  properties?

3          A      No.

4          Q      No, you are not, or no, you don't

5  know?

6          A      No, I don't know.

7          Q      How long have you been in this

8  business?

9          A      Next -- sorry.  Six years.

10         Q      Six years?

11         A      Yes.

12         Q      Do you have insurance?

13         A      No.

14         Q      Have you ever had insurance?

15         A      Yes.

16         Q      When did you have insurance?

17         A      When you say do I have insurance,

18  you mean now?

19                MR. KREKE:  Yes.  What kind of

20         insurance.

21         Q      Do you have general liability

22  insurance to cover you for any liability or

23  exposure that you might have in the performance

24  of your duties in rehabbing these properties?

25         A      I do now, yes.

1       Q       When did you get this insurance?

2       A       This year, I believe.

3       Q       Before or after this incident

4   occurred?

5       A       After.

6       Q       Prior to this incident, which

7   occurred on March 30th of 2018, you were

8   uninsured.  Is that correct?

9       A       I had insurance before, yes.

10      Q       You had insurance prior to this?

11      A       That is correct.

12      Q       But you did not have insurance at

13  the time?

14      A       That is correct.

15      Q       Had your insurance been canceled or

16  expired?

17      A       Expired.  I didn't renew it.

18      Q       When did your insurance expire?

19      A       I don't remember.

20      Q       What was the name of the insured on

21  the insurance policy that you had?

22      A       Green Paradise.

23      Q       What is Green Paradise?

24      A       Handyman work, landscaping.

25      Q       What form of organization or

```
 1  business is Green Paradise?

 2       A     Handyman work, landscaping.

 3       Q     Not my question.

 4       A     I don't understand the question.

 5       Q     Was it a corporation?

 6       A     Oh.

 7       Q     A partnership?

 8       A     LLC.

 9       Q     It was an LLC?

10       A     Yes.

11       Q     And do you still have that LLC?

12       A     Yes, sir.

13       Q     Do you have a current LLC?

14       A     Yes.

15       Q     And the name of it you said is?

16       A     Green Paradise.

17       Q     Tell me when the liability insurance

18  policy that you had prior to January 30, 2018,

19  expired.

20       A     I don't remember, to be honest.  I

21  don't remember.

22       Q     Is there a reason that you continued

23  to work without any insurance?

24             MR. KREKE:  Objection to the form.

25       A     I have no idea why.
```

```
 1          Q      Do you have any employees?

 2          A      No.   Subcontract.

 3          Q      Do you hire people to do jobs for

 4    you?

 5          A      Yes.

 6                 MR. KREKE:   Objection to form.

 7          Q      Do you file 1099s for them?

 8          A      Yes.

 9          Q      Do you generally have the same

10    subcontractors that you regularly use?

11          A      Yes.

12          Q      And is Alejandro Farinas one of

13    those contractors that you have used in the

14    past?

15          A      Yes.

16          Q      Do you know who New Concept is?

17          A      Alex Farinas, whatever his last name

18    is.  I call him Alex.

19          Q      How many times have you used Alex

20    for work in the past?

21          A      Six, seven.

22          Q      Did you ever ask him if he was

23    insured?

24          A      Yes.

25          Q      What did he tell you?
```

```
 1        A     He had insurance.  He has shown me
 2  before, yes.
 3        Q     You looked at his insurance?
 4        A     Yes.
 5        Q     Do you know if he had insurance in
 6  effect on January 30, 2018, when this happened?
 7        A     I have no idea.
 8        Q     When was the last time you asked him
 9  if he was insured?
10        A     Last month when this happened.
11        Q     Before this happened or after this
12  happened?
13        A     After.
14        Q     He told you he had insurance at the
15  time?
16        A     No.
17        Q     He did not have insurance?
18        A     No.
19        Q     Nevertheless, you were hiring him to
20  do work.  Correct?
21              MR. KREKE:  Objection to form.
22        A     Yes.
23        Q     Tell me the work that you did for
24  our client, Melanie.
25              MR. KREKE:  Objection to form.
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1    A    I recommend her to company for the
2  kitchen cabinetry.  I emailed it to her, and I
3  gave her two quotes.
4            She came to my house, she looked at
5  my cabinet.  She liked it.  She asked me who, so
6  I gave her the name of the guy that did it.
7            I recommend her the granite.  She
8  asked me who did the granite in my house.  I
9  gave her that information as well.
10    Q    So the only thing that you did with
11  Melanie is recommend people to her.  Is that
12  what you're saying?
13    A    That is correct.
14    Q    You did not do any work for her?
15    A    Absolutely not.  No.
16    Q    Did she ever pay you directly for
17  any of the work that was done?
18    A    The cabinet is --  She doesn't want
19  to pay taxes.  She wasn't comfortable with the
20  cash.  The guy wanted cash.  So she told me,
21  "Can I write it to you and you can cash it to
22  them?"  I said, "Okay, I can do that for you,"
23  so she doesn't have to pay taxes.
24    Q    Do you have a tax number?
25    A    No.  She doesn't want to pay taxes.

```
 1        Q      Do you have a tax number?

 2        A      No.

 3        Q      Do you pay the taxes?

 4        A      I pay taxes, yes.  I do.

 5        Q      Sales tax?

 6        A      Yes.  Whatever he wrote me, I paid.

 7        Q      Did you ever receive any funds or

 8   any checks from Alejandro, or cash, any money at

 9   all?

10        A      Absolutely not.

11        Q      Did you ever receive any money from

12   any of the providers?

13        A      No.

14        Q      Either cash, check, or any other

15   consideration?

16        A      None.

17        Q      Now, you would consider that Melanie

18   was an honest and trustworthy person.  Would you

19   not?

20        A      Yes.

21        Q      And you were friends of sorts.  Is

22   that not correct?

23        A      That is correct.

24        Q      Were you making any money on her

25   job?
```

```
 1         A      Absolutely not.

 2         Q      Is it your testimony that you made

 3   no profit whatsoever from any of the work that

 4   was done on her premises, either from money that

 5   she gave you, money that you received from

 6   vendors, or money that you received from people

 7   who did work on the property?  Is that your

 8   testimony?

 9         A      Yes.

10         Q      Tell me about the money that you

11   received from our client.

12                MR. KREKE:  Can you be more

13        specific?

14         Q      What were you paid for by our

15   client?

16         A      What do you mean?

17         Q      Did you receive any money for

18   electrical work?

19         A      No.

20         Q      Did you receive any money for

21   kitchen work?

22         A      No.

23         Q      Did you receive any money for

24   construction of anything in the kitchen?

25         A      No.
```

```
 1        Q       Did you receive any money for the
 2   backsplash?
 3        A       No.
 4        Q       Did you receive any money for any
 5   plumbing work?
 6        A       No.
 7        Q       Did you receive any money for the
 8   island in the kitchen?
 9        A       No.
10        Q       All of these sums were paid by our
11   client?
12        A       Yes.
13        Q       Directly to the vendor?
14        A       Some do, yes.
15        Q       You never received any money at all?
16        A       No.
17        Q       I just want to be clear.  Is that
18   correct?
19        A       Very clear.
20        Q       You were not paid for anything?
21        A       Nothing.
22        Q       Tell me about Designs By Mimiyoko,
23   LLC.  Is that the name of the company you
24   operated under?
25        A       No.
```

```
 1        Q     Who is Mimiyoko, LLC?

 2        A     Me.

 3        Q     Is that a previous company that you

 4   operated?

 5        A     Yes.

 6        Q     What was the business of that

 7   company?

 8        A     Designing.

 9        Q     Are you an interior designer?

10        A     No.  I just do them, but I am not

11   licensed.

12        Q     Let's clarify that.  You do the

13   work, you do the design, but you are not

14   licensed?

15        A     Yes.  I design it, yes.

16        Q     What does designing it entail?  What

17   does that mean?

18        A     I design the table, where it goes;

19   the chair, where it goes; the color scheme of

20   the room.  I help.  The door knobs, the rugs on

21   the floor, the vases.

22        Q     Do you know anything about the

23   injuries that our client suffered?

24        A     No.

25        Q     Do you know anything about the
```

1    injuries that her daughter suffered?

2         A     No.

3         Q     Did any of the work that was done in

4    those premises require permits?

5              MR. KREKE:  Objection to form.

6         A     No.

7         Q     Are sure of that?

8         A     The cabinet, no.

9         Q     I didn't ask you that.  I said, 'any

10   of the work.'

11             MR. KREKE:  Why don't you go item by

12        item?

13             THE WITNESS:  I don't understand.

14             MR. FRIEDMAN:  She can answer the

15        question.

16             MR. KREKE:  She doesn't know what

17        all happened there.  What if there was

18        other stuff done that she doesn't know

19        about?

20        Q     Any of the work that you arranged?

21        A     No.

22        Q     There was no permitting required for

23   any of the work --

24        A     No.

25        Q     -- that you arranged.  Is that your

1    testimony?

2        A    Yes.

3        Q    And it's your testimony that you

4    never received any money for this job?

5        A    Absolutely not.

6        Q    Directly or indirectly?

7        A    Correct.

8        Q    From anyone?

9        A    From anyone.

10        Q    Why was Design by Mimiyoko, LLC,

11    dissolved?  Why was that business dissolved?

12        A    Because I use Green Paradise.

13        Q    You have experience in other

14    buildings in hanging kitchen cabinets.  Correct?

15            MR. KREKE:  Objection to form.

16        A    I don't understand.  What do you

17    mean?

18        Q    You have done other properties where

19    you have installed kitchen cabinets?

20            MR. KREKE:  Objection to form.

21        A    I don't install.  I don't install

22    any kitchens at all.  I don't do any kitchens at

23    all.

24        Q    Did you ever do work in any of the

25    kitchens in any of the properties that you

1  worked on?

2      A    None at all.  None of the property I

3  work I do kitchens.

4      Q    Do you ever buy properties for your

5  own account and improve them and sell them?

6      A    Not yet.

7      Q    Is it your intention of doing that?

8      MR. KREKE:  Objection to form.

9      A    In the future, I do.

10      Q    Do you have any partners in your

11  business?

12      A    No.

13      MR. KREKE:  Objection to form.

14      Q    Do you have any other business

15  entities?

16      MR. KREKE:  Objection to form.

17      A    What do you mean?

18      Q    Do you have an interest or ownership

19  in any other businesses of any type?

20      A    No.

21      Q    Have you ever pulled a building

22  permit?

23      A    Yes.

24      Q    When and where?

25      A    Dade County, for fence.

```
 1        Q      Where?

 2        A      Doral.

 3        Q      Is that the only time?

 4        A      Let me see what else I did.  Let me

 5   think.  Dade County, yes.  Not Miami Beach.

 6        Q      Have you ever filed any type of

 7   construction documents with any city, county,

 8   state or government?

 9        A      What do you mean by that?  I don't

10   understand.

11        Q      Construction documents with the

12   state or county or city.  Have you ever filed

13   any?

14              MR. KREKE:  Objection to form.  What

15        is a construction document?

16        A      I don't understand.

17        Q      Any plans?

18        A      Do I turn in --

19        Q      Architectural plans?

20        A      I don't.  My architect does.

21        Q      Who is your architect?

22        A      Bill Gonzalez.

23        Q      Where is he located?

24        A      Miami.  His house.

25        Q      You hire him for architectural
```

1    services?

2        A     Yes.

3        Q     Then you arrange the construction

4    according to his plans?

5              MR. KREKE:  Objection to form.

6        A     Hire a GC to do it.

7        Q     Who is the general contractor that

8    you hired?

9        A     For what?

10       Q     A general contractor is a general

11   contractor.

12       A     In the past, you mean?

13       Q     Yes.

14       A     I hired this guy named Tino.

15       Q     Tino what?

16       A     Barriel.

17       Q     Give me his information, please.

18             (Off the record.)

19             MR. FRIEDMAN:  Read back the

20        question.

21             (Thereupon, the question was read by

22        the reporter as above recorded.)

23             MR. KREKE:  We are waiting on you.

24       A     Oh.  Tino B-a-r-r-i-e-l.  (305)

25   781-0673.

```
 1        Q       Do you advertise your services
 2  anywhere?
 3        A       No.
 4        Q       Are you listed on any website?
 5        A       No.
 6        Q       Does all of your work come as a
 7  result of a recommendation?
 8        A       Yes.
 9        Q       Did you ever represent to Melanie
10  that you were a GC?
11        A       No.
12        Q       Was there ever any written contract?
13        A       No.
14        Q       Was there ever any oral contract?
15        A       No.
16        Q       Did you ever have any discussion
17  regarding payment to you?
18        A       No.
19        Q       Did you ever expect any payment to
20  you?
21        A       No.
22        Q       Did you ever supervise any work that
23  was being done on the premises?
24              MR. KREKE:  Objection to form.
25        A       No.
```

```
 1        Q     Were you ever present on the
 2   premises when any of the work was done?
 3        A     No.
 4        Q     So it's your testimony that the sole
 5   thing that you have ever done is give her
 6   suggestions as to purveyors, providers or
 7   workers.  Is that correct?
 8        A     Correct.
 9        Q     Did you ever do anything to check on
10   the license or the insurance or the competence
11   of any of the people that you used or
12   recommended to her?
13              MR. KREKE:  Objection to form.
14        A     No.
15        Q     You are GC Mimi, Green Paradise.
16   What does GC mean?  General contractor?
17              MR. KREKE:  Objection to form.
18        Q     Is that correct?
19        A     Yes.
20        Q     Who provided the kitchen cabinets?
21        A     The company.
22        Q     What company?
23        A     Kitchen Plus, and -- what is his
24   name?  The one that is being sued.  Alex.
25        Q     Did Alex provide the cabinets or did
```

1  he install them?

2       A     No.  He provided the cabinets.

3       Q     You had nothing to do with providing

4  these?

5       A     Absolutely not.  No.

6       Q     Did you arrange for the painting of

7  her house?

8       A     I helped her with the color.

9       Q     Did you arrange for the painter?

10            MR. KREKE:  Objection to form.

11      A     I sent some her paint that she

12 requested.

13      Q     Repeat that, please.

14      A     I sent her some recommendation that

15 she asked.

16      Q     But you weren't paid anything?

17      A     No.

18      Q     Do you know anything about any deck

19 painting?

20      A     Yes.

21      Q     Did you arrange that?

22      A     Yes.

23      Q     Who did you arrange it with?

24      A     One of the workers, one of the

25 painters that she paid him per day.

```
1        Q       But you never received any money for

2    that?

3        A       Absolutely not.   No.

4        Q       Did you recommended the plumber to

5    her?

6        A       I don't remember the plumber.   I

7    don't remember recommending a plumber.

8        Q       Did you provide --

9        A       A handyman.

10       Q       Did you provide -- I'm sorry.

11       A       I'm sorry.   I interrupted you.   I'm

12   sorry.

13       Q       Go ahead.

14       A       No.   Go ahead.

15       Q       Do you remember any plumber?

16       A       No.

17       Q       Do you recall if any plumbing was

18   done there?

19       A       No.

20       Q       How about the fountain?   Was there a

21   fountain there?

22       A       I found a fountain at one of the

23   houses.   She liked it and I just gave it to her,

24   and she paid this guy to move it for her.

25       Q       You gave it to her as a gift?
```

```
 1        A      Yes.  She wanted it.  They were
 2   going to get rid of it.  She liked it.  She paid
 3   the landscaper to move it for her.
 4        Q      She paid the landscaper directly?
 5        A      She told me to hold onto it until he
 6   delivered it and then pay him.
 7        Q      Do you know the name of the
 8   landscaper?
 9        A      Yes.  Roberto.
10        Q      What is his contact information?
11        A      (786) 768-9286.
12        Q      Did you suggest anybody for the
13   installation of floors?
14        A      Yes.
15        Q      Did you receive any money for that?
16        A      Absolutely not.
17        Q      Who is the person you recommended?
18        A      Jorge Mendez.
19        Q      What is his contact information?
20        A      (786) 237-1894.
21        Q      Who is Alex Mateo?
22        A      The electrician that I recommend.
23        Q      Did you ever receive any check from
24   Melanie that you took to the bank and cashed?
25        A      Yes.
```

```
 1        Q       For what?

 2        A       For the cabinet.  Sometimes she

 3   asked me to pay the other guy for her.

 4        Q       What guy?  Tell me who she asked you

 5   to pay for her.

 6        A       I don't remember, but I remember the

 7   cabinet.  I'm pretty sure the cabinet.  And the

 8   landscaper.  She doesn't speak Spanish, and he

 9   speaks Spanish.

10        Q       Generally, when you take a job

11   remodeling, on what basis do you charge?

12                MR. KREKE:  Objection to form.

13        Q       Do you have a fixed rate?

14        A       Yes.

15        Q       What is your rate?

16        A       Fixed rate in what?  In painting?

17        Q       Yes.

18        A       No, not the whole job.  No.

19        Q       Not the whole job?

20        A       No.

21        Q       Tell me about your rates, what you

22   charge.

23        A       We send the painter.  They give me a

24   quote how much.  And that is how I charge.

25        Q       How do you charge the client?
```

```
 1        A      My boss have a fixed rate.  I work

 2   for the boss.  The company I work with they have

 3   a fixed rate.

 4        Q      What is that rate?

 5        A      A dollar per square foot.

 6        Q      When you work with other people --

 7   have you done work for any other people?

 8        A      I did work for a bank for the past

 9   four years -- six years.

10        Q      What bank?

11        A      I'm an investor.  Not the investor.

12        Q      The two names you gave me?

13        A      Yes.  HMC and Wedgewood, yes.

14        Q      And for the past six years those are

15   the only people you have done work for?

16        A      That is correct.

17        Q      Is that correct?

18        A      That is correct.

19        Q      You have not done any other work for

20   anyone --

21        A      Right.

22        Q      -- other than the two names you gave

23   me?

24        A      Yes.

25        Q      How do you charge them for the job?
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

```
 1        A      They have a fixed rate, like a
 2   dollar per square foot for paint.  That is what
 3   we would do.  So a dollar for a certain thing,
 4   like they charge a dollar 50 cents for a
 5   laminate wood floor, a dollar for paint, like
 6   that.
 7        Q      Is there a written schedule of this?
 8        A      No.  No.
 9        Q      How do they pay you?  Per job?
10        A      Per job.  You know, per house.
11        Q      You send them bills for what is
12   done?
13        A      Yes.
14        Q      What do you add on for your profit?
15        A      That's it.  If you sub it out and
16   they give you 50 cents, 25 cents, that's how you
17   make the money.
18        Q      Who gives you 50 cents?
19        A      The subcontractor.
20        Q      So in those cases, the subcontractor
21   pays you?
22             MR. KREKE:  Objection to form.
23        Q      Is that correct?
24        A      I pay them.  The investor gives me
25   and I pay the subcontractor.
```

```
 1          Q      And the subcontractor pays you?
 2          A      No.   The bank.
 3          Q      Perhaps I am not making it clear.
 4  How do you get paid?
 5          A      They charge me --
 6          Q      Profit, money in your pocket?
 7          A      They charge me -- they charge me a
 8  dollar, I charge the investor 1.25, so I make 25
 9  cents.   They pay me $1.25, I pay the
10  subcontractor a dollar.   That's how it works.   I
11  make 25 cents, like that.
12          Q      But it's a different rate for
13  everything?
14          A      Different rates for different
15  things.   Tile, $2.00.   $2.25, I make 50 cents.
16  Like that.   They pay by the tile.
17          Q      Plumbers?
18          A      I am sorry?
19          Q      Plumbers?
20          A      Plumbers, per job.
21          Q      Are you presently working on any
22  other jobs rehabbing properties?
23              MR. KREKE:   Object to the form.
24          A      I am sorry?
25          Q      Are you presently working on other
```

1    jobs rehabbing properties?

2         A    Do I work now with some rehab?

3         Q    Yes.

4         A    Yes.

5         Q    Where?

6              MR. KREKE:  Objection to form.

7         A    Right now I have one that is on --

8    let me see which one it was -- by Kendall.

9    15884 Southwest 147th Lane.

10        Q    Who is that for?

11        A    I'm sorry?

12        Q    Who is the owner of that?

13        A    I work for Jose, an investor.  HMC,

14   I don't know.

15        Q    What company owns it?

16        A    HMC or Wedgewood.

17        Q    Any other properties?

18        A    Yes, I have another one.  11940

19   Southwest 136th Avenue.

20        Q    Any other properties?

21        A    Right now?  Right now we only have

22   two.

23        Q    Did you see this property after the

24   kitchen cabinets fell off the wall?

25        A    No.

```
1          Q      Do you know what happened?

2          A      No.

3          Q      Were you ever told what occurred?

4          A      No.

5          Q      Did you ever have any conversations

6   about what occurred?

7          A      No.

8          Q      Do you know anything about the

9   injuries that were involved?

10         A      No.

11         Q      Who have you had conversations with

12  about this issue?

13                MR. KREKE:  What issue?

14                MR. FRIEDMAN:  Cabinets falling off

15         the wall.

16         A      Melanie.  I texted Melanie.

17         Q      Anyone else?

18         A      Alex.

19         Q      What did Alex tell you?

20                MR. KREKE:  Objection to form.

21         A      "How can it fall?"  I said, "I don't

22  know."

23         Q      You said to him, "How can it fall?"

24         A      No, he said it to me, "How can it

25  fall?  It had been done a year ago."  That's
```

1    what he said.

2        Q    Well, obviously you know kitchen

3    cabinets aren't supposed to fall off the wall.

4    Correct?

5            MR. KREKE:  Objection to form.  Come

6        on now.

7        A    I'm sorry.  What did you say?

8        Q    Kitchen cabinets are not supposed to

9    fall off the wall, correct, if they are properly

10   installed?

11           MR. KREKE:  Objection to form.

12       Q    You don't know?

13       A    I have no idea.  Never fall before,

14   so I have no idea.

15       Q    Do you know if the installer is a

16   general contractor?

17       A    No.

18       Q    Who did the demolition of the

19   original or existing cabinets in the premises

20   where the incident occurred?

21       A    I don't remember.

22       Q    Did you arrange for the demolition?

23       A    I give her some recommendations of

24   handymen.  She asked me for handymen phone

25   number.  I gave her a few.

```
 1          Q      Do you recall who you recommended?
 2          A      No, I don't, to be honest.
 3          Q      Did you give her any recommendations
 4   for drywall installation?
 5          A      I gave her a couple of names, as
 6   well.
 7          Q      Do you recall whose name you gave
 8   them?
 9          A      No.
10          Q      Did you give her any recommendation
11   for fence and deck construction?
12          A      No, I did not recommend that.  The
13   color, yes.
14          Q      Did you ever go to her house at any
15   time while the work was being done?
16          A      No.
17          Q      Had you ever been inside her house?
18          A      Yes.
19          Q      Tell me when you were in the house.
20          A      I helped her pick up the dining room
21   table.  I went to offer up -- looking for some
22   prices for her for the -- she asked me for the
23   table and the chairs, what colors, should I help
24   her with.
25                 So I did that for her and rearranged
```

1  a rug for her.  Rearranged the couch for her.

2  That's what we did.  And the bird cage.

3       Q     I'm sorry?

4       A     And the bird cage, where to put the

5  bird cage.  She has a bird.  The cage, the cage

6  of the bird.  She asked me where to put it.

7            MR. KREKE:  For me, that would be

8       outside.

9            THE WITNESS:  No, it's inside.  She

10       liked it.  She loves it.  She let him fly

11       in the house.

12       Q     Do you have any paperwork of any

13  kind relating to this job?

14       A     No.

15       Q     Do you have any records?

16       A     No.

17       Q     Do you have any bills?

18       A     No.

19       Q     Do you have any invoices?

20       A     Invoices?  I don't remember.  I do

21  remember that I forward everything that they

22  quote to her.

23       Q     How did you forward it to her?

24       A     E-mail, text.

25       Q     So you have these e-mails and texts,

```
 1  they have not been deleted.  Is that correct?
 2        A     No.  I don't have them on my phone,
 3  no.  That was years ago.  I don't have it.
 4        Q     You deleted it?
 5        A     The phone automatically deleted it
 6  because it's old.
 7        Q     When was the installation done?  Do
 8  you recall?
 9        A     I think it was two years ago, a year
10  and a half ago.  I don't remember, to be honest.
11        Q     Do you consider Melanie a friend?
12        A     Do I consider Melanie is my friend?
13        Q     Yes.
14        A     Yes.
15        Q     Do you have any knowledge of the
16  installer, Alex, as you call him --
17        A     Yes.
18        Q     -- having been previously cited for
19  working without insurance?
20        A     No.
21        Q     Do you have any knowledge of Alex
22  being previously cited for working without a
23  license?
24        A     No.
25        Q     How many jobs has Alex done for you,
```

```
 1   if you know?

 2            MR. KREKE:  Objection to form.

 3       A    I don't remember, but quite a few.

 4       Q    Are you still working with him?

 5       A    Yes.

 6       Q    Do you have any records of any kind

 7   relating to this job?

 8            MR. KREKE:  Objection to form.

 9       A    No.

10       Q    Nothing?

11       A    I didn't do any work.

12       Q    Any cancelled checks?

13       A    No.  She was my friend.  I don't

14   keep any records.  I didn't even do work.

15            MR. FRIEDMAN:  Okay.  Thank you.

16            (Thereupon, the deposition was

17        concluded at 2:55 p.m.)

18                 *    *    *    *    *

19            FURTHER DEPONENT SAITH NOT.

20

21

22

23

24

25
```

1

2          Sworn to and subscribed before me this

3

_____ day of _____, 2018.

4

5

6                    _____

                     Notary Public
7                    State of Florida at Large

8
                     My Commission Expires:
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    ANNA L. EHLERT
                     COURT REPORTING
 2                   P. O. BOX 43-1326
              SOUTH MIAMI, FLORIDA  33243
 3                   (305) 666-5577

 4
     July 24, 2018
 5
     Donald M. Kreke, Esq.
 6   Law Offices of Donald M. Kreke
     1450 Madruga Avenue
 7   Suite 410
     Coral Gables, Florida  33146
 8
     RE:  Adams vs. Nguyen
 9
     Dear Mr. Kreke:
10
          A transcript of the deposition of Mimi
11   Nguyen, which was taken in the above-styled
     cause, is ready for reading and signing.
12

13        Please ask the witness to call (305)
     666-5577 to make an appointment to read her
14   deposition.

15
          If this has not been taken care of by the
16   time of trial or within thirty days, whichever
     comes first, it will be concluded that the
17   reading, subscribing and notice of filing have
     been waived.
18

19   Very truly yours,

20

21
     Anna L. Ehlert
22
     cc:  Marvin Ross Friedman, Esq.
23

24

25
```

**ERRATA SHEET**

RE:  Adams vs. Nguyen

Deposition of:  Mimi Nguyen

Date Taken:  Monday, June 4, 2018

Page      Line          Correction          Reason

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
          MIMI NGUYEN

Sworn to and subscribed before me this _____
day of _____, 2018.

_____
          Notary Public

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1                    CERTIFICATE OF OATH

2

3    STATE   OF   FLORIDA )

4    COUNTY OF MIAMI-DADE )

5

6         I, the undersigned authority, certify that

     the witness, MIMI NGUYEN, personally appeared

7    before me and was duly sworn.

8

9         WITNESS my hand and official seal this

10   25th day of July, 2018.

11

12

13   _____

                      ANNA L. EHLERT

14        My Commission Expires:  7/11/19

15

16

17

18

19

20

21

22

23

24

25

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

```
 1            REPORTER'S DEPOSITION CERTIFICATE

 2

 3

 4   STATE   OF   FLORIDA )

 5   COUNTY OF MIAMI-DADE )

 6

 7            I, ANNA L. EHLERT, a Professional

 8   Reporter, do hereby certify that I was

 9   authorized to and did stenographically report

10   the deposition of MIMI NGUYEN; that a review of

11   the transcript was requested; and that the

12   transcript is a true and complete record of my

13   stenographic notes.

14

15            I further certify that I am not a

16   relative, employee, attorney or counsel of any

17   of the parties, nor am I a relative or employee

18   of any of the parties' attorney or counsel

19   connected with the action, nor am I financially

20   interested in the action.

21

22            DATED this 25th day of July, 2018.

23            _____

24                      ANNA L. EHLERT

25
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

### Exhibit Cover Sheet

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated        _____  , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-15954-RAM
ADVERSARY NO. 20-01350-RAM

MELANIE ADAMS, individually and
on behalf of her minor daughter,
TAYLOR ADAMS,

                    Creditors/Plaintiffs,

vs.

PHUONG MIMI NGUYEN,

                    Debtor/Defendant.
-----------------------------------------x

February 16, 2021
Tuesday - 10:00 a.m.
Zoom Video Conferencing

DEPOSITION OF
PHUONG MIMI NGUYEN

       Taken before ANNA L. EHLERT, a Notary

Public for the State of Florida at Large,

pursuant to Notice of Taking Deposition, filed

in the above-styled cause.

                    * * * * *

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

---

2

1    APPEARANCES:

2        ZACHARY A. FRIEDMAN, ESQ., of the
         Law Offices of Friedman & Friedman,
3        On behalf of the Plaintiff.

4
         RICARDO A. RODRIGUEZ, ESQ., of
5        Rodriguez Law PL,
         and HAVEN DELPINO, ESQ., of the
6         del Pino Law Firm,
         On behalf of the Defendant.
7

8        Also present: Melanie Adams.

9

10                ***INDEX***

11
    Witness              Direct  Cross  Redirect
12
   PHUONG MIMI NGUYEN
13
     (By Mr. Friedman)      3
14

15

16       ***EXHIBITS FOR IDENTIFICATION***
17            (None.)

18

19

20

21

22

23

24

25

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

---

3

1   THEREUPON:

2              PHUONG MIMI NGUYEN

3   was called as a witness and, having been first

4   duly sworn, was examined and testified on her

5   oath as follows:

6              DIRECT EXAMINATION

7   BY MR. FRIEDMAN:

8        Q    Will you tell us your name, please.

9        A    Mimi Nguyen Garcia.

10       Q    Where do you currently live?

11       A    9219 Southwest 123 Avenue Court.

12       Q    And that is in Miami?

13       A    Yes.  33186.

14       Q    I want to talk about before January

15   30, 2018.  Okay?

16       A    Okay.

17       Q    First off, how did you come to meet

18   Melanie Adams?

19       A    She came to me, next door to the

20   house I was working on.

21       Q    Was this the house located at 14016

22   Southwest 132 Avenue?

23       A    I don't remember the address.  It

24   was right next to her house.

25       Q    When you say you were working at the

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

---

4

1   house right next to her house what were you

2   doing for that house?

3        A    We were doing laminating of wood

4   floors and painting.

5        Q    What was your job title for that

6   house?  Were you the GC?

7        A    No.  I'm a supervisor for that

8   house.

9        Q    Who was the general contractor for

10   that house?

11       A    We don't need a general contractor.

12   We didn't pull a permit.

13       Q    I'm sorry.  You didn't pull a

14   permit?  Is that what you said?

15       A    Yes.  We just do the painting and

16   laminate the wood floor.  What else did we do?

17   Tiling.

18       Q    When you say you were the

19   supervisor, who were you supervising at that

20   job?

21       A    At that job we have -- let me think.

22   We hire -- let me think a minute, please.  Let

23   me see.

24            We hired a tile guy to do the tiling

25   on the floor upstairs.  A crew did laminate wood

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

6

1  floor and paint.
2       Q     When you are saying that you're the
3  supervisor, are you supervising all the people
4  doing those jobs?
5       A     Yes.  Those, yes.
6       Q     Are you inspecting their work and
7  approving their work?
8       A     Yes.
9       Q     Are you there on a daily basis?
10      A     No.
11      Q     How often would you be at that
12 project?
13      A     A couple of days, I guess.  I don't
14 remember.
15      Q     I'm sorry.  Go ahead.
16      A     I'm sorry.   A couple of days.
17      Q     How long did that project last?
18      A     I think 30 days.  We have to wait
19 for the laminate wood floor, I think, 30 days.
20 I don't remember, to be honest.
21      Q     Was that job in 2016?
22      A     I don't remember the year at this
23 time.
24      Q     It was certainly before you ever did
25 any work on Melanie's house.  Right?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1       A     Right.  I didn't do any work for
2  Melanie.
3       Q     So Melanie comes over to that house
4  and starts talking to you.  Is that how you
5  ended up meeting?
6       A     I think so.  She saw me coming out
7  as she was coming in and she wanted to see the
8  house.
9       Q     Did you show it to her?
10      A     She walked in, I think.  I remember
11 she walked in.  She saw the laminate wood floor.
12      Q     Did she walk in with you?
13      A     I think so.  I don't remember.
14      Q     When you introduced yourself, did
15 you ever tell her that you were the general
16 contractor for that project?
17      A     No.  She never asked me that.  We
18 just introduced, gave our names, and that was
19 about it.
20      Q     Tell me what you guys talked about.
21      A     Later on we talked about her
22 boyfriend that she was dating.  She had an issue
23 with that and she was upset about that.
24            And we'd become friends.  She'd come
25 over and ask me to give her some advice about

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

7

1  designing her house.  She wanted to change the
2  whole concept of her house, how the layout would
3  be and things like that.
4       Q     In that initial meeting, did she
5  ever ask you what kind of work you did?
6       A     She said, "What are you guys doing?"
7  I think she asked, "What are you guys doing
8  here?"  You know.
9             She saw the paint.  She saw the
10 laminate wood floor.  And that is it.  That's
11 all she saw on the first floor.
12            I think the tile was on the second
13 floor.  She didn't go up yet.  Oh, yes, she
14 mentioned something about her house, seeing
15 their house, they could see her house in the
16 back.  Something like that -- I don't remember
17 now.
18      Q     Then when she asked you all those
19 questions, what did you tell her?
20      A     Well, I don't remember what I told
21 her.  I said, "Yes, we do laminate wood floors."
22            I think I saw her after, a couple of
23 days later, and I asked her, "Do you want a wood
24 floor because the project managers didn't like
25 the color so we have to rip them all out?"

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

8

1             She said, "Yes, yes.  I love it."
2             So I gave it to her.  So she had all
3  of that.
4       Q     Did you have a company at that time?
5       A     What do you mean?  Yes.  Do I have a
6  company?  Yes.
7       Q     What is the name of that company?
8       A     Green Paradise that I work out of.
9       Q     Was it Green Paradise, LLC or Green
10 Paradise Landscaping, LLC?
11      A     Green Paradise, LLC.  I think.  LLC
12 or Landscaping.  I don't remember.
13      Q     Did you tell her that that was the
14 name of your company at that time?
15      A     She never asked me for that.  She
16 only asked me for my name.  We didn't go into
17 that at all.  It was just a friend talking to a
18 friend.
19      Q     Well, this was the first time that
20 you had met her.  Right?
21      A     That's correct.  She didn't ask me
22 for what I do.  She said what do I do here and
23 that was it.
24      Q     Did she ask you for a business card?
25      A     No.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1  Q    So when was the next time that you
2  saw Melanie after that?
3  A    After that, I think we saw each
4  other all the time.  We'd talk all the time.  We
5  become friends right after.
6  Q    Did you live close to where she was
7  living?
8  A    I live pretty close.  I am in
9  Kendall and she's in Kendall as well.
10  Q    I mean, can you walk to each other's
11  houses?
12  A    No.
13  Q    At the time what address were you
14  living at?
15  A    I live at 9219 Southwest 123rd.  She
16  knows I was separated with my husband.  She
17  knows about that.  She came to my house.
18  Q    How long after that initial meeting
19  was it that you and she agreed to do work at her
20  house?
21  A    I didn't agree to do work at her
22  house.  She asked me for certain things she
23  wanted to do, if I know anybody that does
24  kitchens, do I know someone that can break the
25  wall, somebody who can paint.

1    I recommended two companies, three
2  guys, three handymen guys, to help her out with
3  backsplash and things like that.  And I helped
4  with her furniture.
5  Q    So was the agreement that you would
6  find the subcontractors to do the work that she
7  wanted and you would supervise their work?
8  A    No.  They were --
9  MR. RODRIGUEZ:  Objection.  Form.
10  Assumes facts not in evidence.
11  MR. FRIEDMAN:  Go ahead.  You can
12  answer.
13  THE WITNESS:  What was your question
14  again?
15  Q    Did you ever agree with Melanie that
16  you would find subcontractors to do the work on
17  her property that she asked you to do work for?
18  A    Absolutely not.  She asked me do I
19  know anyone, as a friend.  I told her, "This guy
20  does this.  This guy does that" in a group text.
21  I tried to help them negotiate a cheaper price
22  in a group text.
23  Q    When you say, "group text" are you
24  saying through the phone or through email?
25  A    Through the phone.  No emails.  We

1  were always texting.
2  Q    Do you still have those text
3  messages?
4  A    I don't have the phone but if you
5  request it you can see it.
6  Q    Well, who was your carrier at that
7  time.  AT&T, T-Mobile?
8  A    AT&T.
9  Q    What was the phone number?
10  A    786-348-7000.
11  Q    When did you switch phones?
12  A    I didn't switch phones.  Oh, the new
13  phone is broke.  I had a crash.  That was an
14  iPhone 6, I think.  I don't remember.
15  Q    When did that happen?  Which year?
16  A    I don't remember.  '16, I guess,
17  '16, '17.  I don't remember.
18  We talked every day.  Almost every
19  day.  Every week.
20  Q    She asked you to recommend people.
21  Is that what you are telling me?
22  A    She asked me, "Do you know anyone to
23  do this, "Do you know anyone to do that?"
24  Q    Then did you tell her?
25  A    Yes.  I'd tell her, "Jorge Mendez

1  can do that for you.  I'll help you make sure
2  that he give you the price, a low price," and we
3  all talked together in a group text.
4  Q    At any point in time did you ever
5  tell her about your company, Design by Mimi
6  Yoko?
7  A    I think I told her that I used to
8  design, I used to do designing before, I do work
9  for this company.  Before I work for the company
10  I do design work, yes.
11  Q    When you recommended all these
12  people, was one of them Alejandro Farinas?
13  A    Yes.  She asked me.  Yes.  Yes.
14  Q    Had you ever worked with Alejandro
15  before?
16  A    Yes.
17  Q    Did you know whether or not he had
18  insurance?
19  A    He did when I met him, yes.
20  Q    When did you met them?
21  A    A couple of years back.
22  Q    That doesn't help me.  Can you give
23  me a ball park?  A couple of years back from
24  what?
25  A    The years 2015, 2014, I think,

14

1  2000- he did when --
2      Q     When did he do work at Melanie's
3  house, which year?
4      A     I don't remember.  You can check
5  with her.  I don't remember.
6      Q     Well, if it was in 2017 or early
7  '18, do you know if he had insurance then?
8      A     No.  I don't check with him after
9  that.
10     Q     So you asked him one time if he had
11 insurance and then that was it?
12     A     Yes.  He showed us insurance for the
13 company that we work with.
14     Q     Well, you know insurance lapses,
15 don't you?  Did you ever ask him if he renewed
16 it?
17     A     No, I didn't.
18     Q     Did you ever ask him if he was
19 licensed?
20     A     No.
21     Q     Did that matter to you?
22     A     I don't think it is required for
23 granite.  I didn't think it was required.
24     Q     So after you recommended the
25 subcontractors to Melanie, did you have any

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

15

1      Q     How many times did that happen?
2      A     I think one time or twice.
3      Q     Were there ever subcontractors there
4  when you had this visit with Melanie?
5      A     I think they came.  I sent her the
6  Kitchen Plus that I work with, the company that
7  I work with for the investments.  They came by
8  themselves to bid for the design and she talked
9  to them directly.
10     Q     Were those conversations in front of
11 you while you were at the house?
12     A     No, I was not there.
13     Q     That was not my question.  Listen to
14 my question.  Listen carefully.
15           When you went to Melanie's house and
16 met with her those one or two times to discuss
17 what needed to be done or what she wanted to be
18 done at her house, were there any of the
19 subcontractors there at the same time?
20     A     No.  The first time, no.  I don't
21 remember the second or third.
22           I helped her with a lot of things.
23 Not just the kitchen.  The furniture as well.
24     Q     I asked you if you had ever been
25 there before work started and you said once.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

14

1  involvement with scheduling their work at her
2  house?
3           MR. RODRIGUEZ:  Objection to the
4      form of the question.  Assumes facts not
5      in evidence.
6           MR. FRIEDMAN:  You can answer the
7      question.
8           THE WITNESS:  Say that again.
9      Q     After you recommended the
10 subcontractors to Melanie, did you have any
11 involvement with scheduling their work at her
12 house?
13     A     They would tell me that it would be
14 done and I would let her know when they were
15 done.
16     Q     Did you ever go to her house before
17 work ever started on the house to look around
18 and see what work needed to be done?
19     A     She came and she asked me, "How do
20 you design this?"  "What do you think if I break
21 that wall?"  "What do you think if I do it
22 here?" She asked me to give her some advice
23 about designing.
24     Q     Was that in person at her house?
25     A     Yes.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

16

1  Then you said once or twice.  Now you're saying
2  three times.
3      A     I came to her house as a friend --
4      Q     Hold on.  Hold on.  You have to let
5  me finish my question.  I will let you answer
6  and I will let you finish your answer, but
7  you've got to let me finish the question so we
8  have a clean record.  Okay?
9      A     Okay.
10     Q     Initially, I asked you how many
11 times you had been there with Melanie before
12 work ever started.  You said once.  Then you
13 said twice.  Now you you're saying three times.
14 Can you tell me with certainty how many times
15 you had met with Melanie at her house before
16 work ever started to discuss what she wanted to
17 be done at her house?
18     A     I came to her house as a friend.  We
19 came there for tea.  We came there to talk about
20 friendship, to talk about her boyfriend.  So it
21 was not all about signing up for work.  I didn't
22 have anything to come over there to help her
23 with the kitchen or what have you.  We came and
24 we talked about Christmas stuff and we talked
25 about dating stuff and things like that.  So

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

18

```
 1  anytime I'd come to her house not for work but
 2  just for friendshipwise.
 3       Q    I don't care about your friendship
 4  with her.  What I am asking you about is the
 5  work.
 6            How many times for work did you go
 7  to her house before any work began at her house
 8  to discuss what work she wanted to be done at
 9  her house?
10       A    I didn't do work for her.  She came.
11  She asked me, "What do you think?"  I don't work
12  anything for her.  I gave her advice.  I don't
13  remember how many times but I know I wasn't
14  there when the Kitchen Plus come to give her the
15  design and measurements.  I had met with her.
16       Q    Is it your testimony that you never
17  went to her house before work started -- hold
18  on -- is it your testimoney that before work
19  started you never went to her house in a working
20  capacity, you only went there in a friendship
21  capacity?  Is that your testimony?
22       A    No, I didn't say that either.
23       Q    Well, here is my question.  I am
24  asking you:  Other than your friendship, how
25  many times did you go for work purposes to her
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

19

```
 1  any work on her property, was there ever an
 2  agreement between you and her, whether verbal or
 3  written or otherwise, that you would supervise
 4  the subcontractors in doing the work?
 5       A    No.  Absolutely not.
 6       Q    Was there ever an agreement between
 7  you and Melanie that you would get paid for the
 8  work that these subcontractors were doing on her
 9  property?
10       A    Absolutely not.  She had the
11  estimates, quotes.  I gave it to her.  She came
12  to my house.  She saw.  And I give her the quote
13  that the guy quoted it.  I even gave her the
14  estimates from Kitchen Plus.  Everything she
15  asked me I forwarded to her.  I even negotiated
16  to get it lower for her because she was my
17  friend.
18       Q    So these subcontractors are sending
19  the bids to you and you're helping negotiate to
20  get a better price for Melanie because she's
21  your friend.  Right?
22       A    She can get 40 percent or 50 percent
23  off, yes.
24       Q    Once those bids are coming to you,
25  are you sending them to Melanie?
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

18

```
 1  house before work started?
 2       A    I don't remember.  A couple of
 3  times, I think, because she asked me for the
 4  laminate wood floor, how does it lie on the
 5  staircase and how is it laid out upstairs.  I
 6  don't remember.
 7            So if you're talking about other
 8  stuff, I don't remember that.
 9            Then I come and then I help her pick
10  out the paint color for her deck.  She asked me
11  for my opinion.  I went there as well to help
12  her with that.  I don't remember how many times.
13  A couple of times, I think.  I don't remember.
14  I don't remember.
15       Q    I am okay with you not remembering
16  things.  If you don't remember, that is fine.
17  This is not a memory test.
18       A    I don't remember.
19       Q    That's fine.  I would rather you
20  tell me you don't remember then telling me two,
21  three, four, five, six times.
22       A    When you asked me about that
23  particular case, I thought that only case.  I
24  don't remember to be exact, no.
25       Q    So before the subcontractors ever do
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

20

```
 1       A    Once the bid -- no there was not a
 2  bid.  No.  She asked for an estimate and I gave
 3  it to her.  Whatever they quote, I forward to
 4  her.
 5       Q    I'm sorry.  I call estimates bids.
 6  Let me ask it another way.
 7            When these subcontractors send the
 8  estimates to you for the work to be done at
 9  Melanie's property, do you negotiate them on her
10  behalf?
11       A    No.  They give me a discount.  They
12  give my discount to her on Kitchen Plus and they
13  already specified.  They gave us 40 to 50
14  percent because we work for a company that made
15  a lot of kitchens.
16       Q    What company did you work for that
17  made a lot of kitchens that resulted in these
18  discounts?
19       A    I work for them.  That's a firm,
20  that I own both.
21       Q    What is the name?
22       A    HMC Asset and Wedgewood.
23       Q    Can you spell all of those?
24       A    Sure.  W-e-d-g-e-w-o-o-d.  And HMC
25  A-s-s-e-t.  Asset.
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

21

1    Q      And you were an employee or you were
2  an officer of those companies?
3    A      No.  I just provide the job for them
4  and they pay the kitchen direct.  I have nothing
5  to do with that.  They pay them.  I don't --
6    Q      Did you get paid by those companies?
7    A      No.
8    Q      Who would pay you?
9    A      I don't get paid for that.  I only
10 get paid for what I do at the house.  I don't
11 get paid for the kitchen, no.  I recommended to
12 tell her that.
13          They know us because we do designs
14 for them.  Sometimes we tweak it a little bit on
15 the design.  That's how Melanie got the
16 discount.
17    Q      So you, Design by Mimi Yoko, did
18 designs for those two companies that you just
19 named, Wedgewood and HMC?
20    A      No.  They know me at Green Paradise.
21 I moved over to Green Paradise handyman stuff.
22    Q      Let's back up because now I am
23 getting confused.
24          So there is Design by Mimi Yoko and
25 there is Green Paradise Landscaping, LLC.

22

1  Right?
2    A      Yes.
3    Q      Which one existed first?
4    A      I had Design first.
5    Q      Design by Mimi Yoko?
6    A      That is correct.  I don't have that
7  because I went to Green Paradise to work with
8  the company.
9    Q      Hold on.  Let me ask my questions.
10          When you created Design by Mimi Yoko
11 were you the sole owner and employee of that
12 company?
13    A      Yes.  I do drawings, yes.
14    Q      When did that company dissolve?
15    A      I think when I opened Green
16 Paradise.  I think.
17    Q      What year was that?
18    A      I don't remember.
19    Q      Was it before 2018?
20    A      Yes, I am pretty sure.  Yes.
21    Q      After you dissolved Design by Mimi
22 Yoko, then you created Green Landscaping.
23 Right?
24    A      We did landscaping, yes.
25    Q      Were you the sole owner and employee

23

1  of that company?
2    A      I was, yes.  Yes.
3    Q      When did that company dissolve?
4    A      I don't remember either.  I would
5  have to check.
6    Q      Did you ever have insurance under
7  Design by Mimi Yoko?
8    A      No.
9    Q      Did you ever have insurance under
10 Green Landscaping?
11    A      Yes, I do.
12    Q      Does that company still exist?
13    A      No.
14    Q      When did the company dissolve?  Was
15 it before 2018?
16    A      Yes.  I think, yes.
17    Q      After that, did you create any other
18 companies?
19    A      No.
20    Q      Let's go back to what we were
21 talking about.  The other two companies, HMC and
22 Wedgewood, you were not employed by them and you
23 were not an officer for them.  Correct?
24    A      Right.
25    Q      They hired you, Mimi Nguyen, to

24

1  supervise work that they were performing at
2  properties.  Is that correct?
3    A      Right.  Make sure they were on time
4  and on schedule.
5    Q      So you were supervising the sub-
6  contractors that were doing the actual work?
7    A      Some of them.  Not all of them.
8    Q      How many properties were you
9  supervising those subcontractors doing the work?
10    A      I think it depends on the year,
11 five, six.
12    Q      How long did you do the supervision
13 work for them, those two companies?  From what
14 year to what year?
15    A      I think I started in 2016.  I don't
16 remember.
17    Q      Do you still work for them?
18    A      No.  Wedgewood is no longer buying
19 homes since last year.
20    Q      So you stopped doing this kind of
21 work for them in 2020?
22    A      I think they left.  The last house
23 they didn't buy any property at all.  So really
24 bad.  They let go people, yes, last year.
25    Q      So 2020?

25

26

1    A    Yes.  Last year, yes.

2    Q    During those four years that you

3  were doing this supervision work for them, did

4  they ever pay you?

5    A    Pay me for my work, yes.  Not pay me

6  for the sub, no.  I don't get paid for the

7  kitchens.  I don't get paid for those, no.

8    Q    But you're the one supervising their

9  subcontractors doing the work.  Are they paying

10  you for that supervision work?

11    A    No.  They paid me for what I -- work

12  on the house.

13    Q    Did you ever perform work at the

14  properties yourself?

15    A    No.  My -- some of staff does, yes.

16    Q    I'm not understanding.

17    Are you telling me that from 2016 to

18  2020 every time you went to a property that work

19  was being performed on for HMC and/or Wedgewood

20  that you never got paid?

21    A    I got paid for the work I'd done in

22  the house.

23    Q    That's what I am asking you.  What

24  work did you in the house?

25    A    Painting, laminating wood floors,

1  baseboards, changing toilets, changing ceiling

2  fans.

3    Q    Before I asked you if they ever

4  paid you for any work that you did and you said

5  no.  Now you are telling me that they did?

6    A    You asked me if paid the

7  subcontractors.

8    Q    No.  Listen.  I don't care about the

9  subcontractors getting paid.  This is about you,

10  Mimi.

11    So tell me, from 2016 to 2020, did

12  those two companies, Wedgewood and HMC, ever pay

13  you for work that you did?

14    A    They paid the company, yes.

15    Q    What company?

16    A    Green Paradise.  Not me personally,

17  no.

18    Q    But you're Green Paradise.  You're

19  the only owner and employee of that company.

20  Right?

21    A    Yes.

22    Q    There is nobody else, just Mimi and

23  Green Paradise, you're one and the same.  Right?

24    A    Right.

25    MR. RODRIGUEZ:  Objection to the

27

28

1    form of the question.

2    Q    So let's get back to Melanie.  Did

3  you ever agree with Melanie that you would

4  supervise the subcontractors that you

5  recommended to do work at her house?

6    A    No.

7    Q    Did you ever represent to Melanie

8  that these subcontractors were licensed?

9    A    No.

10    Q    Did you ever represent to Melanie

11  that these subcontractors were insured?

12    A    No.  She never asked.

13    Q    Did you ever represent to Melanie

14  that these subcontractors were experienced?

15    A    Yes.

16    Q    What did you tell her about their

17  experience?

18    A    She came to my house.  She didn't

19  like the price that Kitchen Plus gave.  They

20  were too expensive.

21    So I told her, "This is the guy that

22  did my kitchen at my house."

23    She wanted to look so she came to my

24  house and looked at my kitchen cabinets.  She

25  liked it, thought it looked nice.  So she asked

1  me, "Who is the guy?"  I recommended Alex.  I

2  said, "He did the counter top as well."

3    She said, "Oh, my God.  I like it."

4    "I'll give you the number but I'll

5  tell him to give you my price," and that is what

6  I did.

7    And she had the price -- oh, go

8  ahead.

9    Q    Did he give her your price?

10    A    Yes.  She spoke to Jack.  Go ahead.

11  I'm sorry.

12    Q    It's okay.

13    So, when Alex started doing work at

14  Melanie's house, did you ever go over to see the

15  work that he was doing?

16    A    No.  She sent me pictures to my

17  text.  "Look how good they are."  She was there

18  when he installed it.

19    Q    My question is:  Were you ever there

20  to inspect any of the work that he did?

21    A    No.

22    Q    What about after he finished the

23  work?  Did you go over and inspect the work?

24    A    No.

25    Q    Mimi, let me finish my question,

29

```
 1   okay?
 2        A    I'm sorry.
 3        Q    That's okay.
 4             After he finished the work at
 5   Melanie's house, he being Alex, did you ever go
 6   over and inspect his work?
 7        A    No.  She asked me to come and look
 8   at the product, which I did.  I came by and
 9   looked at it.  It's beautiful.
10        Q    Did you ever inspect it to see if it
11   was done correctly?
12        A    No, because everything go to
13   Melanie.  She looked at everything.  She looked
14   at the design.  She looked at the layout.  All
15   of it.
16        Q    It wasn't your job to do all of
17   that --
18        A    No.
19        Q    -- it was Melanie's job?
20        A    No, it wasn't my job.
21        Q    Just like in those other projects,
22   you just supervised the work and didn't get paid
23   unless you did the work yourself, same thing in
24   this situation, Melanie didn't pay you because
25   you were supervising or just recommending.
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

30

```
 1   Correct?
 2             MR. RODRIGUEZ:  Object to the form
 3        of the question.  It assumes facts not in
 4        evidence.
 5        Q    I will rephrase it.
 6             Did Melanie ever pay you for
 7   anything that you recommended or did at her
 8   house?
 9             MR. RODRIGUEZ:  Objection.  Asked
10        and answered.
11             MR. FRIEDMAN:  I'll ask it again.
12        Go ahead.
13             MR. RODRIGUEZ:  I am objecting.
14             MR. FRIEDMAN:  You can answer it.
15             THE WITNESS:  What is it again?
16        Q    Sure.  Did Melanie ever pay you for
17   any recommendations that you made for her house?
18        A    No.  She took me out to dinner to
19   thank me.
20        Q    Where did you guys go to dinner?
21        A    I think for some steaks or
22   something.  I think some steak house or
23   something.  I don't remember.
24        Q    Where?
25        A    Here in Miami.  I don't remember.  I
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

31

```
 1   think Kendall somewhere.  I don't remember.  She
 2   thanked me for the help.  She told me that being
 3   there for her.....
 4        Q    What year was that?
 5        A    I don't remember.  We did go out to
 6   a couple of places.  This one specifically she
 7   wanted to take me out for that.
 8        Q    Then she picked up the bill?
 9        A    Yes, she did.
10        Q    How did she pay, cash or credit?
11        A    I think she paid with a credit card.
12        Q    Was it just you two at the dinner
13   table?
14        A    Yes.
15        Q    You can't tell me which restaurant
16   in Kendall?
17        A    I don't remember.  Somewhere -- a
18   steak house, I think.  She can only eat certain
19   things so I think it is a steak house.  I know
20   it is a steak house but I don't remember which
21   one.  We can ask her.
22        Q    When the cabinets fell on her on
23   January 30, 2018, did you have any corporations
24   that were operating at that time, whether it is
25   an Inc. or LLC or LLP, anything like that?
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

32

```
 1             MR. RODRIGUEZ:  Objection to the
 2        form of the question.
 3             MR. FRIEDMAN:  You can answer.
 4        A    I don't remember but I think so.  I
 5   think I still have it.  I don't remember.  I
 6   would have to check.
 7        Q    Would it have been Green Paradise or
 8   Design by Mimi Yoko?
 9        A    Green Paradise.
10        Q    Why did you dissolve Design by Mimi
11   Yoko and why did you dissolve Green Paradise?
12        A    I dissolved Design because -- when I
13   dissolved Design I went into landscaping.
14   Melanie knows that.  I went into landscaping.
15             She asked me to get the guy to plant
16   some plants for her.  I went into landscaping
17   and then I went met this woman that she does
18   some material work.  She asked me if I wanted to
19   work for the company investors, to do some
20   painting job and all of that.  That is why I
21   closed my Design.  I opened -- I keep the Green
22   Paradise, but I'm adding handyman work on my
23   insurance.  I don't know why --
24        Q    So you moved from doing interior
25   work to exterior work when you went from Design
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

33

1  by Mimi Yoko to Green Paradise Landscaping.
2  Right?
3      Q    Yes.
4      Q    So from 2016 to now have you owned
5  any properties?
6      A    I own the one I have, 9219.
7      Q    There is Homestead protection on
8  that.  Correct?
9      A    Yes.
10     Q    So, from 2016 to 2020, other than
11 that home, have you owned any properties, either
12 by yourself or with someone else?
13     A    My husband -- my ex bought another
14 house and he put my name on that one as well.
15     Q    What was that address?
16     A    9447.  But we got divorced so....
17     Q    Give me the full address, please.
18     A    9447 Southwest 123 Avenue Court.
19     Q    Miami?
20     A    Florida, 33186, a couple of houses
21 down from my house.
22     Q    Have you owned any other properties,
23 other than that one and the one that you
24 currently live at?
25     A    No.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

34

1      Q    Have you ever applied to take a
2  general contractor test to become licensed?
3      A    I want to go to school, yes.
4      Q    But did you apply to take the test,
5  to sit for the GC license in the State of
6  Florida?
7      A    Yes.
8      Q    Did you ever take that test?
9      A    Let me think a minute.  Yes.
10     Q    Did you pass that test?
11     A    No.
12     Q    How many times did you take it and
13 not pass?
14     A    I just went.  I wanted to see what
15 it was like.
16     Q    So it was just one time?
17     A    One time.  I don't remember.  I
18 think.
19     Q    What year was that?
20     A    I think '15.  2015.  I think.  I am
21 not sure, okay?  2015, 2014.
22     Q    Getting back to the work on
23 Melanie's house, were there any permits that
24 were pulled?
25     A    No.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

35

1      Q    Is there any particular reason why
2  no permits were pulled, to your knowledge?
3      A    I have no idea.
4      Q    Before Alex started working on
5  Melanie's house or the kitchen cabinets, did you
6  ever check to see if he had insurance or a
7  license?
8      A    No.  I never checked.
9      Q    Is there any particular reason why
10 you didn't check?
11     A    I didn't think for cabinets or
12 granite either you need a license to do that.
13     Q    Well, as you sit here, do you know
14 one way or the other if you need a license to do
15 that?
16     A    No.  Not the cabinets.
17     Q    No, you don't know or no you don't
18 need a license?
19     A    No, I don't know.  I don't know.
20     Q    What is 11216 Southwest 117th Place?
21     A    11216?  I have no idea.
22     Q    Is that a property that you own?
23     A    No.  112 -- no.
24     Q    11216 Southwest 117 Place?
25     A    No, that is not me.  I don't own

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

36

1  that.
2      Q    You mentioned that where you're at
3  right now, the mailing address is 1219 Southwest
4  123 Avenue Court.  Right?
5      A    I live there.  Yes.
6      Q    So you never owned property that was
7  located at 11216 Southwest 117 Place?
8      A    No, sir.
9          MR. RODRIGUEZ:  I am going to invoke
10     the Rules of Evidence.  I am not sure who
11     is in, but someone else is in the depo.
12         MR. FRIEDMAN:  Yes.  My client.  She
13     is a party.
14         MR. RODRIGUEZ:  I just wanted to
15     make sure.  I didn't know it was her.  Is
16     anyone else with her?
17         MR. FRIEDMAN:  No, I wouldn't do
18     that to you.
19         MR. RODRIGUEZ:  Okay.
20         MR. FRIEDMAN:  Yes, that's her.
21     Q    So 9447 Southwest 123 Avenue Court,
22 was that a house?
23     A    No.  Town house.
24     Q    Do you and your ex-husband still own
25 that town house?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

37

38

**Page 37**

```
1      A    He owns it.
2      Q    Are you no longer on the deed?
3      A    No.  We got divorced.  He kept his
4   and I have mine.
5      Q    So what year did you get divorced?
6      A    A year and a half go, a year, I
7   think.  Last year.
8      Q    So is that 2020?
9      A    Yes.
10     Q    So in January of 2018, did you still
11  own this town house with your ex-husband?
12     A    He bought it for him and his mother.
13  We put our names, I commute back and forth
14  because my brother is handicapped.
15     Q    Listen to my question, Mimi.
16          Was your name on the deed as an
17  owner of the 9447 Southwest 123 Avenue town
18  house in January of 2018?  Yes or no?
19     A    Yes.
20     Q    Now, when you got divorced, was
21  there an agreement regarding alimony?
22     A    No alimony.
23     Q    Did you get any sort of a settlement
24  from the divorce, moneywise?
25     A    No.  He got his house, and I got
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

**Page 38**

```
1   mine and that is it.
2      Q    He doesn't pay any sort of alimony
3   to you?
4      A    No.  He takes care of my brother as
5   well.  I should pay him instead.
6      Q    Did you ever own a house located at
7   10292 Southwest 126 Street?
8          MR. RODRIGUEZ:  Objection to
9      relevance.
10     A    Yes.
11     Q    Was the answer yes?
12     A    Yes.  My husband and I when we were
13  married, yes.
14     Q    You sold that house when?
15         MR. RODRIGUEZ:  Objection to
16     relevance.
17         MR. FRIEDMAN:  You can answer.
18     A    I don't recall.  I don't know.  My
19  husband, all of that is his.  He handles all of
20  it.
21     Q    When you sold that original house,
22  did you ever get any of the profits from that
23  sale?
24         MR. RODRIGUEZ:  Objection.
25     A    No.
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

39

**Page 39**

```
1      Q    All of the profits went to your
2   ex-husband?
3          MR. RODRIGUEZ:  Objection.
4      A    He bought the other house so he can
5   live there with my brother.
6      Q    So earlier when you told me that the
7   estimates would be sent to you by the
8   subcontractors for Melanie's house, would they
9   be sent in the form of an invoice or how would
10  that be sent?
11     A    They just texted.  They told me how
12  much.  I just sent it to Melanie and I copied
13  her in.  Most of the time the texts, the
14  handyman work.
15          The only thing that -- one estimate
16  was done by computer, I think.  If I remember it
17  was Kitchen Plus.  They designed it and I give
18  it to her, she tweaked it, and she changed a
19  couple of things.  She did that with them.
20          I think it's on the paperwork on
21  email.  I don't remember about Alex.  I don't
22  remember on Alex.
23     Q    What was the name of Alex's company?
24     A    Oh, I forgot.  I have to look it up.
25  I don't remember.
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

40

**Page 40**

```
1      Q    Is it New Concept?
2      A    Yes, yes.  New Concept, yes.  I only
3   call Alex.
4      Q    Did you ever get any formal invoices
5   from any of the subcontractors, including Alex
6   or New Concept, other than text messages?
7          MR. RODRIGUEZ:  Objection to the
8      form of the question.  Assumes facts not
9      in evidence.
10         MR. FRIEDMAN:  You can answer.
11     A    I think he quoted the price and she
12  was at work.  He was saying that he would give
13  her cash -- he would save some money from taxes
14  if she paid him in cash.  I think Melanie was at
15  work.
16          She asked me, "Can you pay him and I
17  will pay you back?"  I said, "Yes, I can do
18  that."
19     Q    Did you pay him?
20     A    Yes, I did.
21     Q    How much did you pay him?
22     A    I don't remember.  Whatever the
23  quote, I pay him exactly that.
24     Q    In cash or check?
25     A    Check.  No, no.  I'm so sorry.  I
```

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

41
42

1  had to go to the bank to get cash.  He wanted
2  cash.
3      Q    Did Melanie pay you back?
4      A    She wrote me a check, yes.  Exactly
5  the same amount, whatever that quote was.
6      Q    Is that the only check that Melanie
7  ever wrote you regarding any work at her
8  property?
9      A    I think there was one for the
10 landscaping.  I found a fountain in one of the
11 houses.  It was so heavy.  I asked my
12 landscaper to bring it to her house.  She had
13 some plants to plant it.  He quoted her a price,
14 300-and-something.  I don't remember.
15         He didn't do the work, the fountain
16 work, but he paid her.  I said, "Don't worry.  I
17 will make sure I take the money back."  And I
18 did.  I gave her back the money on that from the
19 guy.
20     Q    But I am asking about payments that
21 she made to you.
22         Earlier you told me that there were
23 none.  Now you are telling me that she repaid
24 you for something that you paid Alex
25     A    She didn't pay me.  It was a favor.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1  She asked me to pay for her because she was at
2  work.
3      Q    I understand that.  Then she paid
4  you back?  Right?
5      A    Yes.  She told me to pay Alex and
6  she'd pay me back when she got back from work.
7      Q    What year was that?
8      A    I don't remember.  It should be on
9  the check.  I don't remember.
10     Q    What was the amount?
11     A    Alex had to buy the cabinetry.
12     Q    What was the amount?
13     A    I don't remember.  Whatever the
14 amount was that he quoted her.
15     Q    And that was just one check that she
16 wrote to you.  Right?
17     A    I don't remember.
18     Q    Did she write multiple checks to pay
19 you back or one check?
20         MR. RODRIGUEZ:  Objection.  Asked
21     and answered.
22         MR. FRIEDMAN:  You can answer.
23     A    I don't remember to be honest.  I
24 don't remember.  I know that she did write one
25 check for me.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

43
44

1      Q    Other than you remembering that one
2  check Melanie wrote to you, did she write any
3  other checks to you at any point in time?
4      A    I don't remember.  I know something
5  about landscaping.
6      Q    If she was making a payment to you
7  via check for the landscaping, would that be
8  made out to you or to Green Paradise?
9      A    I think she wrote it to me
10 personally because I cashed -- I had to give
11 this guy cash, I think.  I don't remember to be
12 honest.  I didn't pay attention.  I was just
13 helping her, you know.
14     Q    Do you remember when that check was
15 written or how much it was for?
16     A    I don't remember.
17         MR. RODRIGUEZ:  Asked and answered.
18     You've asked the same question at least
19     three times or four times.
20         MR. FRIEDMAN:  You can answer it.
21     A    I don't remember.
22     Q    When you told Melanie that you would
23 help her find subcontractors before the incident
24 of January 30, 2018, did you ever have any
25 insurance that had liability coverage on it?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

1      A    I do.
2      Q    You say that you do.  That is
3  present tense.  I am asking you about back then.
4      A    I thought I did, it overlapped, but
5  I just found that I did have it.
6      Q    So in 2017 up until January 2018,
7  did you have insurance that had liability
8  coverage on the insurance policy?
9      A    Yes, I do.  I did.
10     Q    Was that through Green Paradise?
11     A    Yes.
12     Q    And that insurance had since lapsed.
13 Correct?
14     A    I thought it was lapsed but it was
15 actually -- it didn't lapse.  2016.  The end of
16 2015 to the beginning of 2016 that was lapsed
17 but I thought it was the other way around.  I
18 have it.  I found it.  I did have it.  It was
19 misfiled.
20     Q    So the insurance for Green Paradise
21 was in effect from 2016 until this incident of
22 January 30, 2018?
23     A    Yes, I think so.  I have to '19.  I
24 am not sure.  I have to check.
25     Q    There was liability coverage on that

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

45

1  policy?
2      A    Yes.
3      Q    Do you know for how much?
4      A    Two million, I think.  I have to
5  check.
6      Q    Was that the only insurance policy
7  that was in effect during that time period?
8      A    Yes.
9      Q    To your knowledge?
10     A    Yes.
11     Q    Did you ever represent to Melanie at
12 any point in time that you were a licensed
13 general contractor?
14     A    No.  I even told her I wanted to be
15 a project manager.  She helped me with that.
16 She helped with my resume.  She corrected it for
17 me.  My grammar is awful.
18     Q    When she helped with your resume,
19 was that for this job or for some other job?
20     A    I wanted to apply for the project
21 manager job for the company.
22     Q    For what company?
23     A    The company that I was working with.
24     Q    What is the name of that company?
25     A    Wedgewood.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

46

1      Q    So you wanted to apply to Wedgewood
2  to go beyond being a supervisor and become a
3  project manager?
4      A    Right.  Not only that company but
5  apply for other companies as well.  So she was
6  helping me with that.
7      Q    Did you ever apply to those other
8  companies?
9      A    I didn't have a chance to.
10     Q    Why not?
11     A    The work got so complicated.  They
12 made me work up north.  I didn't have a chance
13 to do none of that.  I did apply once afterwards
14 for a different company in a different computer
15 system.
16     Q    Did you ever represent to Melanie
17 that the subcontractors that you recommended
18 were licensed and insured?
19     A    No.  She asked me did I know
20 anybody.  I told her I work with this guy a
21 handyman, Jorge, he can do that for you.  That's
22 it.  She never -- no.
23     Q    Melanie never asked you if they were
24 licensed or insured.  Right?
25     A    No, she never did.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

47

1      Q    And you never offered to tell her
2  whether or not one way or another.  Right?
3      A    Right.
4      Q    To your knowledge, was Melanie
5  speaking to anybody else, any general
6  contractors, about doing work at her house,
7  other than you?
8      A    I have no idea.  She didn't discuss
9  that.
10     Q    Did you ever ask?
11     A    No.
12     Q    You mentioned the fountain and some
13 plants on the outside of Melanie's house.  Did
14 your company, Green Paradise, install those?
15     A    No.  I told her that this guy that
16 does the landscaping, "Roberto, he can do it for
17 you."  I was not doing landscaping at that time.
18 I recommend to her.
19     Q    So you weren't doing landscaping at
20 that time but Green Paradise existed at that
21 time.  Correct?
22     A    Green Paradise was adding handyman
23 work.
24     Q    Listen to my question.
25           At that time in 2017, 2018, when the

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

48

1  work was being done at Melanie's house, did
2  Green Paradise exist?
3      A    Yes.
4      Q    Were you doing work under that name,
5  Green Paradise?
6      A    Yes.
7      Q    You told me that eventually Green
8  Paradise went from just landscaping to also
9  handyman work?
10     A    We added on.  I think we added on in
11 2016.
12     Q    So it originally started as exterior
13 landscaping, and then in 2016 you added handyman
14 work?
15     A    Yes.  We added on handyman work,
16 yes.
17     Q    When you say that, "We added on
18 handyman work" what does that mean?
19     A    I added on handyman work, as I say.
20     Q    But does that mean that you were
21 hiring an employee for Green Paradise or you're
22 just using subcontractors to do handyman work
23 under your Green Paradise name?
24     A    I have a couple of guys that come in
25 and work for 1099.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

50

1    Q    When you say 1099, you mean they're
2  independent contractors.  Correct?
3    A    That's correct.  They come in and
4  they do the painting, they do the laminating.
5  And I do a 1099 for them.
6    Q    So your company, Green Paradise, is
7  paying them as subcontractors and independent
8  contractors to do work at your projects.  Right?
9    A    Yes.
10    MR. RODRIGUEZ:  Objection.  Assumes
11  facts not in evidence.
12    Q    Was that the situation at Melanie's
13  house with Alex?
14    A    Absolutely not.  She was my friend.
15  She came to my house and she liked my cabinets.
16  I just told her who was doing the cabinets.  I
17  gave her two, Kitchen Plus -- and it was so
18  expensive.  So I told her, "This guy does it
19  cheaper.  He did my house, Alex."  I recommended
20  Alex to her.  And Alex came for measurements.
21    She had a layout already, I think,
22  from Kitchen Plus.  She gave it to him.
23    I think she tweaked it a little bit.
24  I don't remember if she did.
25    Q    So in 2016 and 2017 and the

1  beginning of 2018, your company, Green Paradise,
2  did in fact hire subcontractors as 1099
3  employees to perform work at other projects, not
4  including Melanie's.  Is that what you are
5  telling us?
6    A    That is correct.
7    Q    For how many other projects did you
8  hire these 1099 subcontractors?
9    A    Most of the projects.  Basic stuff
10  like painting.  Yes.
11    Q    I am not asking what the job was.  I
12  am asking how many in 2017.
13    A    I don't recall how many.
14    Q    Are we talking more than five?
15    A    Yes.
16    Q    More than ten?
17    A    More than five, more than ten.  For
18  2016 to -- what year did you say?
19    Q    To 2018.
20    A    Yes, more than ten.
21    Q    Was Melanie the only friend that you
22  did this for or did you have other friends that
23  you would --
24    A    I have other friends that I do this
25  for.

51

1    Q    What other friends did you do this
2  for?
3    A    I did it for Grace, my friend.  I
4  did it for Denise, my friend.  And I did it for
5  Alex and Jose.
6    Q    Are these the names of the
7  subcontractors or are these the names of your
8  friends?
9    A    These are my friends.
10    Q    With these friends you have the same
11  arrangement that you have with Melanie.  Right?
12  You would suggest, you would get the estimates,
13  you would get the best deal but you wouldn't do
14  any work?
15    A    That is correct.
16    Q    What are all your friends' last
17  names that you just listed and give me their
18  addresses.
19    A    Grace Asasanagan, A-s-s-a-n-a-g-a-n.
20    Q    What is her address?
21    A    I have to look it up.
22    Q    No problem.  Take your time.
23    A    10402 Southwest 111 Street.
24    Q    Miami?
25    A    Yes.  Florida.

52

1    Q    Do you know the Zip code?
2    A    Let me look it up.  I don't have it
3  here.  33186.
4    Q    Next friend?
5    A    Denise.
6    Q    Last name?
7    A    Mahan, M-a-h-a-n.
8    Q    Address?
9    A    Hold on.  I will look it up.  7200
10  Southwest 79 Court, I think Pinecrest or South
11  Miami.  I don't remember.  33143.
12    Q    Next?
13    A    Alex.  The address is -- I have --
14  hang on -- I think this is the home address.
15  I'm going to give it to you anyway.  I've got
16  his number.  You want his phone or -- you want
17  his address.  Right?
18    Q    You can give me both.
19    A    15800 Southwest 99 Place 33157.
20    Q    And the phone number?
21    A    786-815-2359.
22    Q    Did you give me his last name?
23    A    M-a-t-e-o.
24    Q    Mateo?
25    A    Uh-huh.

53

1    Q    Anyone else?

2    A    Jose -- last name Delgado.

3    Q    Address?

4    A    1740 Southwest 64 Avenue.

5    Q    Zip code?

6    A    33155.

7    Q    Anyone else?

8    A    Yes. I think this one is Melanie's

9  friend that recommended to me the lashes. I

10 recommended her somebody, too. I don't know her

11 address. I only see her at the lashes. Melanie

12 recommend me to do lashes with her. Her name is

13 Yoli. We call her Yoli. I call her Yoli. I

14 don't know her last name.

15   Q    Wait. You mentioned lashes. I am

16 asking about people that you helped perform work

17 at their property.

18   A    I didn't help perform it. I

19 recommend it like Melanie.

20   Q    Yes, recommend. That's what I am

21 asking for. You did for these persons?

22   A    Yes. Melanie's friend that she

23 recommended to me, and asked me for her friend.

24 She does lashes. Her name is Yoli. I recommend

25 her somebody too as well.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

54

1    Q    When was that?

2    A    When was that?

3    Q    Yes.

4    A    2016, 2017, I think. Around there.

5    Q    Same with the other people that you

6  just mentioned?

7    A    No. The other people I recommend

8  all the time myself. Before that and after 2016

9  as well. This one I only have her work address.

10 I just went to her work.

11   Q    How did you come to find out that

12 the kitchen cabinets fell on Melanie?

13   A    I was working up north. She just

14 texted me before that. She wanted to go out and

15 I was working up north. I didn't text her back.

16 I was so busy. I got home and I said, "Hey, I

17 am back in Miami so let's have dinner." And I

18 didn't hear from her. I went home and I picked

19 up my mail and I had been sued. So I called

20 her. I had been sued by Melanie Adams. I said,

21 "What happened?" You know, I told her that.

22 And she said, "My lawyer told me not to talk to

23 you." So that is how I find out.

24   Q    Have you talked to her at all since

25 then?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

55

1    A    She told me not to.

2    Q    But have you tried to talk to her

3  since then?

4    A    No. When she told me not to contact

5  her, "My lawyer told me not to communicate." I

6  said okay.

7    Q    That was my question.

8         So since that conversation you

9  haven't have any other conversations with

10 Melanie?

11   A    No. No.

12   Q    Nothing by text message, nothing by

13 email, nothing by letter. Right?

14   A    Right.

15   Q    Did you ever talk to Alex, Alejandro

16 Farinas, about the fact that the cabinets fell

17 on Melanie and her daughter?

18   A    I didn't know anything about it

19 falling on her daughter.

20         I told her, "I have been sued and

21 your name is on it." And she asked me. I said,

22 "No, I don't know anything about that." And she

23 asked me how. I said, "I have no idea."

24   Q    Did it ever come up where you told

25 Melanie that you were not a general contractor?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

56

1    A    We never talked about that at all.

2  We talked about men. We talked about dating.

3  And we talked about rodeo. We went into all of

4  that.

5    Q    Other than Melanie seeing the house

6  next door that you were working at and your

7  house, are there any other projects that you had

8  worked on or participated in that Melanie saw

9  and spoke to you about?

10   A    I don't recall but we did talk about

11 going in business together to paint.

12   Q    You had a conversation with Melanie

13 to go into business with Melanie to do painting

14 for homes?

15   A    Yes. She needed extra money and I

16 told her, "Why don't you work with me painting"?

17   Q    Did that ever materialize?

18   A    No. She can't. Her job was to

19 bring the materials to the site. And she can't.

20 She can't take that one since she was driving

21 the company car and she was not allowed to do

22 that.

23   Q    What do you mean "the company car"?

24   A    She told me that. She can't go with

25 the company car.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

57

1    Q    What company does she work for?

2    A    She is a fire fighter or something

3  like that.  She can't drive the car to the site

4  with the paint.  That's what she told me and

5  that was it.  I don't doubt my friends, what

6  they say.

7    Q    If Melanie says that you represented

8  that you were a general contractor and that you

9  were insured and that you were licensed that

10  would be incorrect.  Right?

11    A    Incorrect.

12    Q    If Melanie relied on those

13  representations and said that you made those

14  representations, that would also be incorrect.

15  Right?

16    A    That is correct.

17    Q    Do you know what Melanie's medical

18  condition is as you sit here today?

19    A    No.

20    Q    Do you know of her daughter's,

21  Taylor's, medical condition is as you sit here

22  today?

23    A    No.

24    Q    Did you ever have any interactions

25  with Taylor at any point in time?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

---

58

1    A    I came to her house.  Yes, I did.

2  She interacted with my brother too as well.

3    Q    Was there ever any communications

4  with Taylor about the work that was being done

5  at Melanie's house?

6    A    No.  I don't recall.  She liked to

7  draw.

8    Q    So your lawyer was kind enough to

9  provide me with a couple of pages from the

10  insurance policy.  Is it true you're not on an

11  insurance policy for Green Paradise?

12    A    Say that again.

13    Q    Sure.  Green Paradise, the insurance

14  company, is it Granada Insurance Company?

15    A    Yes.

16    Q    So I have a policy here from August

17  2016 to August 2017?

18    A    Yes.

19    Q    And I have a policy from March 2019

20  to March 2020.  Do you have the policy period

21  from 2017 to 2018 and 2018 to 2019?

22    A    Yes.

23    Q    Is that something that is in your

24  possession and control that you can give to your

25  attorney?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

---

59

1    A    Yes.

2    Q    I am going to ask that you do that.

3  Okay?

4    A    Okay.  2017.

5    Q    You don't have to do it now.  I am

6  just saying at some point so I can get it.  It's

7  not a problem.

8        He was also kind enough to provide

9  me with a couple of emails.  One of them is from

10  you, from your design, Mimi Yoko, email to

11  someone named Margaurite.  Who is that?

12    A    That is the girl who worked for

13  Kitchen Plus.  She did the design.  Many people

14  are asking me that.

15    Q    I'm sorry.  I know I asked you this

16  question.

17        When was Design by Mimi Yoko

18  dissolved?

19    A    I don't remember.

20    Q    Do you remember the year?

21    A    No, I don't remember.  I was going

22  into landscaping, but the email I still have.  I

23  have all those emails.

24    Q    If the email was sent from your

25  Design of Mimi Yoko gmail account on October 29,

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

---

60

1  2016, is it fair to say that the company was

2  still operating in October of 2016?

3    A    No.  On the iPhone they I have all

4  the emails, and I just pick one and I just do

5  it.  I didn't think about it at all.  They are

6  all programmed in my Mac.  I just used whatever

7  it is they come up with.

8    Q    Whatever emails that you have or

9  have had in the past you don't get rid of them,

10  you just choose whichever one you want to send

11  the email from?

12    A    Yes, whatever one pops up, I just

13  send.  I didn't think about it.

14    Q    What is the email of yours for Green

15  Paradise?

16    A    I have one called Office Green

17  Paradise.  Oh, no.

18        I have OfficeGreenParadise

19  @gmail.com and at JohnGreenParadise, you know,

20  dot com.  I think.  I don't know.  I have to

21  look.

22        Oh, shoot.  I touched something.

23    Q    It's all right.  I can see and hear

24  you.  You're fine.

25        When Melanie was helping you with

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

61

1  your resume that was in 2017.  Correct?
2      A    Yes.
3      Q    So that was before the incident
4  occurred.  Correct?
5      A    I don't know when this incident
6  occurred.  You have to check.
7      Q    If cabinets fell on her on January
8  30, 2018, 2017 would certainly be before that.
9  Right?
10     A    Yes.
11          Oh, my God.  How do I get back to
12  this?  Let me see.
13     Q    Do you know when Alejandro Farinas
14  finished installing the cabinets at Melanie's
15  house?
16     A    No, I don't.  I wasn't around.
17     Q    What do you mean you weren't around?
18     A    I was working and Melanie and
19  handled all of that.
20     Q    When you say you were working when
21  the cabinets were being installed, were you in
22  Miami or were you somewhere else?
23     A    I was in Broward.  I work.  She
24  handled all of that.
25     Q    You mentioned that the estimates

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

62

1  that were given to you by the subcontractors
2  that you recommended, they were via text
3  message.  Right?
4      A    He never texted and I think some of
5  them were by email.  I don't recall.
6      Q    Were they formal, like PDF or Word
7  document estimates, or was it just an email
8  saying, "Hey, Mimi, this is how much it is going
9  to be"?
10     A    I don't remember but I do remember
11  the Kitchen Plus they do everything by email.  I
12  don't have a rapport like I have with Alex.
13     Q    Do you still have those emails?
14     A    I think if I call them they can
15  retrieve it.
16     Q    Well, if they sent them to your
17  email, and you still have all of your email
18  addresses --
19     A    Right.
20     Q    -- do you have a way to pull those?
21     A    I don't know.  I tried for my
22  lawyer but I can't seem to do it.  My computer
23  crashed.  I just bought a new one two or three
24  years ago.  I am pretty sure we have a record of
25  it.  Melanie should have it because I forwarded

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

63

1  to her.
2      Q    The text messages you wouldn't have
3  because that was on your old phone.  Right?
4      A    Yes.  I can check.
5      Q    Is Yoko your middle name or is that
6  a nickname?
7      A    This guy I was doing some
8  landscaping with, I learned from him Japanese
9  landscaping so I was focusing on Japanese
10  landscaping.  That's when I added Yoko in.
11  Japanese landscaping, Design Landscaping.
12     Q    When you mentioned that you spoke to
13  Melanie about -- or tried to speak to her about
14  the lawsuit and she said she couldn't speak to
15  you, was that over the phone or was that in
16  writing?
17     A    I texted her and I called her as
18  well.
19     Q    The text message that you sent to
20  her, was that what you told me, you know,
21  saying, "What is this about," et cetera?
22     A    Yes.  "I was helping you.  I didn't
23  do none of that."  Something like that.  I don't
24  remember what I texted.  I was upset.  So I
25  don't remember.

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

64

1      Q    Did you ever ask Melanie about the
2  surgery that she had?
3      A    No.  I know that she went and got
4  plastic surgery on her breasts or something but
5  no.  A couple of weeks before that, a month
6  before, that I don't recall, but I don't know
7  anything about an injury, nothing, because she
8  didn't talk to me.
9      Q    Do you know how much the total cost
10  was to complete all of the work at Melanie's
11  house?
12     A    I don't know.  Like I said, I sent
13  all of these people to her.  She paid some of
14  the guys, and I negotiated for her with them to
15  give her a good deal because she was my friend.
16     Q    Did you ever do any work for Ralph
17  II, LLC?
18     A    Ralph?  What is it again?
19     Q    Ralph, Roman numeral two, LLC.
20     A    I don't remember.  I don't recall.
21  Ralph?  No, I don't recall.
22     Q    There was never any written
23  agreement between you and Melanie.  Correct?
24     A    No.  Correct.
25     Q    Have you understood all of my

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

65

1  questions today?
2      A    I'm sorry.
3      Q    Have you understood all of my
4  questions today?
5      A    I think so, yes.
6          MR. FRIEDMAN:  Thank you.  That is
7  all I have for now.  Your lawyers may have
8  some questions and I may have follow ups.
9          MR. RODRIGUEZ:  I have no questions.
10          MR. FRIEDMAN:  Is Haven going to ask
11  anything?
12          MS. DELPINO:  No, I don't have any
13  questions.
14          MR. FRIEDMAN:  I always order.  We
15  need to know if she is going to read or
16  waive.
17          MR. RODRIGUEZ:  Mimi, you have the
18  option of reading or waiving.
19          What that means is that you can read
20  the transcript to see if there is any
21  errors in the transcript or you can waive
22  and accept it as it is.  Usually people
23  waive but you have the option of reading
24  the transcript.
25          THE WITNESS:  Now?

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

66

1          MR. RODRIGUEZ:  No, but before it is
2  finalized.
3          MR. FRIEDMAN:  Anna has been writing
4  down everything that we said.  She is
5  going to type it up.
6          If you want to read it to make sure
7  she doesn't make any mistakes, she'll send
8  you a copy.  Normally you go to her office
9  but since it's COVID, she'll send you a
10  copy.  If don't want to read it then that
11  is fine, you'll trust that she didn't make
12  any mistakes in your testimony.
13          THE WITNESS:  Whatever Ricardo says.
14          MR. RODRIGUEZ:  We will waive.
15          (Thereupon, the deposition was
16  concluded at 11:25 a.m.)
17          *    *    *    *    *
18          FURTHER DEPONENT SAITH NOT.
19
20
21
22
23
24
25

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

67

1
2
3          CERTIFICATE OF OATH
4
5  STATE   OF   FLORIDA )
6  COUNTY OF MIAMI-DADE )
7
8          I, the undersigned authority, certify
9  that the witness, PHUONG MIMI NGUYEN, appeared
10  before me and was duly sworn.
11          WITNESS my hand and official seal this
12  2nd day of March, 2021.
13
14          _____
                ANNA L. EHLERT
15
16          My Commission Expires:  7/11/23
17
18
19
20
21
22
23
24
25

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

68

1          REPORTER'S DEPOSITION CERTIFICATE
2
3          I, ANNA L. EHLERT, a Professional
4  Reporter, certify that I was authorized to and
5  did stenographically report the deposition of
6  PHUONG MIMI NGUYEN; that a review of the
7  transcript was not requested; and that the
8  transcript is a true and complete record of my
9  stenographic notes.
10
11          I further certify that I am not a
12  relative, employee, attorney or counsel of any
13  of the parties, nor am I a relative or employee
14  of any of the parties' attorney or counsel
15  connected with the action, nor am I financially
16  interested in the action.
17
18          Dated this 2nd day of March, 2021.
19
20          _____
                ANNA L. EHLERT
21
22
23
24
25

Anna L. Ehlert, Court Reporting
Miami, Florida 305.666.5577

<u>**Exhibit Cover Sheet**</u>

**Party
submitting:** _____    **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

EXHIBIT 18



# Detail by Entity Name

Florida Limited Liability Company
DESIGN BY MIMIYOKO LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L07000098650 |
| **FEI/EIN Number** | 26-1264517 |
| **Date Filed** | 09/27/2007 |
| **Effective Date** | 09/25/2007 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | LC VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 01/07/2011 |
| **Event Effective Date** | NONE |

**Principal Address**

9219 S.W. 123 AVE. CT.
MIAMI, FL 33186

Changed: 04/13/2009

**Mailing Address**

9219 S.W. 123 AVE. CT.
MIAMI, FL 33186

Changed: 04/13/2009

**Registered Agent Name & Address**

NGUYEN, MIMI
10292 S.W. 126 STREET
MIAMI, FL 33176

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

NGUYEN, MIMI
10292 S.W. 126 STREET
MIAMI, FL 33078

**Annual Reports**

## <u>Exhibit Cover Sheet</u>

**Party
submitting:** _____   **Ex. #___**

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____

**Case No.:**_____

*Adv. No.:*_____

**Nature of Hearing/
Docket No:**_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated         _____   , 20___.**

**By:**_____,   **Deputy Clerk**

**APPENDIX B**

EXHIBIT 19



DIVISION OF CORPORATIONS

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
GREEN PARADISE LANDSCAPING LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L14000161620 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 10/16/2014 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2016 |
| **Event Effective Date** | NONE |

### Principal Address

9219 SW 123 AVE CT
MIAMI, FL 33186

### Mailing Address

9219 SW 123 AVE CT
MIAMI, FL 33186

### Registered Agent Name & Address

NGUYEN, MIMI
9219 SW 123 AVE COURT
MIAMI, FL 33186

### Authorized Person(s) Detail

**Name & Address**

Title Owner

Nguyen , Mimi
9219 SW 123 AVE CT
MIAMI, FL 33186

### Annual Reports

| **Report Year** | **Filed Date** |
|---|---|
| 2015 | 03/02/2015 |

### Document Images

| | |
|---|---|
| 03/02/2015 -- ANNUAL REPORT | View image in PDF format |
| 10/16/2014 -- Florida Limited Liability | View image in PDF format |