UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                              Case No. 20-15954-RAM
                                                    Chapter 13
PHUONG MIMI NGUYEN,

      Debtor.
_____/

MELANIE ADAMS, individually and on behalf of        Adv. Case No. 20-01350-RAM
her minor daughter, TAYLOR ADAMS,
      Plaintiff,
vs.

PHUONG MIMI NGUYEN,

      Defendant.
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:   ☐ Plaintiff   ☒ Defendant   ☒ Debtor   ☐ Other: _____

Submitted By: Phuong Mimi Nguyen c/o Rodriguez Law, PL, 900 W 49 Street, Suite 505, Hialeah, FL 33012
(name, address, and phone number)

Date of Hearing/Trial: April 28, 2021    Type of Hearing/Trial: Trial

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | E-mails between the Plaintiff, Melanie Adams, and Debtor. | | | |
| B | Text messages between Plaintiff, Melanie Adams, and Debtor. | | | |
| C | Checks written by Plaintiff, Melanie Adams, made payable to New Concept dated | | | |

Page | 1

LF-49 (rev. 05/20/2020)

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
|  | January 13, 2017 and January 15, 2017. |  |  |  |
| D | Checks written by Plaintiff, Melanie Adams, made payable to Jorge Mendez |  |  |  |
| E | Checks written by Plaintiff, Melanie Adams, made payable to Nelson Montoya |  |  |  |
| F | Checks written by Plaintiff, Melanie Adams, made payable to Alex Mateo |  |  |  |
| G | Checks written by Plaintiff, Melanie Adams, made payable to Mariel Unzueta |  |  |  |
| H | Checks written by Plaintiff, Melanie Adams, made payable to David Alicia, check no. 166 dated September 27, 2016 |  |  |  |
| I | Plainitff's deposition dated February 16, 2021 in the instant action. |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |