From: **Mimi** mimiyoko7@gmail.com 
Subject: Fwd Mel
Date: February 11, 2021 at 9:01 PM
To: HAVEN Del BANKCRUPTCY LAWYER Esq  HAVEN@DELPINOLAW.COM

Begin forwarded message:

From: Melanie Adams <adamsmc333@yahoo.com>
Subject: Mel
Date: December 27, 2016 at 1:00:26 PM EST
To: Design Mimiyoko <Idesignmimiyoko@gmail.Com>

I spoke with the main office at my association and they are sending this to their security personnel. My remotes and cards have been deactivated and he has been taken off of the residency list. They are going to put his picture up in the main office to keep an eye out. My gut tells me that he is Not seeing someone in the neighborhood. I think that he is just looking for any opportunity to reconnect. And he is lying so that he wouldn't be busted for keeping the access card that he said he lost to get in the main entrance. See below. So sad. We had so many good times.

Begin forwarded message:

From: Melanie Adams <adamsmc333@yahoo.com>
Date: December 27, 2016 at 12:45:39 PM EST
To: Venezia Lakes Homeowners Assoc - Pedro Fernandez
<pfernandez@alliedpropertygroup.net>
Cc: Melanie 9408C <melsangelz@gmail.com>
Subject: 14024 SW 132 Ave Melanie Adams

Hi Pedro.

This is the photo of Pedro "Pete" Suarez. We broke up in June 2016 and he's been seen in the neighborhood recently. He claims that he has a friend here that he is visiting, but he has come to my home when I wasn't here. I have had to call the police previously.

He drives three vehicles. A green F-250 truck , a green convertible Porsche, and a light blue Hyundai four door.

Please let me know if your security personnel find him trying to access the neighborhood after we have canceled his access card and residency status.

I appreciate your help on this.
Melanie Adams
305-970-8864

Exhibit "A"





**MELANIE**

You just tell her You are my client

She will take care of you

She is good

But a pain in the ass for my installer

Ok. I will. 😊 The kitchen is looking amazing!

We need to get handles

Take a pic ur kitchen for me

Ok



iMessage








 2:21 PM 





Mimi "Yoko" Nguyen. Interior Designer/ Contractor

Today 10:12 AM

Melanie
I am so so shocked by this

You filled a complaint against me on the kitchen ?

I give you my connection to do the floor ..
And I helped you throw away thrash

I do things for friends

He does my kitchen as well..
I gave you the workers you paid

7



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

You file the kitchen against me?

I was at your kitchen
Helping you with the paint
Getting you deals from my subs

Paint -
Demo the walll the floors
And the deck guy

Not once
I have made money out of you

I go out my way
Getting you the vase and looking for
bedroom stuff for you

Omg you got to be kidding
I thought you are my friends





Mimi "Yoko" Nguyen. Interior Designer/ Contractor

This and that

I got the guy to get you the water
fountains for you
For free
Jesus
Are you serious

I didn't know that
I get sue or complaint for
recommend you to someone

Ok
I guess you want me to spend
money to look in a lawyer to follow
up the complaint you filled

First and foremost





Mimi "Yoko" Nguyen. Interior Designer/ Contractor

gave you my price

You have another quoted
And he was cheaper
And you go with him


To be honest
You are my first
That filled a complaint on me
I have no idea how to go about
doing it

Lol
I am smiling
Because I truely don't know what to
do

This is are subs -contractor !!





**Mimi "Yoko" Nguyen. Interior Designer/ Contractor**

Girl i don't have the money for this rubbish

I spoke with alex
He said
Go and file against him
He said
I got the money and the job
Not you
She has the problem tell her to contact me .

You go after me because I have the money ?
And I recommended him to you .

That is this all about ?

I didn't even do the work or make



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

And see what do I need to do

I do have the contract with you
I refer him to you

Ok
Let's me get going

MELANIE
I recommended this guy to you
He does my kitchen and I sent him
to do your

I am so so upset

I sent you the other company too to
see which is cheaper for yoj

These were recommended

12

 AT&T   2:22 PM



Mimi "Yoko" Nguyen. Interior Designer/ Contractor

I am so so upset

I sent you the other company too to
see which is cheaper for yoj

These were recommended


To you

Just like i did
To you with the paint for your mom

Mimi. I'm sorry ... I can't talk abo
it. You can speak with attorney J
Seligman (305) 446-6485

Read 1

I have no idea what is going on ..

13



**AT&T**                    2:26 PM

     

Alex. Mimis...     Mimi "Yoko"...

iMessage
Today 10:15 AM

Mimi "Yoko" Nguyen. Interior Designer/ Contractor

Melanie
I am so so shocked by this
You filled a complaint against me on
the kitchen ?
I did not make any money out of it !

You asked me who do I know
I Recommended you to him
You pay him
Cash



I called to see how your surgery
goes
And check up on you ..
I have no idea

14

**Composite Exhibit "C"** 2/16/18, 4:39 PM

Wells Fargo

| | |
|---|---|
| Check Number | 202 |
| Date Posted | 01/13/17 |
| Check Amount | $3,375.00 |



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7688

202

63-751/631 10958
1335187991

Date 01/13/17

Pay to the Order of *New Concept* $ *3375*—

*Three thousand three hundred seventy five* Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For *Final Cabinet pmt* — M Adams



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

*Final pmt to Kitchen cabinet Contractor for installation of new cabinets and granite countertops.*

Wells Fargo

2/8/18, 4:39 PM

Check Number                           214
Date Posted                            01/17/17
Check Amount                           $300.00



MELANIE C ADAMS
14024 SW 137ND AVE
MIAMI, FL 33186-7668

214

Pay to the Order of   New Concept                    $300

three hundred                              Dollars

For   Pull outs Kitchen



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Additional payments to
Cabinet installer for pre-
ordered Cabinet pull-outs.

Composite Exhibit "D"

Wells Fargo

2/8/18, 4:34 PM

Check Number                                    176
Date Posted                                     10/14/16
Check Amount                                    $1,283.00





For your security, information like account numbers, signatures, and the ability to view the back of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Sent by GC.
to install floors
upstairs.

Wells Fargo

2/8/18, 4:35 PM

Check Number                                        181
Date Posted                                         10/24/16
Check Amount                                        $350.00



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7668

181

Oct. 19, 2016

Pay to the Order of _Fargo Money_                    $ 350 —

_Three hundred fifty_                        Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For _Stair Floors._                          _M Adams_

For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Pd directly to floor
installer sent by GC.

Wells Fargo                    Composite Exhibit "E"                    2/8/18, 4:41 PM

Check Number                                              219
Date Posted                                              02/13/17
Check Amount                                             $650.00



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7868

219

63-751/631 1045B
1335187991

*02 - 11 - 17*

Pay to the
Order of    *Nelson Montoya*              $ 650

*Six hundred and fifty*                Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For    *Backsplash + Wall*        *M Adams*



For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

*Sent by GC to install
Backsplash during
Kitchen renovation.*

Wells Fargo

Check Number                                    235
Date Posted                                      05/17/17
Check Amount                                    $130.00





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Sent by GC.
to repair shower
grout.

2/8/18, 4:38 PM

Wells Fargo

Check Number                          207
Date Posted                           01/03/17
Check Amount                          $350.00





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Pd to Nelson Montoya for final demo pmt. Sent by G.C.

Wells Fargo                                                                                    Exhibit "F"                                                                    2/8/18, 4:39 PM

Check Number                                                                            210
Date Posted                                                                             01/13/17
Check Amount                                                                            $400.00



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7668

210

1/13/17

Pay to the
Order of    Alex Mateo                                              $ 1400 —

Four Hundred                                                        Dollars

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For  Electric - Kitchen                                            M Adams



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Sent by GC to reinstall
electrical outlets after
backsplash was installed.

Exhibit "G"

Wells Fargo

2/9/18, 4:40 PM

Check Number                                        212
Date Posted                                         01/17/17
Check Amount                                        $435.71



MELANIE C ADAMS                                                        212
14024 SW 132ND AVE                                            63-751/831 10968
MIAMI, FL 33186-7668                                          133518799I

01/14/17   Date

Pay to the
Order of   Mariel Urqueta                          $ 435.71

Four hundred Thirty Five and                        Dollars

71/100

Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For  Plumber - Kitchen Ren.          M Adams

2017011762769171 14573 11  0925

Regions Bank >062000019<

        2017011762769171 14573 11  0925
        Regions Bank >062000019<

For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

Sent by GC to install
new Kitchen Sink and
Water Softner during
Kitchen renovation.

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/default?_x=K7hUmp1mKym_Ziv-7vKwgi7fWf_SBfFN#state=modal.1.3

Page 2 of 2

# Exhibit "I"

Wells Fargo

2/6/18, 10:14 AM

| | |
|---|---|
| Check Number | 166 |
| Date Posted | 10/03/16 |
| Check Amount | $120.00 |



MELANIE C ADAMS
14024 SW 132ND AVE
MIAMI, FL 33186-7668

166

Sept. 27, 16

Pay to the Order of _David Alecia_ _____ $ 120

_One hundred Twenty_ _____ Dollars

SM Adams

Sent by GC.
to install floors
upstairs.

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☖ Equal Housing Lender

Exhibit "I"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-15954-RAM and 20-01350-RAM


IN RE:

PHUONG MIMI NGUYEN,

     Debtor
_____/

MELANIE ADAMS, individually and on behalf
Of her minor daughter, TAYLOR ADAMS,

      Plaintiff,

vs.

PHUONG MIMI NGUYEN,

      Defendant.
_____/



DEPOSITION OF MELANIE ADAMS

TAKEN ON BEHALF OF THE DEFENDANT

FEBRUARY 16, 2021
1:30 P.M. TO 3:18 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
MEGHAN WILLIS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

Adams, Melanie  02-16-2021

2

```
 1        APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE PLAINTIFF:
 3     ZACHARY FRIEDMAN, ESQUIRE
        2 GROVE ISLE DRIVE, APT 1210
 4     COCONUT GROVE, FLORIDA 33133
        305.446.6485
 5     usczach@gmail.com
        (REMOTELY VIA ZOOM)
 6
    ON BEHALF OF THE DEFENDANT:
 7
       RICARDO A. RODRIGUEZ, ESQUIRE
 8     RODRIGUEZ LAW, P.L.
        900 W 49TH STREET, SUITE 505
 9     HIALEAH, FLORIDA 33012
        305.262.8226
10     ricardo@rdgzlaw.com
        (REMOTELY VIA ZOOM)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1             INDEX OF EXHIBITS
 2  EXHIBIT        DESCRIPTION        PAGE
 3     A      E-MAIL              28
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1          INDEX OF EXAMINATION
 2  WITNESS: Melanie Adams
                              PAGE
 3  DIRECT EXAMINATION
        By Ricardo Rodriguez, Esquire        6
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

```
 1       VIDEOTAPED DEPOSITION OF MELANIE ADAMS
 2          FEBRUARY 16, 2021
 3        THE COURT REPORTER:  Today's date is February
 4   16th, 2021.
 5        This is the videotaped deposition of Melanie
 6   Adams taken in the matter of, in reply to Phuong
 7   Mimi Nguyen, Debtor.
 8        Case Number 20-15954-RAM in the matter of
 9   Melanie Adams individually and on behalf of her
10   minor daughter Taylor Adams v. Phuong Mimi Nguyen.
11   Case Number 20-01350-RAM.
12        We are located remotely, the Court Reporter is
13   Meghan Willis with the Universal Court Reporting.
14        Would counsels please introduce themselves?
15        MR. RODRIGUEZ:  Ricardo, go ahead, I'm sorry.
16        MR. FRIEDMAN:  No, I'm sorry.  Zach Friedman
17   on behalf of the Plaintiffs and Creditors, Taylor
18   and Melanie Adams.
19        MR. RODRIGUEZ:  Ricardo Rodriguez on behalf of
20   the Debtor.  Give me one second.
21   Thereupon:
22          MELANIE ADAMS,
23   was called as a witness, and after having been first
24   duly sworn, testified as follows:
25        THE WITNESS:  I do.
```



877.291.3376
www.UCRinc.com

Adams, Melanie   02-16-2021

6

1            DIRECT EXAMINATION
2  BY MR. RODRIGUEZ:
3      Q   Hello, Ms. Adams.  If you could please
4  pronounce your full name?
5      A   Melanie Adams.
6      Q   And I'd like to ask you a few questions about
7  your, you know, background, basically.  What do you do
8  for a living?
9      A   I work for the Fire Department, I'm a Fire
10 Chief.
11     Q   Okay.  And how long have you been working
12 there?
13     A   Since 1994.
14     Q   And what do you do as a fire chief?
15     A   I'm in -- I am the chief over the fire
16 prevention division.
17     Q   I'm sorry?
18     A   I'm the chief over the fire prevention
19 division.
20     Q   Okay.  What does that mean?
21     A   That means -- I don't understand your
22 question.
23     Q   I don't understand what you do.  I'm trying to
24 figure out what you do as a chief?
25     A   I pretty much manage the fire prevention

7

1  division for Miami-Dade Fire Department.
2      Q   What is a fire -- fire prevention division?
3      A   It's a division of the fire department that
4  works to prevent fires.
5      Q   Okay.  And how many people do you oversee?
6      A   Approximately 150.
7      Q   Okay.  And how long have you been doing that,
8  overseeing, you know, being the chief for that division?
9      A   Less than a year.
10     Q   Okay.  What does that entail, in terms of your
11 responsibilities in your day-to-day activities?
12     A   Everything that managing a division of the
13 fire department would entail.  I'm not sure what part of
14 the question I'm supposed to answer.  There's a lot of
15 responsibility.
16     Q   Well, just give me some form of overview of
17 what it is you do on a day-to-day basis?
18     A   Budgeting, supervision, goals.
19     Q   Did you ever supervise any construction sites
20 or anything of that nature?
21     A   No.
22     Q   You've never gone to a site to determine if
23 the Fire Department or if a building is in compliance
24 with --
25     A   I have never supervised a site, I've been to a

8

1  construction site.
2      Q   Okay.  So, why have you been to a construction
3  site as part of your job?
4      A   I went there many years ago as a lieutenant
5  inspector.
6      Q   Okay.  Prior to being chief, you've been chief
7  since 1994?
8      A   No, less than a year.
9      Q   Less than a year?  Okay.
10     A   Yeah.
11     Q   So, before you became chief, what were you
12 doing?
13     A   I was the captain in charge of the emergencies
14 at Miami International Airport for aircraft emergencies.
15     Q   And how long did you do that for?
16     A   Approximately two years maybe.
17     Q   Were you doing that when the incident in this
18 case occurred?
19     A   I don't recall.
20     Q   Can you explain again, what the captain --
21 what you did as a captain?
22     A   I as a -- prior to the division chief's
23 position, I was a -- I don't know if you're familiar
24 with the big crash trucks that respond to aircraft
25 emergencies.

9

1      Q   No.
2      A   I -- if there was an aircraft emergency, the
3  pilot would radio in and me and my staff would show up
4  to mitigate the emergency.
5      Q   Okay.  Do you have any children?  Are you
6  married?
7      A   I have one daughter and I'm single.
8      Q   And what's your daughter's name?
9      A   Taylor Adams.
10     Q   How old is she?
11     A   She is 14.
12     Q   And where do you live?
13     A   14024 Southwest 132 Avenue, Miami, 33186.
14     Q   Do you have any degrees formal education?
15     A   Only in the fire service.
16     Q   Okay.  Did you complete high school?
17     A   Yes.
18     Q   Do they give you any training in the fire
19 service?
20     A   Yes.
21     Q   What kind of training?
22     A   Fire college medical, I mean, there's been a
23 lot of training along the way.
24     Q   So, for instance, fire college, what does that
25 entail?



10

1    A    Learning how to put out fires, learning how to
2    treat medical patients.
3    Q    But is that like a -- it's not a degree is it
4    or it's just a college requirement?
5    A    It is a certification.
6    Q    Certification.  And as far as medical, what
7    are you doing medical as well, kind of --
8    A    An emergency medical technician.
9    Q    Okay.  So, at this point, I want to direct
10   your attention to your relationship with Mimi, I'll call
11   her Mimi, her full name is, it's hard for me to
12   pronounce this Phuong Mimi Nguyen.  Do you know her?
13   A    Yes.
14   Q    Okay.  And what kind of relationship did you
15   have with her?  And when did it start or when did your
16   relationship with her start?
17   A    Approx -- sometime approximately 2016.
18   Q    Beginning of 2016, middle or end?
19   A    I don't recall.
20   Q    Okay.  So, what kind of relationship did you
21   have with her?  How would you describe your relationship
22   with her?
23   A    She introduced herself as a general contractor
24   the day I met her.  I met her to discuss a house that
25   was for sale next door.  And so, we started with her as

11

1    my general contractor.
2    Q    Okay.  So, this was so your -- so, you met her
3    in 2016, this house next door.  What house is that are
4    you referring to?
5    A    There is a house right next door directly to
6    the north of me.
7    Q    Okay.  So, how did you meet her?
8    A    I met her in the front yard, I introduced
9    myself.
10   Q    You met her in the front yard of the house
11   next door to you?
12   A    Correct.
13   Q    Okay.  Do you know the address of the house
14   next door to you?
15   A    I would be guessing if I told you.
16   Q    And why would you -- what was it that made you
17   introduce yourself to her?
18   A    I had some interest in doing some work on my
19   house.
20   Q    How did you know that she was doing work next
21   door?
22   A    Because there was ongoing renovation going on
23   next door.
24   Q    And she was the only one that was going in and
25   out of the house or were there other people going in and

12

1    out of the house for renovations?
2    A    There were several people.
3    Q    Why did you think it was her that was doing
4    these renovations?
5    A    I just happen to catch her as the first person
6    I introduced myself to.
7    Q    Can you tell me exactly how you introduced
8    yourself to her and what your conversation consisted of?
9    A    I introduced myself.  She said she was the
10   general contractor and I said that was impressive,
11   because I had never met -- excuse me, my AirPods.  I'm
12   sorry.
13        I introduced myself and I told her that I was
14   interested in some work on my house.  And she said that
15   she was the general contractor and that she was
16   renovating the house.
17   Q    So, what happened after that?
18   A    Can you be more specific?
19   Q    I just want to know what happened.  How did
20   this relationship evolve into her doing work for you?
21   I'm trying to understand how it went from you meeting
22   her to the end result of this lawsuit.
23        So, I, you know, the only one that would know
24   that it would be you, not me.
25   A    Okay.  Do you have a specific question?

13

1    Q    Yeah.  I'd like to know what happened next.
2    A    She told me she was renovating the house next
3    door for a bank in California that hired her to do
4    renovations as their general contractor.  And that's how
5    it started.
6    Q    Okay.  And then what happened next?
7    A    Next that day, next, I'm not sure what you're
8    looking for.
9    Q    You -- I'm just trying to understand.  You
10   tell me, what happened next?  You hired her and she said
11   she met you, she was a contractor.
12        So, I'd like to know how you got from point A
13   to point B to point C.
14   A    Are you asking what did she work on my house
15   first?
16   Q    No.  I'm asking what happened next, you know,
17   she introduced -- you introduced yourself, she told you
18   she was --
19   A    In that conversation?
20   Q    Yeah.
21   A    Okay.
22   Q    What happened next, I mean, I don't know, how
23   did she end up going to your house?  I have no idea.  Did
24   you follow-up with her, did you call her, did you tell
25   her show me something.  I have no -- I'm trying to



14

1 figure out what happened?
2    A   I don't recall what exactly was next.
3    Q   Okay. So the -- at this point, you only
4 recall introducing yourself. Did you get her number?
5    A   We did exchange numbers.
6    Q   Okay. And you gave her your number, she gave
7 you -- did you ask her for her number?
8    A   I don't recall.
9    Q   So, after that day, when you met her, when did
10 -- how did you guys get in contact again?
11    A   I don't recall the specifics. It's been
12 years.
13    Q   Well, you filed a lawsuit against her?
14    A   I don't --
15    MR. FRIEDMAN: There's no question, Melanie.
16    A   Okay.
17    Q   (By Mr. Rodriguez) Why did you file a lawsuit
18 against her if you don't recall the events?
19    MR. FRIEDMAN: Object to the form.
20    A   That's not the question you asked. You asked
21 me what happened next and I said, I'm not sure of the
22 sequencing of what happened next. That I am not -- your
23 question is not specific enough for me to answer.
24    Q   (By Mr. Rodriguez) I don't really need to ask
25 you specific questions, I can ask you open-ended

15

1 questions. And that's the purpose of this deposition.
2    A   And that's --
3    MR. FRIEDMAN: Melanie, stop. There's no
4 question.
5    Q   (By Mr. Rodriguez) What happened after you
6 first met her? What was the next, I mean, you guys
7 meet, what'd would you do, you know? You don't recall
8 any relationship with her after that or --
9    A   I do. But I -- you're asking me for a
10 specific what happened next and I do not recall.
11    Q   No. I'm not asking for specific. I'm just
12 asking you tell me what was the next thing that occurred
13 between you and her?
14    A   We discussed work on my house.
15    Q   Okay.
16    A   I would imagine was part of that conversation
17 that first day. She said that, I could call the company
18 in California. I was interested in purchasing the house
19 next door.
20    And so, I asked her some questions about that
21 house. She said she worked for the company in
22 California. And so, I called the company in California.
23    I told them that I spoke to their general
24 contractor and they confirmed that she was working for
25 them. I'm sorry, the bank. And we discussed that

16

1 house.
2    So, I had no reason to doubt that she was
3 representing herself as a general contractor the day we
4 met.
5    Q   Did the other company -- did the company that
6 she was affiliated with or working with tell you that
7 she was a general contractor?
8    A   They did not deny that she was a general
9 contractor and they said they had hired her. I asked
10 her, I said that I had met the general contractor that
11 was working at the house next door.
12    And they said that she was indeed their GC and
13 I said I'm interested in that house. Could you send me
14 some information? And so, that's how I felt I confirmed
15 that she was who she said she was.
16    Q   Why did you feel that you needed to call them
17 rather than just talk to her if she was a general
18 contractor?
19    A   I wasn't calling them specifically for that
20 reason I was interested in the house next door.
21    Q   Okay. Did you enter the house next door?
22    A   I did.
23    Q   Okay. So, when I asked you what happened
24 next, I would like to know what you did after you spoke
25 to her.

17

1    So, was that something you did after you spoke
2 to her or while you were speaking to her?
3    A   I don't recall.
4    Q   Okay. So, that day, you did see the house
5 next door?
6    A   No.
7    Q   Okay. When did you see the house next door?
8    A   At a later date.
9    Q   Okay.
10    A   And I had been in the house previous with the
11 previous owners.
12    Q   So, earlier in my questioning to you, you said
13 that you -- the work was impressive. How did you see --
14 how did you know the work was impressive if you didn't
15 been to the house?
16    A   I didn't say that.
17    Q   Or what you like -- you saw something that
18 caught your attention. Correct?
19    A   I don't recall.
20    Q   What did you see in the house next door that
21 made you approach Ms. Nguyen?
22    A   I had been in the house when the previous
23 owners were there and it was a larger house than I have.
24    Q   Right. What did you see that resulted in you
25 approaching Ms. Nguyen?



18

1    A    Just out of convenience, there was contractors
2 working next door.  That was the reason that I
3 approached them and I'm a friendly person.
4    Q    How did you know they were contractors?
5    A    Because they were doing heavy construction
6 over there.
7    Q    So, can you describe the construction that's
8 heavy?
9    A    Bringing in wood and appliances and cabinetry.
10 I could hear the banging.  It was an obvious
11 construction site.
12    Q    Right.  So, you were just curious, you had not
13 seen any of the work at that point?
14    A    Correct.
15    Q    Did you see any vans or anything that may have
16 indicated that they were contractors?
17    A    I do not recall.
18    Q    Okay.  When did you and her have contact
19 again?
20    A    I don't recall.
21    Q    Is it your testimony today that you only had a
22 professional relationship with Ms. Nguyen?
23    A    No.  We -- she was hired by me as a general
24 contractor, but we became friends over time.  We got
25 along very well.  And I would have said that our

20

1 her to do anything.  If you want to look at me to
2 make sure I'm not talking to her.  That's fine.
3        MR. RODRIGUEZ:  No, but I don't know who is in
4 the house.  I mean, --
5        MR. FRIEDMAN:  I think she's at her office.
6        MR. RODRIGUEZ:  Oh, in her office?  I have no
7 idea.  I mean, but, you know, typically in a
8 deposition, somebody just doesn't, you know,
9 disappear while we're in the deposition.
10        MR. FRIEDMAN:  All right.  Melanie, you're
11 frozen.  Can you hear us?  Melanie, can you hear
12 us?
13        You froze.  You have to log off and log back
14 on.  Okay, fine.
15        THE WITNESS:  Can you hear me, Zach?
16        MR. FRIEDMAN:  Yeah.
17        MR. RODRIGUEZ:  Yeah.
18        THE WITNESS:  Okay.  I'm back.
19        MR. FRIEDMAN:  Just don't turn off your video,
20 if you leave.
21        THE WITNESS:  Okay.  I know I didn't, it
22 disconnected.  I apologize.
23        MR. RODRIGUEZ:  Are you ready to go, do you
24 need some more time?
25        THE WITNESS:  Yes.

19

1 relationship did develop.
2    Q    Okay.  So, please describe your relationship
3 with her.
4    A    In what context?
5    Q    In the relationship as a friend?  Was she your
6 friend or was she not your friend?
7    A    Are you asking me if I thought she was friend,
8 my friend at the time?
9    Q    No.  I'm asking you in the whole -- in your
10 whole relationship with her.  Was she your friend at
11 some point or not?
12    A    Yes.
13    Q    Okay.  So, can you please describe your
14 friendship with her?
15    A    You hold on one second and let me change over
16 my audio because my AirPods are dying?
17    Q    Sure.
18    A    Okay.
19        MR. RODRIGUEZ:  You know, I'm objecting to
20 this blockage of the video.  This is -- it should
21 not be happening.
22        MR. FRIEDMAN:  Sorry?
23        MR. RODRIGUEZ:  Zack, the video is being
24 blocked.  I mean, --
25        MR. FRIEDMAN:  I don't know.  I didn't tell

21

1    Q    (By Mr. Rodriguez) Okay.  I wanted you to
2 describe your friendship with Ms. Nguyen.
3    A    I -- at the time, I thought that we developed
4 a friendship.  I don't know how else to describe it.
5    Q    Okay.  Did you share personal information with
6 her?
7    A    Yes.
8    Q    Okay.  Did you share any, you know, what were
9 your conversations like with her as far as being
10 friends?
11    A    Just like any other friendship.
12    Q    Okay.
13    A    I don't -- I mean, we did share personal
14 information.  We talked about many things, but are you
15 looking for something besides that?
16    Q    I'm trying to figure out your friendship with
17 her, but you know.  So, I'm trying to figure out did you
18 go out with her?
19    A    Yeah.  A couple of times, we did.  I mean, we
20 had lunch.  Usually when we went, you know, in the times
21 that I can remember if we had lunch, we spoke about the
22 house and working on the house or her business.
23    I was -- I thought that it was neat that she
24 was a woman general contractor.
25    Q    Did you ever try to research whether she was a



Adams, Melanie  02-16-2021

22

1  general contractor?
2    A   I'm sorry?
3    Q   Did you try to research whether she was a
4  general contractor or not?
5    A   No.  I believed what she told me.
6    Q   Okay.
7    A   I --
8    Q   So, you met her in 2016.  Correct?
9    A   I believe it was 2016.
10   Q   Okay.  And when did the incident occur?
11   A   It may have been 2000 -- it was between 2015
12  and '16.  I don't recall.
13   Q   Okay.
14   A   The incident occurred January 30th, 2018.
15   Q   So, from January -- from 2016 through January
16  30th, 2018.  You and her shared some form of
17  relationship.  Correct?
18   A   I don't recall when I met her.
19   Q   Well, you said that you met her in 2016 or
20  2015?
21   A   I'm not sure if it was the end of 2016.  I
22  don't remember.
23   Q   Okay.  So, let's assume it's 2016, the end of
24  2016.
25   A   Okay.

23

1    Q   I'll give you that benefit of the doubt.  So,
2  from 2016, the end of 2016 through January 30th, 2018,
3  you and her had a friendship, correct?
4    A   No.  When I met her, I met her as a general
5  contractor.
6    Q   All right.  Okay.  And then at some point, you
7  became friends, right?
8    A   Yes.  I would say at some point, we took on a
9  friendship.  Yes.
10   Q   So, -- So, from the end of 2016 through
11  January 30th, 2018, you and her only discussed business?
12  Is that what you're saying or your cabinets or what was
13  your discussions with her?
14        MR. FRIEDMAN:  Object to the form.
15   Q   (By Mr. Rodriguez) Just professional?
16   A   I'm sorry?
17   Q   What was your discussions with her from 2016,
18  from the end of 2016 through January 30th, 2018?
19   A   I don't recall.
20   Q   Okay.  Did you and her ever go to a rodeo
21  together?
22   A   Yes.  We went to a rodeo.
23   Q   And what did you discuss cabinets at the
24  rodeo?
25   A   I don't recall.

24

1    Q   Okay.  What did you do at the rodeo?
2    A   I don't recall.
3    Q   What's a rodeo?  I have no idea.  What do you
4  do at rodeo?  I have no idea what you do at a rodeo?
5    A   You watch cowboys.
6    Q   Okay.  What are they doing?
7    A   They ride bulls.
8    Q   Okay.  So, you and her --
9    A   Horses.
10   Q   Were there any other people with you in that -
11  - that day?
12   A   I don't recall.
13   Q   Do you often go to rodeos?
14   A   I go to the rodeo every year, if I can.
15   Q   Okay.  Do you invite random people to go to
16  the rodeo with you?
17   A   Not typically, but yes I have invited people
18  that I didn't know well, I enjoy it.
19   Q   Okay.  So, you went to a rodeo with her?
20   A   Yes.
21   Q   Okay.  Did you at any point buy her special
22  needs son a gift?
23   A   I'm sorry?
24   Q   Did you at any point buy her special needs
25  son, a gift?

25

1    A   I don't recall.
2        MR. FRIEDMAN:  Objection, relevance.
3    Q   (By Mr. Rodriguez) Do you recall her having a
4  special needs son?
5    A   I do recall that she had -- no, I thought it
6  was her brother.
7    Q   Okay.  I'm sorry, her brother, her brother.
8  Thank you for clarifying.
9    A   I do -- I don't recall buying him a gift.  No.
10   Q   Okay.  Did you ever confide in Ms. Nguyen
11  about a problem you were having with a boyfriend?
12   A   Yes.
13   Q   And why did you do that?
14   A   The --
15   Q   Why did you confide in her with your problem
16  with your boyfriend?
17   A   I don't recall.
18   Q   You don't know why you confided in her?
19   A   I don't recall why.  No.
20   Q   Were you having problems with your boyfriend?
21   A   Yes.
22   Q   Did you need emotional support from her?
23   A   I don't recall.
24   Q   What kind of problems --
25   A   You mean how --



26

1    Q   -- what kind of problems were you having with
2 your boyfriend?
3         MR. FRIEDMAN: Objection, relevance. You can
4 answer.
5    A   It was a domestic issue. I had to call the
6 police and I was worried that he was stalking me. And I
7 was very worried about him.
8    Q   (By Mr. Rodriguez) Did you e-mail Ms. Nguyen
9 about this problem you were having with him?
10   A   I don't recall.
11   Q   So, I'm going to show you briefly on the
12 screen, if you can see. Do you recall sending this e-
13 mail to her?
14        It's dated February 11th, 2021. I'm sorry,
15 that's this date -- strike that -- The date that you
16 sent the e-mail was December 27th, 2016.
17        It says from Melanie Adams to designmimiyoko.
18 Do you recall sending that e-mail to Ms. Nguyen?
19   A   It's obviously from me, but I don't really
20 recall sending it.
21   Q   Okay. Can you read what it says in the e-
22 mail?
23   A   The entire e-mail?
24   Q   No, just where it says, "I spoke with the main
25 office."

27

1    A   "I spoke with the main office at my
2 association, they're sending this to their security
3 personnel. My remotes and cards have been deactivated
4 and he has been taken off the residency list.
5         They are going to put his picture up in the
6 main office to keep an eye out. My gut tells me that he
7 is not seeing someone in the neighborhood, I think that
8 he is just looking for an opportunity to reconnect and
9 he is lying.
10        So, that he wouldn't be busted for keeping the
11 access card that he said he lost to get in the main
12 entrance. See below, so sad. We had so many good
13 times."
14   Q   Why would you send an e-mail like this to her?
15   A   I think as I already said we developed a
16 friendship.
17   Q   Well, I'm trying to understand the kind of
18 friendship you and her had. Would you consider her just
19 an acquaintance?
20   A   No. We developed a friendship.
21   Q   Were you good friends, were you -- you told
22 me, describe the relation?
23   A   I think I already did.
24   Q   I don't recall you describing the relation.
25   A   We developed a friendship. We talked about

28

1 personal things.
2    Q   Okay. So, now you confide, you're testifying
3 that you did discuss personal things?
4    A   I already said that too.
5    Q   I like to mark this as I guess, Exhibit A.
6         (Thereupon, Exhibit A was marked into record.)
7         MR. RODRIGUEZ: Court Reporter?
8         THE COURT REPORTER: Yes.
9         MR. RODRIGUEZ: I'd like to mark this as
10 Exhibit A. I'm not sure if you heard?
11        THE COURT REPORTER: Yes, I heard you.
12        MR. RODRIGUEZ: Okay. Great. Thank you.
13   Q   (By Mr. Rodriguez) Would you say that at the
14 point that you confided with her about your boyfriend,
15 that your relationship with her hit a turning point that
16 you and her bonded?
17   A   I don't recall.
18   Q   Do you recall going to her friend's wedding in
19 December of 2016, late December 2016?
20   A   I don't recall. I don't remember.
21   Q   Do you remember sharing with her information
22 about your profile on Match.com?
23   A   I don't remember.
24   Q   Did you have a profile in Match.com?
25   A   At that time? I don't remember.

29

1    Q   Did you ever have to visit an Amazon
2 construction site in relation to your job?
3    A   Yes.
4    Q   And why did you have to do that?
5    A   I had to -- there was an Amazon Construction
6 Site that I visited many times, it would depend on the
7 time.
8    Q   Okay. So, tell me what it is that you did in
9 those Amazon construction sites?
10   A   I've only been to one Amazon construction
11 site.
12   Q   For some reason I thought you had mentioned
13 that you've been to an Amazon construction site many
14 times? Do you know --
15   A   I have been to one Amazon construction site
16 many times, not to many Amazon construction sites.
17   Q   All right.
18   A   Sorry you --
19   Q   No, that's okay. So, I just want to
20 understand what did you do the many times you visited
21 the Amazon construction site?
22   A   I -- you would have to be more specific
23 because --
24   Q   What was your purpose being there?
25   A   There's different times that I was there. So,



Adams, Melanie  02-16-2021

---

30

1  I'm not understanding the question.
2     **Q   Just tell me what you did on any time.  I want**
3  **to understand why you were visiting an Amazon**
4  **construction site?**
5     A   I -- to take a tour, to talk about fire
6  protection there.  There were many reasons that I've
7  been to an Amazon construction site.
8     **Q   Okay.  Is it an Amazon construction site or**
9  **one Amazon construction site?**
10    A   I have been to one Amazon construction site.
11    **Q   Have you been to other construction sites as**
12  **part of your job?**
13    A   As part of my current job?
14    **Q   Any job, ma'am.**
15    A   Yes.
16    **Q   Okay.**
17    A   If you're specific with me, I'll be with you.
18    **Q   I don't want you -- no, I understand but --**
19  **okay.  I don't really need to be specific.  I'm just**
20  **asking you a general question.  I don't know.**
21        With the Amazon construction site, can you
22  **describe what your function was there?  You said you**
23  **went there multiple times.**
24    A   Correct.  I was the bureau officer in charge
25  of the Aviation Life Safety bureau, which does the same.

---

31

1  It's a similar to the position that I have now to a
2  lesser degree.  It's --
3     **Q   Again, I just don't understand why as a fire**
4  **fighter in chief, you're required to go to an Amazon**
5  **construction site.**
6         And I'm not, from your testimony, I'm not
7  **understanding.  Can you please help me understand why**
8  **you visited in Amazon construction site?**
9     A   So, the project was new and it was on an
10  airport property.  So, our bureau had work to do there.
11  So, depending on the time that I went there, you know,
12  would have different agenda for that day.
13    **Q   What were the different agendas, give me five?**
14    A   They're for tours, they are for fire
15  protection.  There --
16    **Q   What -- let's talk about the fire protection.**
17    A   Okay.
18    **Q   What was your purpose there for fire**
19  **protection?**
20    A   To discuss how to protect that particular
21  building.
22    **Q   Okay.  And what does that require?  So, I can**
23  **be -- what does it require for a building to be**
24  **protected?**
25    A   Okay.  It has to be able to suppress the type

---

32

1  of fire that that the hazards in that building may
2  present.
3     **Q   So, do you go there to determine whether**
4  **they're up to code?**
5     A   No.  I oversee the inspectors that go there to
6  determine if they are up to code.
7     **Q   So, it's basically the same thing, just --**
8  **you're just saying it in a different way.  Correct?**
9     A   I don't go there to enforce the code.  I go
10  there as the supervisor.
11    **Q   Right.  But let's assume for the sake of**
12  **argument that these inspectors are not fulfilling their**
13  **job or that the -- whatever they've installed is not up**
14  **to code.  What would you do at that point?**
15    A   I would help them resolve the issue.
16    **Q   And how would you do that?**
17    A   It depends on the issue.
18    **Q   So, if there's a code violation, you would**
19  **help fix that code, right?**
20    A   I would help them read the code and interpret
21  the code.  Yes.
22    **Q   So, you are familiar with reading codes?**
23    A   Fire codes, yes.
24    **Q   Right.  And they have to do with construction?**
25    A   I'm sorry?

---

33

1     **Q   And they have to do with construction**
2  **obviously?**
3     A   Not always.
4     **Q   But in this particular case.**
5     A   In this case, yes.
6     **Q   Okay.  Did you have to -- are there permits**
7  **that are pulled when these type of things happen or**
8  **being installed or --**
9     A   Absolutely.
10    **Q   Okay.  Are you involved in the pulling of**
11  **permits?**
12    A   No.
13    **Q   Do you work with construction -- contractors?**
14  **I'm sorry.**
15    A   Not typically,
16    **Q   Are you -- and when I say do you work I'm**
17  **using the word directly or indirectly.  In other words,**
18  **I understand that you supervise and you're not the**
19  **contractor obviously.**
20        But do you have -- do you supervise
21  **contractors?**
22    A   I typically -- no, I don't supervise
23  contractors.
24    **Q   Do the people that work with you supervise**
25  **contractors?**

---



Adams, Melanie   02-16-2021

34

1   A   No.
2       Q   The inspectors?
3   A   No, they don't supervise contractors.
4       Q   Okay.  Do they oversee the work they've done?
5   A   When it comes to fire codes to make sure that
6   they have built it correctly.  They would, yes.
7       Q   Okay.  As part of your job, do you ever
8   research whether these contractors are licensed?
9   A   No.
10      Q   Okay.
11  A   I don't.
12      Q   Okay.  Does someone in your department do it?
13  A   I would imagine probably somebody in the new
14  construction bureau might do that if they had a reason
15  to believe.  You know what, no licensed and insured, was
16  that the question?
17      Q   I'm sorry?
18  A   Can you repeat the question?
19      Q   I'm just trying to figure out your connection
20  with the -- I guess --
21  A   My --
22      Q   -- Amazon construction site.
23  A   My work does not research if people -- if
24  contractors are licensed or insured.
25      Q   How many times did you go to this Amazon

35

1   construction site?
2   A   I don't recall.
3       Q   Would you say at least five times?
4   A   Yes.
5       Q   About ten?
6   A   Yeah.  Probably closer to ten.
7       Q   And how long did this project take?
8   A   A couple of years.
9       Q   Okay.  So, in the couple of years, let's say,
10  two years, you went there ten times?
11  A   Approximately.
12      Q   Can you tell me -- can we go over the agendas
13  that you had when you visited the site?
14  A   I know I gave a tour to the units one time to
15  the operations units, you know, I was in on a tour that
16  Amazon gave.
17      I remember meeting there with the architects
18  and engineers to discuss some of the problems they were
19  having.
20      Q   Okay.  Any more agendas?
21  A   Not that I recall.
22      Q   You said you met with architects and
23  engineers.  Why would you meet with architects and
24  engineers?
25  A   Assuming they're trying to design according to

36

1   the fire codes.  And they may have had questions.
2       Q   And you're familiar with those fire codes?
3   A   I am familiar with some of them.
4       Q   Well, I'm trying to understand why you would
5   meet with the architects and engineers.  Can you explain
6   this?
7   A   I already said I was the bureau officer in
8   charge of the Aviation Life Safety Bureau.
9       Q   Ms. Adams, you're giving me conclusions.  I'd
10  like you to describe what --
11  A   Can you be more specific?  I'm not sure what
12  question you're asking?
13      Q   I'm asking you why you needed to meet with
14  architects and engineers in the Amazon construction
15  site.
16  A   Because they were having problems with their
17  design.
18      Q   And what is it that you do to help them?  I
19  don't know, you -- I don't know what?
20  A   I would help them interpret the code.
21      Q   And that's all you do?
22  A   That's a lot.
23      Q   Well, I'm asking you, when it comes to the --
24  okay.  So, that's a lot, right.  So, explain to me what
25  that a lot is.

37

1   A   I would -- I mean, there's a lot of fire codes
2   to interpret.  So, I would help them to understand what
3   the intent of the code is.
4       Q   Okay.  Have you been to any other construction
5   sites as part of your job?
6   A   Yes.
7       Q   How many?
8   A   I don't recall.
9       Q   Was it one?
10  A   I could not give you a number, I have no idea.
11      Q   Would that information be in your office, if I
12  subpoenaed?
13  A   No.
14      Q   Okay.  So, there's no information on your
15  schedule in your office?
16  A   I didn't say there was no information on my
17  schedule in my office.
18      Q   So, how can we find out how many times you
19  would visit construction sites?
20  A   There -- you'll have documentation on some of
21  it, but you won't have documentation on others.
22      Q   Okay.
23  A   For instance, as a bureau officer in charge,
24  those are not documented visits, you know, that would be
25  on my normal calendar.  It's not documented or those



Adams, Melanie  02-16-2021

---

38

1  numbers are not captured.

2      Q    When did you start visiting construction

3  sites?  A year from now, two years from now?  Beginning

4  of your career --

5      A    I don't recall.

6      Q    Was it at the beginning of your career?

7      A    No.

8      Q    Was it after you became chief?

9      A    No.

10      Q    Was it before you became chief?

11      A    Yes.

12      Q    Okay.  How many years before, so just give me

13  an approximate, I mean, I'm not asking you to be

14  specific, one year, two years, three years, four years.

15      A    I would be guessing.

16      Q    Okay.  So, you have no idea when you started

17  visiting construction sites?  Is that what you -- your

18  testimony is today?

19      A    I'm telling you, I don't recall when I started

20  visiting construction sites.

21      Q    Okay.  But you don't either -- you don't want

22  to give me an approximate date either.  So, I'm asking

23  you, is it your testimony today that you don't recall

24  when you started visiting construction sites?

25      A    Yes.

---

39

1      Q    Okay.  Do you recall what you did at these

2  construction sites?

3      A    It depends on what position I was filling,

4  sir.

5      Q    In any position that you were involved --

6      A    Okay.

7      Q    -- what you did at these construction sites?

8      A    When I was a bureau officer in charge, it

9  would be for helping to resolve issues for the

10  architects and engineers.  And help to determine a plan

11  of action so, that they could achieve compliance.

12      Q    Would you wear those, you know, shell helmets

13  when you walk into these construction sites?

14      A    Sometimes.

15      Q    Do you attend these construction sites on your

16  own?

17      A    Do I -- I don't attend any construction sites

18  at this point.

19      Q    The construction sites that you attended

20  Amazon construction site and the other ones that you

21  don't recall when you started attending.  Did you do

22  them on your own or did you go with someone?

23      A    On my own or with someone depending on the

24  situation.

25      Q    So, would you say that attending construction

---

40

1  sites was a regular part of your job?

2      A    At one point, yes.

3      Q    What point is that?

4      A    Many years ago.

5      Q    So, many years ago --

6      A    It's been decades, since I have visited

7  construction sites in that capacity.

8      Q    So, when did you visit Amazon, the Amazon

9  construction site?

10      A    I would be guessing, I don't remember the

11  year.

12      Q    What was the address?

13      A    I don't know the address.

14      Q    Approximately.

15      A    Opa-Locka Airport.

16      Q    How often did you communicate with Ms. Nguyen

17  by phone, text, e-mail, call?

18      A    I don't recall.

19      Q    Once a week, maybe?

20      A    I would be guessing.  I'm sure there were

21  times we spoke more than others.

22      Q    Okay.  At any point did you get quotes for the

23  service you received?

24      A    Sorry.

25      Q    Well -- strike that -- Did you at any point

---

41

1  you give Ms. Nguyen, the keys to your garage so that

2  your ex-boyfriend could pick up his belongings there?

3      A    I don't recall.

4      Q    Do you have video in your house?

5      A    I do.

6      Q    Did you have video the date the cabinets fell?

7      A    I don't recall.

8      Q    Did you have video in your kitchen?

9      A    I'm sorry.

10      Q    Did you have video in your kitchen?

11      A    I don't remember.

12      Q    Did you ever have video in your kitchen,

13  cabinets?

14      A    I had video in my kitchen at one point.  But I

15  don't recall if we have video at that time.

16      Q    Okay.  Let's talk about the installation of

17  cabinets.  Can you tell me what happened the day that

18  you know these cabinets were installed?

19      A    The day they were installed or the day that --

20  the day they were installed?

21      Q    Yes.

22      A    Specifically, okay.  I don't remember.

23      Q    Who installed them?

24      A    A man named Alex Feranos (phonetic).  And he

25  had some men with him that were doing the work.

---



Adams, Melanie    02-16-2021

42

1    Q    Okay.  Was Ms. Nguyen there with them?
2    A    She was there for the initial consultation.
3  But she was on another job, if I remember correctly that
4  day.
5    Q    So, you asked me to be specific.  And I'm
6  trying to be specific.  On the day of the installation,
7  was Ms. Nguyen there with the men?
8    A    So, there were several days of installation.
9  And yes, she had been on site when they were there.
10    Q    Every single time they were there.  She was on
11  site?
12    A    Not every single time that I can remember. But
13  she was there at the same time they were.  I don't
14  recall if it was every single time.
15    Q    How long did the installations of the cabinets
16  take?
17    A    I don't recall.  I would have to guess.
18    Q    Can you give me an approximate time?
19    A    A week.
20    Q    Okay.  When was it that they were installed?
21    A    I don't recall.  I would have to look at my
22  paperwork. I don't recall.
23    Q    Okay.  What paperwork?
24    A    Just my -- when I wrote the checks and try to
25  get a guesstimate.

43

1    Q    Who did you write the checks to?
2    A    I wrote them to Mimi Nguyen and New Concepts
3  if I remember correctly.  I know I wrote them to Mimi,
4  but I don't remember if I wrote them directly to Alex
5  Feranos name or New Concept.
6    Q    Okay.  Before getting these cabinets
7  installed, did you get any quotes?
8    A    I believe I got another quote before that.
9    Q    Okay.
10    A    I am sorry.  I should say Mimi got another
11  quote before that.
12    Q    Why was she helping you with the quotes?
13    A    Because I told her that I needed to redo my
14  kitchen.  And she offered to facilitate that.
15    Q    Can you explain why as a general contractor,
16  she would have to get quotes from other parties instead
17  of just giving her -- giving you her own estimate?
18    A    I can't explain.
19        MR. FRIEDMAN:  Object to the form.
20    A    I don't know how that works.
21    Q    (By Mr. Rodriguez) Okay.  So, my understanding
22  is, and correct me if I'm wrong.  You got quotes from
23  other parties, but she was a general contractor.
24    A    No.
25    Q    So, explain -- can you explain that or no?

44

1    A    I did not reach out to any company.  She
2  always got the quotes from the subcontractors or what
3  she called her guys.
4    Q    All right.  So, she would give you the quotes
5  and then what would happen?  You would say yes or no?
6    A    Correct.
7    Q    And it's your testimony that she would get the
8  quotes for the cabinets or was there other work that was
9  going on?
10    A    There was other work.
11    Q    Okay.  So, these quotes, how many quotes did
12  you get?
13    A    I don't recall.
14    Q    Do you recall how much you spent?
15    A    I would have to look it up.
16    Q    Okay.  But if you look that up, would you be
17  able to get the exact amount that you spent?
18    A    Yes.
19    Q    So, what did you have installed other than the
20  cabinets or what other work did you have done?
21    A    What other worked that Mimi do for me?
22    Q    Any work, you had done when you were repairing
23  your house.
24    A    When I was buying my house?
25    Q    Repairing, renovating or --

45

1    A    Okay.  So, all of the work that I did on the
2  renovation went through Mimi.  It was Mimi's plumber,
3  electrician, demolition, cabinet guy, painter, floor. I
4  think that's it.
5    Q    So, for the plumber, did you get an estimate?
6    A    She gave me an estimate.
7    Q    Okay.  So, you did get an estimate?
8    A    She gave me an estimate.
9    Q    Okay.  Did you pay the plumber directly or did
10  you pay Mimi directly for the plumber?
11    A    I don't recall.
12    Q    For the floor, did you pay Mimi directly or
13  did you pay the floor installer directly?
14    A    I don't recall.
15    Q    For the demo, did you pay Mimi directly or her
16  company?  And when I say Mimi, I'm referring to her or
17  her company?
18    A    Right.
19    Q    Did you pay her or her company for the demo?
20    A    I don't recall.
21    Q    Okay.
22    A    And she had me pay her directly.  And if the
23  subcontractor was on site needed to be paid right away,
24  she would tell me to pay him directly.  So, I can't
25  recall what was what.



Adams, Melanie  02-16-2021

---

46

1    Q   And it's your testimony today that she was the
2 contractor for the plumbing, cabinet, floor, demo and
3 electricity?
4    A   Yes.  She -- these were all her workers or her
5 subcontractors.
6    Q   For the electricity.  Did you pay that
7 directly to Ms. Nguyen or a company or did you pay the
8 electrician directly?
9    A   I don't recall.
10   Q   Can you find out?
11   A   I can, if I go back to my records, but it
12 would take a little while.
13   Q   Can you provide your attorney information on
14 who you paid with regard to, you know, all these
15 subcontractors?
16   A   Absolutely.
17   Q   Did you ask any of these subcontractors, if
18 they were licensed or insured?
19   A   I did.
20   Q   Okay.  What was the answer?
21   A   I asked Mimi and all of her subs, if they were
22 licensed and insured.  And they all said yes.
23   Q   Did you ask for a verification, like the
24 license number and the insurance?
25   A   No.  I felt that that -- in my, no.  The

---

47

1 answer's no.
2    Q   Did you receive a discount for doing work
3 through Mimi?
4    A   I don't know.
5    Q   So, you trusted Ms. Nguyen enough that you got
6 very little quotes from anyone else.  Correct?
7        MR. FRIEDMAN:  Object to the form.
8    A   Yes, I --
9    Q   (By Mr. Rodriguez) Did you trust Ms. Nguyen
10 enough to only get quotes from her?
11   A   I did, I did.
12   Q   So, you didn't bother at any point to try to
13 get a quote from, let's say, the cabinet's from another
14 company that wasn't involved with her?
15       MR. FRIEDMAN:  Object to the form.  You can
16 answer.
17   A   Can you repeat the question?
18   Q   (By Mr. Rodriguez) Did you -- did you at any
19 point attempt to get an estimate or a quote from a
20 subcontractor or handyman, anyone to do the work other
21 than through Mimi?
22   A   No.
23   Q   Why?
24   A   I -- like I said, the biggest reason was the
25 convenience of meeting Mimi and that she had these

---

48

1 people to offer.
2    Q   Okay.  And when you first met Ms. Nguyen, she
3 randomly just said to you, "I'm a contractor," is that
4 what --
5        MR. FRIEDMAN:  Object to the form.
6    A   She introduced herself that way.
7    Q   (By Mr. Rodriguez) She introduced herself, can
8 you please let me know exactly how she introduced
9 herself?
10   A   I don't recall the exact wording other than I
11 asked who the GC was on the project next door and she
12 said it was her.
13   Q   Okay.  After the cabinets were installed,
14 right.  Was everything okay after, you know, immediately
15 after they were installed?  Were you happy with the end
16 result?
17   A   No.
18   Q   What was wrong?
19   A   They weren't functioning correctly and -- they
20 weren't functioning correctly.
21   Q   What do you mean by that?
22   A   Some of the doors weren't shutting correctly.
23 So, I had to call Mimi and let her know.
24   Q   Okay.  And then what happened after you let
25 her know?

---

49

1    A   She would call her cabinet guy and he would
2 schedule somebody to come out and fix it.
3    Q   Okay.  What did -- did it eventually get
4 fixed?
5    A   Not all of it, no.  She told me that he was no
6 longer responding to her that she fired him.
7    Q   Okay.  Did you use the cabinets?
8    A   Yes.
9    Q   Okay.  What did you, you know store in the
10 cabinets?
11   A   Normal dishes, Tupperware.
12   Q   So, let's talk then about the date of the
13 incident, the day that this accident occurred.
14   A   Okay.
15   Q   Please describe that day.
16   A   My daughter and I were in the kitchen and the
17 cabinets fell on us.
18   Q   Okay.  Can you describe which cabinets, how
19 they fall on you?  I mean I'm not getting -- I want to
20 get the full picture.
21   A   The cabinets were on the south wall, large
22 bank of them and then they fell off the wall and hit my
23 daughter and I in the head.
24   Q   Okay.  Were you standing immediately below the
25 cabinets that fall?

---



Adams, Melanie   02-16-2021

50

1    A   Yes.
2    Q   Okay.  So, just so I get an understanding, was
3   there a countertop above the cabinets?
4    A   No.  Above the counter -- I'm sorry, above the
5   cabinet?
6    Q   I'm sorry.  Below the cabinets, I'm sorry.
7    A   Yes.
8    Q   Okay.  Does that countertop extend further out
9   than the cabinets?
10   A   I would be guessing if I said how far they
11  extend out.
12   Q   I'm not asking you how far, I'm just asking
13  you if they do extend that?
14   A   I believe the counter extends out a little bit
15  further than the cabinets up top.
16   Q   So, when they felt that they rip off from the
17  top or the bottom.  What came off first?
18   A   You mean the --
19   Q   The cabinets, yeah.
20   A   -- did they fall from the top of the cabinet
21  or did the bottom of the cabinet give away first?
22   Q   Yeah.  I'm trying to see how --
23   A   I don't --
24   Q   You don't know?
25   A   I don't know.

51

1    Q   You were both in the kitchen at the time that
2   the cabinets fall?
3    A   Yes.
4    Q   Where did they fall on your head?  Can you
5   point on your head where they fall?  So, they fell right
6   on top?
7    A   Um-hum.
8    Q   Were you facing away from the cabinets?
9    A   No.
10   Q   Or it was -- so, your eyes were looking
11  straight at the cabinets?
12   A   No, I was looking down.
13   Q   Okay.  So you're looking down.  Were you --
14  can you explain how, you know, what position you were
15  when these cabinets fall?
16   A   Standing.
17   Q   Okay.  And can you be a little but more
18  detailed?
19   A   I was standing at the counter and looking down
20  when they fell.
21   Q   Okay.  And they just randomly fell?
22   A   Yes.
23   Q   Had the -- had you had any indication in the
24  past that they were loose or, you know, not properly
25  installed?

52

1    A   No.
2    Q   Okay.  And what was your daughter doing when
3   they fell?
4    A   The same, she was standing at the counter.
5    Q   And what kind of injury did you sustain on
6   your head after the cabinets fell?
7    A   I sustained head, neck and back injury.
8    Q   Okay.  And those cabinets that fell, what was
9   stored?
10   A   Some Tupperware, some dishes, some spices.
11   Q   So, just so that we are on the same page, from
12  the date that they were installed.  Do you remember that
13  date, when they were installed more or less?
14   A   No.
15   Q   Do you remember what year they were installed?
16   A   I don't recall.
17   Q   So, you don't recall when, the year that they
18  were installed?
19   A   I would have to go back and look at my
20  records.
21   Q   So, would you agree with me that they were
22  installed somewhere around the time that you paid the
23  installers or Ms. Nguyen?
24       MR. FRIEDMAN:  Object to the form.
25   Q   (By Mr. Rodriguez) You can answer.

53

1    A   Yes, I would think that would be around the
2   installation date.  Yeah.
3    Q   So, this from the date of installation, until
4   the day they fell you used those cabinets?
5    A   Yes.
6    Q   And they were properly functioning in terms of
7   holding the weight?
8    A   They had not fallen off the wall.
9    Q   Right.  So, they were -- they held the weight,
10  whatever you put in those cabinets from the time they
11  were installed to the time they fell, they held the
12  weight?
13   A   Yes.
14   Q   Okay.  Why do you think that it's the Mimi's
15  fault that they fell?
16   A   I don't understand the question.
17   Q   I'm going to show you the complaint that you
18  filed.  And then maybe you can let me know.  Okay.  Do
19  you see the complaint?
20   A   Yes.
21   Q   This first amended complaint titled --
22  challenging discharge of debts.  Is that correct?
23   A   I'm sorry?
24   Q   The title of the complaint says "Creditors,
25  Plaintiff's first amended complaint to challenge this



54

1 chargeability of service." Correct?
2   A   I see that. Yes.
3   Q   Have you read this complaint?
4   A   I have.
5   Q   So, you are aware of what it said?
6   A   I don't recall the details exactly.
7   Q   This complaint, unfortunately, I have some
8 notes on it. But it's not the A or the B or my notes
9 that you can ignore that. I'm sorry, the A or the B is
10 something I wrote on that you can ignore.
11   A   Okay.
12   Q   So, I'm going to ask you. My question is,
13 before we get into the complaint is, why do you think
14 that it was Ms. Nguyen's fault that the cabinets fell?
15   A   I think that a general contractor has the
16 responsibility to make sure that her subcontractors or
17 his whoever it is that they are licensed and insured.
18       And that we depend on them for those reasons,
19 so that we remain safe and this doesn't happen.
20   Q   Right. But that's not what I'm asking. What
21 I'm asking is, why do you think the cause of the
22 cabinets falling is her fault after, you know, after
23 they had been working for an extended period of time?
24       MR. FRIEDMAN: Objection. Asked and answered.
25   If you can answer it again.

55

1       THE WITNESS: I'm sorry, Zach, say that again.
2       MR. FRIEDMAN: Don't worry about what I say
3   unless I say don't answer. Go ahead and answer.
4   A   Okay. Okay. Can you repeat the question?
5       MR. RODRIGUEZ: Can you read -- Madam Court
6   Reporter, can you read back the question?
7       THE COURT REPORTER: What I'm asking is why do
8   you think the cause of the cabinets falling after
9   they had been working an extended period of time?
10   A   Why do I think that, one more time, Meghan?
11 Why do I think that they felt after an extended period
12 of time? Was that the question?
13   Q   (By Mr. Rodriguez) You know, I'll just
14 rephrase.
15   A   Thank you.
16   Q   Well, what I'd like to know was, why do you --
17 okay, you filed a lawsuit against Ms. Nguyen. Correct?
18   A   Okay.
19   Q   And my question to you is, why do you think
20 that it's her fault that the cabinets fell?
21   A   It's her responsibility to make sure that her
22 subcontractors are licensed. If they're licensed, then
23 they have had to go to school to learn the safe way and
24 the correct way to install these cabinets. These were
25 egregiously negligently installed.

56

1   Q   And how do you know they were egregiously and
2 negligently installed, based on what you just said?
3   A   Because there was an inspector that came over
4 afterwards and put that in his report.
5   Q   What inspector?
6   A   I believe his name was John McNally.
7   Q   And is he someone that works for the county or
8 is it someone that, you know, he came on your behalf?
9   A   I don't recall exactly where he came from, but
10 I believe he's an independent inspector.
11   Q   Okay. So let's talk paragraph nine of the
12 amended complaint. Would you mind reading that for me?
13   A   "Specifically debtor knowingly and verbally
14 made false statements and relied in or misrepresented to
15 plaintiffs about having insurance being a licensed
16 general contractor and employing or working with
17 licensed subcontractors with purpose and intention of
18 deceiving plaintiffs to win the construction bid and
19 obtain the construction work job from plaintiffs."
20   Q   Well, let's first talk about construction bid,
21 to win -- plaintiffs to win the construction bid. You
22 testified earlier that there was no other bids. So, how
23 did she work?
24       MR. FRIEDMAN: Object to the form, misstates
25   her testimony.

57

1   Q   (By Mr. Rodriguez) Then I'll strike that. What
2 bids did -- what other bids did you obtain?
3   A   I didn't feel I needed to get any other bits
4 because I was happy with the price that she had given
5 me.
6   Q   And what price was that?
7   A   It depends on which job. She did several
8 different jobs.
9   Q   For the cabinets?
10   A   The first quote that she represented was too
11 high. So, we went with the second one.
12   Q   Okay. And what was the second one?
13   A   I don't recall exactly, I'd have to look it
14 up.
15   Q   So, I'm asking you why did you reference in
16 the complaint that she was the winning bid when there
17 was no other bits. Can you please explain that?
18   A   I -- like I said, I don't think I needed to go
19 any further because I was happy with the price that she
20 gave me.
21   Q   Again, I'm asking you this complaint, you're
22 not answering my question. The complaint, it says that
23 the plaintiffs -- deceiving plaintiffs to win a
24 construction bid. Can you explain that?
25   A   I don't know how to explain that any different



877.291.3376
www.UCRinc.com

58

1 than that.
2    Q   But there was nothing to win, correct?
3    A   Well, if her price hadn't been good then I
4 would have gone onto someone else.
5    Q   But you didn't -- there was no bids, that was
6 only her.  Correct?
7    A   At that point, it depends on what you're
8 talking about.  Are you talking about a particular job,
9 because she did several different jobs for me?
10    Q   Let's focus on the cabinets.
11    A   Okay.
12    Q   These are the things that fell on your head,
13 correct?
14    A   Okay.  There were multiple bids on the
15 cabinets.
16    Q   Okay.  What multiple bids were there on the
17 cabinet?  So, I've asked you this before you said there
18 wasn't, but go ahead.
19    A   The -- all right.
20    MR. FRIEDMAN:  Move to strike.  Objection.  Go
21 ahead, Melanie.
22    A   She brought two different quotes to me.
23    Q   (By Mr. Rodriguez) Excuse me, she or did you
24 get bids from someone else?
25    A   I did not get bids from someone else.

59

1    Q   So, she's the contractor.  She doesn't need --
2 she's not giving you bids from anyone else who did the
3 work right?  So when did --
4    A   I didn't understand the question.
5    Q   I'm trying to understand your testimony.
6 You're saying she bought you bids.  If she's a
7 contractor, why would she bring you bids?  I'm trying to
8 understand that part.
9    A   Because she was hiring cabinet companies.  I'm
10 trying to understand your question.
11    Q   Have you ever had any construction done in
12 your house?
13    A   No.
14    Q   Have you ever had any handy -- handyman work
15 done in your house?
16    A   Very little.
17    Q   Has it been more than one person working with
18 another firm?  Has it been a person working with someone
19 else, has it been just one person doing the work?
20    A   I don't recall.
21    Q   As part of your job, do you get involved with
22 the payments of contractors or any of the laborers
23 there?
24    A   Not at all.
25    Q   Okay.  So, what I'm trying to figure out is,

60

1 if you're dealing directly with Ms. Nguyen and she is
2 responsible for fixing for repairing, you know, or
3 installing your cabinets, right.
4    According to your testimony, she's the one
5 who's responsible or partly responsible for installing
6 your cabinets.  Is that your testimony?  Am I correct
7 or --
8    A   Is there a question there?
9    Q   Yeah, I'm asking am I correct in what I'm
10 saying or is it -- am I misleading?
11    A   Can you repeat the question?
12    Q   Who is responsible for installing your
13 cabinets?
14    A   Are you asking my belief or --
15    Q   No, I'm asking you --
16    A   Because if you're asking me what the code or
17 the law says, I don't know.
18    Q   I didn't say nothing about code.  Ma'am.
19    A   Um-hum.
20    Q   I'm asking you, who is responsible for
21 installing your cabinets?
22    A   I'm asking you are you talking about who is
23 responsible as per the law or code or who do I think is
24 responsible?
25    Q   Based on your complaint whatever you --

61

1 whatever testimony you want to give.
2    A   I believe the general contractor bears a
3 responsibility.
4    Q   Okay.  Who is responsible, in this case for
5 installing your cabinets?
6    A   I really don't -- if you -- you need to be
7 specific.  Are we talking about the code --
8    Q   Mimi didn't install your cabinets.  Correct?
9    A   No.
10    Q   She wasn't involved in installing the
11 cabinets.  Correct?
12    A   That is not what I said.
13    Q   Okay.  So, you tell me what it is that you're
14 saying.
15    A   She was involved for hiring the company for
16 overseeing the work, for supervising for making sure
17 that corrections were made to not just the cabinet work,
18 but everybody that she had work in my house.
19    Q   So, she is the person you retained to do the
20 work.  Correct?
21    A   Are you talking about her hands on the work?
22    Q   No.  For the work, whatever it is that she
23 hired.  You're saying, you hired her to get the work
24 done for you?
25    A   Yes.



Adams, Melanie   02-16-2021

62

1   Q   Okay.  That's what I want to hear.  So, you
2   hired her to get -- to have the cabinets installed.
3   Correct?
4       A   I hired her, yes.  I hired her since the
5   beginning.  I hired her to paint my fence, --
6   Q   Okay.  Great.
7       A   -- my walls.  I hired her to do the --
8   Q   So you -
9       A   -- work in my kitchen.  I hired her to do all
10  of it.
11  Q   Perfect.  That's it.  That's your testimony.
12      A   Yeah.
13  Q   Then you would pay her for her work, correct?
14  You've got to pay the contractor for their work.  Right?
15      A   I wrote her checks.  Yes.
16  Q   But you paid her for her work.  Am I correct?
17      A   I wrote her checks.  Yes.
18  Q   Did you pay her for her work?
19      A   I can -- I am not understanding the question.
20  Q   What do you do, when you go buy groceries you
21  pay for the groceries?
22      A   I paid her -- when you say her work, are you
23  trying to differentiate whether or not she physically
24  put the cabinets out?
25  Q   No.  I'm not making any distinction.  You're

63

1   the one who's saying that she had a responsibility with
2   the cabinets.  So, I am asking did you pay her for her
3   work.
4       A   Yes, I believe I did.
5   Q   Okay.  So, my question to you, after all the
6   things you just said, she's responsible and you've paid
7   her.
8       Why would she give you quotes so that you can
9   pick which one is lower when she just could have told
10  you I'm charging you X?
11      A   I don't know.  That's her way of doing
12  business.
13  Q   So, --
14      A   I don't know.
15  Q   It's her way of doing business to undermine
16  how much she can make, is that what you're saying?
17      MR. FRIEDMAN:  Object to the form.
18      A   I don't know.
19  Q   (By Mr. Rodriguez) You don't know.  So, you --
20  so in your opinion, it's normal for a contractor to --
21  for you to hire a contractor and for them to give you
22  quotes on the different jobs.
23      That's the normal way of doing business?
24      A   I've already said I have not hired a
25  contractor before this.

64

1   Q   But you hired --
2       A   I don't know.
3   Q   But you hired her.
4       A   I don't know.
5   Q   But you hired her.  So, with her, I'm not
6   talking about anyone else, just with her.  Is the normal
7   way of doing business is for her to give you quotes.
8   And but you're hiring her.
9       That's -- that was the normal way of doing
10  business?
11      A   The quotes that she gave me, she said she was
12  not happy with the first quote that she got, it was too
13  high.  And that she was going to go to another cabinet
14  company.
15  Q   All right.  So, in number nine, paragraph
16  nine, you said she made false statements.  What were the
17  false statement?
18      A   She said she was a general contractor.
19  Q   Okay.  Or lied and misrepresented the
20  Plaintiff.  How often does she tell you that she was a
21  general contractor?
22      A   I don't recall.
23  Q   Did she tell you once?
24      A   Multiple times.
25  Q   Is that more than three or more than four?

65

1       A   I don't recall.  I do remember that on one of
2   her quotes she put GC on the paperwork.
3   Q   Great.  Where is the paperwork?
4       A   I would have to give that to you if my
5   attorney doesn't already have that for you.
6   Q   Yes, give me that.  I don't have it.  So, can
7   you provide the quote provided by Ms. Nguyen that's says
8   she's a GC?
9       A   I don't recall if it was quote.  But it was
10  documentation to another company.
11  Q   Can you explain that please?
12      A   I don't remember if it was exactly a quote on
13  the document.  I just remember it was documentation to
14  another company.
15  Q   That part, can you explain documentation to
16  another company.  I don't understand that.
17      A   She may have -- it may have been a
18  documentation about the design of my kitchen.  She was
19  working with the subcontractor on a design of my
20  kitchen.
21  Q   Do you think you have any responsibility in
22  investigating whether the people that are doing work for
23  your house are licensed and insured?
24      A   I thought I had by asking.
25  Q   No.  My question, you know, I'll ask it again.



Adams, Melanie   02-16-2021

66

1  Do you believe that you have any responsibility in
2  investigating whether the person installing your
3  cabinets or subcontractors are licensed and insured?
4      MR. FRIEDMAN: Objection. Asked and answer.
5  You can answer it.
6      A  I don't have an opinion on that question.
7      Q  (By Mr. Rodriguez) I'm not asking you for an
8  opinion. I'm asking you, if you have a responsibility
9  to investigate the credentials of those that enter your
10 house to install cabinets or those that quote you on
11 installation of cabinets.
12     MR. FRIEDMAN: Object to the form.
13     A  At this point I would say no. I would say I
14 did my due diligence by asking.
15     Q  (By Mr. Rodriguez) Had she told you "Ms. Adams
16 I am not a licensed or insured," you would not have her
17 do the job. Is that a --
18     A  100 percent, no I would not have done the job
19 with her.
20     Q  Can you describe some of your injuries and
21 your daughter's injuries?
22     A  My injuries were a head injury, neck injury,
23 back injury. My daughter was head and neck,
24 neurological.
25     Q  How is your daughter feeling now?

67

1      A  She's doing better.
2      Q  Did she attend school?
3      A  I'm sorry. Does she now?
4      Q  Yes.
5      A  Yes. Oh, no. She's doing online learning.
6      Q  Did she attend school after the incident?
7      A  It took her two months to get back to school.
8      Q  And just to clarify, did you pay with check or
9  cash?
10     A  Pay what?
11     Q  For the installation on the cabinets.
12     A  Check, several checks.
13     Q  Okay. Did you pay with check or cash for the
14 installation of the floors or the floor, I'm sorry?
15     A  I believe it was checks.
16     Q  Okay. And you paid also for -- so, everything
17 you paid for was generally with check?
18     A  Generally yes, I believe so.
19     Q  So, as someone who's been on construction
20 sites for, let's say several years as part of your job.
21 You have no understanding of, you know, the general
22 contractor relationship with the subcontractors or you
23 do or you don't?
24     A  I do.
25     Q  You do?

68

1      A  Yeah. Commercial construction environment,
2  I'm not -- I don't deal with residential at all.
3      Q  Do you do any research as part of your job
4  when it comes to construction sites?
5      A  In what regard?
6      Q  Any research that you do in any regard when it
7  comes to these construction sites?
8      A  I research the codes.
9      Q  You don't do anything with permits?
10     A  In what regard?
11     Q  With regards to your job?
12     A  I don't research any permits at this point.
13 No.
14     Q  Did you do that in the last four years?
15     A  No.
16     Q  Do you have any experience with permits?
17     A  I do.
18     Q  You do. What kind of experience do you have
19 with permits?
20     A  In regards to the commercial construction,
21 part of it.
22     Q  Okay. So, what kind of experience do you
23 have? Elaborate on the experience you have with the
24 permits?
25     A  I know what they are and I know what trades

69

1  are supposed to inspect a commercial construction site.
2      Q  So, how long have you dealt with permits or
3  how many years have you had experience with permits?
4      A  I don't recall.
5      Q  One year, two years?
6      A  I'm sorry?
7      Q  One year, two years?
8      A  I don't recall. There was a point in time
9  where I was, I mean I would see what trades were
10 supposed to sign off on a construction site.
11     But it's been a long time since I've been
12 involved in --
13     Q  So, you don't --
14     A  -- in a commercial construction site. Like, I
15 said I have no experience with residential construction.
16     Q  So, but you know what a permit is?
17     A  Yes.
18     Q  You know what it is.
19     A  Yes.
20     Q  You know that it is required when the work is
21 done, construction work is done. Correct?
22     A  Yes. And for commercial construction, I am
23 familiar. I don't always know the answers. But I'm
24 familiar with it.
25     Q  So, when you had your cabinets installed. You



Adams, Melanie  02-16-2021

70

1  didn't ask for them to see if the permits were being
2  pulled?
3      A   I 100% asked Alex and Mimi and they said they
4  were not required.
5      Q   Okay.  And you took it at face value although
6  you have a background in commercial construction that
7  they were not required?
8          MR. FRIEDMAN:  Objection form, you can answer.
9      A   I had no experience, you could tell me that
10  otherwise.
11     Q   (By Mr. Rodriguez) But you have experienced
12  commercially, which is more elaborate than residential?
13         MR. FRIEDMAN:  Object to the form.
14     Q   (By Mr. Rodriguez) Do you have experience in
15  commercial construction when it was in regard to
16  permits?
17     A   Yes.
18     Q   Okay.  So, at no point did you question
19  whether it may have been needed?
20     A   I already told you I asked them both if it was
21  needed and they both told me, no.
22     Q   After they told you no, did that raise a red
23  flag that maybe, you know, something was wrong?
24     A   No.
25     Q   You didn't think you needed, you had a

71

1  electrical done.  Correct?
2      A   There -- I had somebody hang a light fixture.
3      Q   So, you had electrical work done.  You had
4  someone hang a light fixture?
5      A   Yes.
6      Q   You had plumbing, correct?
7      A   I had a sink changed out.
8      Q   Okay.  And so, you have floor installed,
9  right?
10     A   I had, no.  I don't know if you can call it
11  installed, they put veneer over the tile type of thing.
12     Q   So, you don't feel like you had any elaborate
13  work?
14     A   No.  I do think that they did elaborate work
15  and if you call elaborate work putting in a new kitchen.
16     Q   Just give me one second.  Did you ever go to
17  Ms. Nguyen's house?
18     A   I did.  Yes.
19     Q   More than once?
20     A   I don't recall.
21     Q   Did she ever come -- go to your house?
22     A   Yes.
23     Q   More than once?
24     A   Yes.
25     Q   Okay.  And did you ever see work she has done

72

1  in the past?
2      A   When I, yes.  The answer is yes.
3      Q   So, what work did you see?
4      A   I saw the work that she did next door.  She
5  took me to her house to see the kitchen cabinets that
6  were installed at her house.
7          And I saw her doing work with a construction
8  team at a -- another house.  I don't know the location.
9      Q   When you went to her house and saw her
10  cabinets, did you like them?
11     A   I don't recall.
12     Q   Did you see any of the work that was done by
13  any of the other, the person who installed the cabinets
14  in your home?
15     A   I don't recall.
16     Q   Is it your tendency not to investigate before
17  having worked done?
18         MR. FRIEDMAN:  Object to the form.
19     A   Can you repeat the question?
20     Q   (By Mr. Rodriguez) Is it your tendency not to
21  investigate before having work done?
22         MR. FRIEDMAN:  Same objection.
23     Q   (By Mr. Rodriguez) You can answer.
24     A   It depends on what you're referring to.
25     Q   I'm referring to the cabinets --

73

1      A   I -
2      Q   I'm asking you, if you saw previous work from
3  the person who installed the cabinets and you said you
4  didn't recall.
5          So, I'm trying to understand that it's normal
6  for you not to look at, you know, previous work.
7      A   I saw the cabinets installed at her house.
8      Q   I asked if you liked them, you said you don't
9  recall?
10     A   I don't recall --
11     Q   And now you are saying --
12     A   I do not recall my personal feeling on whether
13  I liked the cabinets or not.
14     Q   Okay.  So, what is the correlation between her
15  cabinets and the person installing them in your house?
16     A   I don't recall.
17     Q   So, why did you just mention that you saw her
18  cabinets after I asked you a question.  That was not
19  related to her cabinets?
20     A   Okay.  So, can you rephrase the question
21  because I'm confused by the question?
22     Q   Okay.  You said that you don't recall if the
23  person who installed the cabinets showed you work
24  they've done in the past.  Correct?
25     A   The person that installed the cabinets did not



74

1  show me work they did in the past.
2      Q   Is that how you usually conduct business when
3  it comes to installation of, you know, cabinets or
4  things like that in your house or when you make a
5  purchase, let's say you don't look at prior work.
6      You just, I mean how would you have known to
7  hire them?  Like, you know, what, I'll -- strike that --
8  How would you have known to that you wanted to hire this
9  person to do your work?
10     A   I trusted Mimi.
11     Q   So, you weren't concerned about the aesthetics
12 of the cabinets?
13     MR. FRIEDMAN:  Object to the form.
14     Q   (By Mr. Rodriguez) Were you concerned about
15 the aesthetics of the cabinets?
16     A   No.
17     Q   So, if they were purple, if they weren't
18 finished that was not a concern for you?
19     A   We discussed what color they would be.  They
20 weren't going to be purple.
21     Q   No, I'm asking you --
22     A   Mimi and I discussed all the details of the
23 cabinets prior to the installation.
24     Q   Okay.  Right.  But you didn't see anything.
25 That's what your testimony is that, you didn't see any

75

1  prior work that, you said okay, I like that.  I want
2  something similar to that installed in my house?
3      A   I do not recall.
4      Q   Okay.  And then what I want to know is that
5  how you usually conduct yourself when it comes to, you
6  know, something like installing cabinets or maybe, I
7  don't know, installing the floor.
8      Did you just say, I want to install floors and
9  then go ahead and install, you know, some --
10     A   I -
11     MR. FRIEDMAN:  Object to the form.  Go ahead,
12 you can answer.
13     A   I feel that Mimi and I discussed all the
14 details prior to me writing the first check for deposit
15 on the cabinets.
16     Q   (By Mr. Rodriguez) Can you -- so, then I'm
17 going to ask you that this question.  Can you please
18 elaborate on all the details that you discussed with
19 Mimi?
20     A   Where the cabinets would go, where -- what
21 finish day would be, you know, whatever it was that the
22 install -- that our installer would need to know, we
23 discussed prior to hiring them.
24     Q   So, when you saw your neighbor's house and you
25 went inside, did you like the way the cabinets looked in

76

1  your neighbor's house?
2      A   I don't recall.
3      Q   Did you have any written agreement with Ms.
4  Nguyen with regard to the installation of the cabinets?
5      A   I don't recall.
6      Q   Do you remember signing any documents with
7  regard to the installation of the cabinets?
8      A   I don't recall.
9      Q   Do you recall signing an agreement with the
10 cabinet installer?
11     A   I don't -- I can't remember.  I can't remember
12 what documentation I signed at that time.  I would have
13 to go back in my records.
14     Q   Did you ever buy the house next door?
15     A   No.
16     Q   And I'm sorry.  What did you say about the
17 camera?  You don't -- you didn't have a camera when the
18 cabinets fell?
19     A   I don't remember having a camera when the
20 cabinets fell.
21     Q   You said you had a cabinet at some point in
22 your kitchen, correct?
23     A   I have cabinets in my kitchen.
24     Q   No, I said, you testified that you had a
25 camera in your kitchen at some point.

77

1      A   I had a camera in my kitchen at some point.
2  But I do not believe I had a camera at this time of the
3  accident.
4      Q   Okay.  Why do you believe you didn't have a
5  camera?
6      A   I would have video of the accident.
7      Q   Were the cameras in your house working at the
8  time you had the accident?
9      A   I don't know.
10     Q   Did you have cameras in your house when you
11 had the accident?
12     A   I don't recall.
13     Q   What companies do you use for camera service
14 in your house?
15     A   ADT.
16     Q   ADT.
17     A   Sometimes they work, sometimes they don't.
18     Q   So, did ADT install cameras in your kitchen?
19     A   No one has installed cameras in my house.  You
20 just plug them in.
21     Q   All right.  So, did you plug in cameras in
22 your kitchen?
23     A   At one point I did.
24     Q   Okay.  And do you know what point that was?
25     A   No, I don't.



Adams, Melanie   02-16-2021

78

1    Q    Was it before the incident, after the
2 incident?
3    A    I do not recall.
4    Q    Wouldn't it be convenient to have a camera in
5 the kitchen at the day of the incident, this way we can
6 see exactly what happened.
7    A    I think you would be terrified.
8    Q    I'm asking you, would it be convenient to have
9 a camera?  Would it have been convenient to have a
10 camera on the day of the accident?
11    A    Yes.
12    Q    But according to your testimony that camera
13 was not installed in the kitchen?
14    A    I don't recall.
15    Q    Is there any way to investigate whether there
16 was a camera or not?
17    A    We could call ADT and see if they have that
18 footage from them.
19    Q    All right.  I'm almost done.  Did you ever
20 asked Ms. Nguyen for a card?
21    A    I don't recall.
22    Q    Did you ever look on a website, if she had a
23 website?
24    A    I don't remember.
25    Q    Do you remember anything significant?

79

1          MR. FRIEDMAN:  Objection.
2    Q    (By Mr. Rodriquez) There's a lot that you
3 didn't recall.  What --
4          MR. FRIEDMAN:  Are you withdrawing that
5    question or moving on?
6          MR. RODRIGUEZ:  I was asking.
7          MR. FRIEDMAN:  Okay.  Object to the form.
8    Q    (By Mr. Rodriquez) What are the things that
9 you recall?
10    A    I recall looking over at my own unconscious
11 daughter buried under cabinets and feeling horrified.
12    Q    And I'm very sorry.  But other than that, do
13 you recall anything else that you might want to tell me?
14    A    Can you be more specific?
15    Q    You -- is there anything you might want to
16 tell me regarding the incident, the installation that I
17 haven't asked you?
18    A    It was egregious from what the inspector said
19 and it should have never happened.
20    Q    Okay.  Was anyone present in your house when
21 you -- when this happened, when the incident occurred?
22    A    Yes.
23    Q    Who was present in your home?
24    A    My boyfriend at the time.
25    Q    The gentleman that you had the issue with?

80

1    A    No.
2    Q    Okay.  What's your boyfriend's name?
3    A    Greg Mitchell.  At the time his name was Greg
4 Mitchell.
5    Q    What's his phone number?
6    A    The number that I have for him is 305-748-
7    7975.
8    Q    Do you have his address?
9    A    I do not.
10    Q    So, Greg Mitchell was present when the
11 cabinets fell?
12    A    He was in the house.
13    Q    Did he see the cabinets fall?
14    A    I don't know.
15    Q    What was your reaction to him right after they
16 fell?
17    A    I'm sorry?
18    Q    What was your reaction after they fell, the
19 cabinets?
20    A    I honestly thought a plane hit the house. And
21 I was under all these cabinets and looking at my
22 unconscious daughter, my reaction was -- I was
23 horrified.  I was terrified.
24    Q    Did you scream?
25    A    I don't remember if I screamed or not.

81

1    Q    All right.  Did you, maybe call out to him for
2 help?
3    A    I don't remember.
4    Q    Did you call 911?
5    A    Yes.
6    Q    Did they take your daughter to the hospital?
7    A    They took us both to the trauma room, yes.
8    Q    And after, were you admitted?
9    A    I'm not sure what admitted means?
10    Q    Did you say overnight?
11    A    No.
12    Q    Did your daughter stay overnight?
13    A    I can't remember if we were there overnight. I
14 honestly don't know how long I was there.
15    Q    Did you have any lacerations on your head?
16    A    No.
17    Q    Did your daughter have any laceration on her
18 head?
19    A    She had scratches.
20    Q    Did there -- was there any bruising, bumps?
21    A    A lot of bruising, a lot of bumps, a lot of
22 swelling.
23    Q    What were the -- what was the bruising and the
24 bumps on you or both?
25    A    On me, I don't recall exactly where the



82

1 bruising was. The bumps were on the top of my head. Do
2 you want me to go onto her?
3    Q   Yes.
4    A   She had bruising all over one side of her face
5 and swelling. She was hit more towards the face than I
6 was.
7    Q   Did you take pictures?
8    A   I don't recall.
9    Q   How soon after you have this accident, did you
10 contact an attorney?
11    A   I don't remember.
12       MR. FRIEDMAN: Objection.
13    Q   (By Mr. Rodriguez) How soon after the accident
14 did you go to another clinic or hospital?
15    A   I had ongoing treatment. I'm still undergoing
16 treatment. So, I'm not sure, you know, I'm not sure
17 what your question is.
18    Q   My question is after you left the hospital,
19 how soon after that did you start getting additional
20 treatment?
21    A   I -- it was, as soon as I could get to a
22 doctor for a follow-up. But I don't remember how long.
23    Q   Was it five months?
24    A   No, it was immediately, I was in incredible
25 pain and so was my daughter.

83

1    Q   Right so --
2    A   We both wound up seeing neurologists.
3    Q   That's what I'm asking. So, how soon after
4 they, do they --
5    A   I don't remember. It was a very traumatic
6 event and I do not recall.
7    Q   What was Greg Mitchell's reaction when the
8 cabinet's fall?
9    A   You would have to ask him.
10    Q   Did he come to help you? Did he help you at
11 all?
12    A   Yes. Yes. He came to help me get the
13 cabinets off me and then together we got them off my
14 daughter.
15    Q   But when you say the cabinets off you, you
16 were laying flat on the floor with the cabinets on top
17 of you?
18    A   I don't remember how I was laying. But yes,
19 there were cabinets on top of me.
20    Q   Where were they?
21    A   On top of me. I don't know --
22    Q   I know, well, --
23    A   I --
24    Q   -- can you explain where, was it on your
25 torso, was it on your leg, was it all over your, you

84

1 know, your entire body?
2    A   I don't recall.
3    Q   So, you don't recall if the cabinets were on
4 your stomach? You don't recall if they were on top of
5 your legs, you just recall that they were on top?
6    A   Yes.
7    Q   And what about your daughter?
8    A   I don't recall exactly what body parts it was
9 on. They were very large cabinets.
10    Q   Okay. The way you testified, made it seem
11 like it's a cabinet on top of you. And someone had to
12 come and help you out, you know, get them off.
13       So, that's why I'm asking you where they were?
14 Did you get the cabinet off yourself or did someone have
15 to -- did Mr. Mitchell have to come and take the
16 cabinets off?
17    A   The way that I remember it was that he came
18 and helped me get them off of me.
19    Q   Okay. And --
20    A   He would be a better person to ask since he
21 wasn't directly involved in the incident.
22    Q   And was that the same way with your daughter?
23    A   What's the question?
24    Q   Was it the same situation where your daughter
25 that he came and removed the cabinets from, off your

85

1 daughter?
2    A   He lifted them up and I pulled her out as I
3 remember.
4    Q   I mean, they were that heavy that he had to
5 lift them up and then --
6    A   Yes.
7       MR. RODRIGUEZ: All right. I have no further
8 questions.
9       MR. FRIEDMAN: No questions for me.
10    (Deposition concluded at 03:18 p.m.)
11    (Reading and signing of the deposition by the
12    witness has been reserved.)
13
14
15
16
17
18
19
20
21
22
23
24
25



Adams, Melanie  02-16-2021

86

1              CERTIFICATE OF REPORTER
2    STATE OF FLORIDA
3    COUNTY OF HILLSBOROUGH
4
5        I, Meghan Willis, Court Reporter and Notary Public
6    for the State of Florida, do hereby certify that I was
7    authorized to and did digitally report and transcribe
8    the foregoing proceedings, and that the transcript is a
9    true and complete record of my notes.
10
         I further certify that I am not a relative,
11
     employee, attorney or counsel of any of the parties,
12
     nor am I a relative or employee of any of the parties'
13
     attorneys or counsel connected with the action, nor am
14
     I financially interested in the action.
15
16   Witness my hand this 18th day of March, 2021.
17
18
19
20
     _____
21   MEGHAN WILLIS, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25

87

1              CERTIFICATE OF OATH
2    STATE OF FLORIDA
3    COUNTY OF HILLSBOROUGH
4
5        I, Meghan Willis, the undersigned authority,
6    certify that Melanie Adams, appeared before me remotely
7    pursuant to Florida Supreme Court Order AOSC20-23 and
8    was duly sworn on the 16th day of February, 2021.
9
     Witness my hand this 18th day of March, 2021.
10
11
12
13
14
     _____
15   MEGHAN WILLIS, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
16   Commission No.: GG 188381
     Commission Exp: 02/25/2022
17
18
19
20
21
22
23
24
25

88

1    DATE:    March 17, 2021
     TO:      Melanie Adams
2    C/O      Zachary Friedman, Esquire
              2 Grove Isle Drive, Apt 1210
3             Coconut Grove, Florida 33133
4    IN RE:   Phuong Mimi Nguyen, Debtor and Melanie Adams,
              individually and on behalf of her minor daughter,
5             Taylor Adams vs. Phuong Mimi Nguyen
6    CASE NO.: 20-15954-RAM and 20-01350-RAM
7    Dear Ms. Adams,
8    Please take notice that on February 16, 2021, you gave
     your deposition in the above-referenced matter.  At
9    that time, you did not waive signature.  It is now
     necessary that you sign your deposition.  You may do so
10   by contacting your own attorney or the attorney who
     took your deposition and make an appointment to do so
11   at their office.  You may also contact our office at
     the below number, Monday - Friday, 9:00 AM - 5:00 PM,
12   for further information and assistance.
13   If you do not read and sign your deposition within
     thirty (30) days, the original, which has already been
14   forwarded to the ordering attorney, may be filed with
     the Clerk of the Court.
15
     If you wish to waive your signature, sign your name in
16   the blank at the bottom of this letter and promptly
     return it to us.
17
18   Very truly yours,
19   Meghan Willis, Court Reporter
     Universal Court Reporting
20   (954)712-2600
21   I do hereby waive my signature.
22
     _____
23   Melanie Adams
     Cc: via transcript:       Ricardo Rodriguez, Esquire
24
25

89

1                      ERRATA SHEET
2    I wish to make the following changes, for the following
     reasons:
3
     PAGE NO.  LINE NO.
4
     _____  _____ CHANGE_____
5
                      REASON_____
6
     _____  _____ CHANGE_____
7
                      REASON_____
8
     _____  _____ CHANGE_____
9
                      REASON_____
10
     _____  _____ CHANGE_____
11
                      REASON_____
12
     _____  _____ CHANGE_____
13
                      REASON_____
14
     _____  _____ CHANGE_____
15
                      REASON_____
16
     _____  _____ CHANGE_____
17
                      REASON_____
18
     _____  _____ CHANGE_____
19
                      REASON_____
20
     _____  _____ CHANGE_____
21
                      REASON_____
22
     _____  _____ CHANGE_____
23
                      REASON_____
24
25      SIGNATURE            DATE



| 0 |
|---|

**02/25/2022**
  87:16

**03:18** 85:10

| 1 |
|---|

**1:30** 1:18

**100** 66:18

**100%** 70:3

**11th** 26:14

**1210** 2:3 88:2

**132** 9:13

**14** 9:11

**14024** 9:13

**150** 7:6

**16** 1:18 5:2
  22:12 88:8

**16th** 5:4 87:8

**17** 88:1

**188381** 87:16

**18th** 86:16
  87:9

**1994** 6:13 8:7

| 2 |
|---|

**2** 2:3 88:2

**2000** 22:11

**20-01350-RAM**
  1:3 5:11 88:6

**2015** 22:11,20

**20-15954-RAM**
  1:3 5:8 88:6

**2016** 10:17,18
  11:3
  22:8,9,15,19,

21,23,24
23:2,10,17,18
26:16 28:19

**2018** 22:14,16
  23:2,11,18

**2021** 1:18
  5:2,4 26:14
  86:16 87:8,9
  88:1,8

**27th** 26:16

**28** 4:3

| 3 |
|---|

**3:18** 1:18

**30** 88:13

**305.262.8226**
  2:9

**305.446.6485**
  2:4

**305-748** 80:6

**30th** 22:14,16
  23:2,11,18

**33012** 2:9

**33133** 2:4 88:3

**33186** 9:13

| 4 |
|---|

**49TH** 2:8

| 5 |
|---|

**5:00** 88:11

**505** 2:8

| 6 |
|---|

**6** 3:3

| 7 |
|---|

**7975** 80:7

| 9 |
|---|

**9:00** 88:11

**900** 2:8

**911** 81:4

**954)712-2600**
  88:20

| A |
|---|

**able** 31:25
  44:17

**about** 6:6
  15:20
  21:14,21
  25:11 26:7,9
  27:25
  28:14,22 30:5
  31:16 35:5
  41:16 49:12
  55:2 56:15,20
  58:8 60:18,22
  61:7,21 64:6
  65:18
  74:11,14
  76:16 84:7

**above** 50:3,4

**above-**
  **referenced**
  88:8

**Absolutely**
  33:9 46:16

**access** 27:11

**accident** 49:13
  77:3,6,8,11
  78:10 82:9,13

**according**
  35:25 60:4

78:12

**achieve** 39:11

**acquaintance**
  27:19

**action** 39:11
  86:13,14

**activities**
  7:11

**Adams** 1:8,9,16
  3:2
  5:1,6,9,10,18
  ,22 6:3,5 9:9
  26:17 36:9
  66:15 87:6
  88:1,4,5,7,23

**additional**
  82:19

**address** 11:13
  40:12,13 80:8

**admitted**
  81:8,9

**ADT**
  77:15,16,18
  78:17

**aesthetics**
  74:11,15

**affiliated**
  16:6

**after** 5:23
  12:17 14:9
  15:5,8 16:24
  17:1 38:8
  48:13,14,15,2
  4 52:6 54:22
  55:8,11 63:5
  67:6 70:22
  73:18 78:1
  80:15,18 81:8
  82:9,13,18,19



83:3

**afterwards**
56:4

**again** 8:20
14:10 18:19
31:3 54:25
55:1 57:21
65:25

**against**
14:13,18
55:17

**agenda** 31:12

**agendas** 31:13
35:12,20

**ago** 8:4 40:4,5

**agree** 52:21

**agreement**
76:3,9

**ahead** 5:15
55:3 58:18,21
75:9,11

**aircraft**
8:14,24 9:2

**AirPods** 12:11
19:16

**airport** 8:14
31:10 40:15

**Alex** 41:24
43:4 70:3

**all** 1:19 20:10
23:6 29:17
36:21 44:4
45:1
46:4,14,21,22
49:5 58:19
59:24 62:9
63:5 64:15
68:2 74:22

75:13,18
77:21 78:19
80:21 81:1
82:4 83:11,25
85:7

**almost** 78:19

**along** 9:23
18:25

**already**
27:15,23 28:4
36:7 63:24
65:5 70:20
88:13

**also** 67:16
88:11

**although** 70:5

**always** 33:3
44:2 69:23

**am** 6:15 14:22
36:3 43:10
60:6,9,10
62:16,19 63:2
66:16 69:22
86:10,12,13
88:11

**Amazon**
29:1,5,9,10,1
3,15,16,21
30:3,7,8,9,10
,21 31:4,8
34:22,25
35:16 36:14
39:20 40:8

**amended**
53:21,25
56:12

**amount** 44:17

**another** 42:3
43:8,10 47:13

59:18 64:13
65:10,14,16
72:8 82:14

**answer** 7:14
14:23 26:4
46:20 47:16
52:25 54:25
55:3 66:4,5
70:8 72:2,23
75:12

**answered** 54:24

**answering**
57:22

**answers** 69:23

**answer's** 47:1

**any** 7:19
9:5,14,18
15:8 18:13,15
21:8,11
24:10,21,24
30:2,14 35:20
37:4 39:5,17
40:22,25 43:7
44:1,22 46:17
47:12,18
51:23
57:3,19,25
59:11,14,22
62:25 65:21
66:1
68:3,6,12,16
71:12
72:12,13
74:25 76:3,6
78:15
81:15,17,20
86:11,12

**anyone** 47:6,20
59:2 64:6
79:20

**anything** 7:20
18:15 20:1
68:9 74:24
78:25
79:13,15

**AOSC20-23** 1:20
87:7

**apologize**
20:22

**APPEARANCES**
2:1

**appeared** 1:19
87:6

**appliances**
18:9

**appointment**
88:10

**approach** 17:21

**approached**
18:3

**approaching**
17:25

**Approx** 10:17

**approximate**
38:13,22
42:18

**approximately**
7:6 8:16
10:17 35:11
40:14

**Apt** 2:3 88:2

**architects**
35:17,22,23
36:5,14 39:10

**argument** 32:12

**around** 52:22
53:1



ask 6:6
14:7,24,25
46:17,23
54:12 65:25
70:1 75:17
83:9 84:20

asked 14:20
15:20 16:9,23
42:5 46:21
48:11 54:24
58:17 66:4
70:3,20
73:8,18 78:20
79:17

asking
13:14,16
15:9,11,12
19:7,9 30:20
36:12,13,23
38:13,22
50:12
54:20,21 55:7
57:15,21
60:9,14,15,16
,20,22 63:2
65:24
66:7,8,14
73:2 74:21
78:8 79:6
83:3 84:13

assistance
88:12

association
27:2

assume 22:23
32:11

Assuming 35:25

attempt 47:19

attend
39:15,17

attended 39:19

attending
39:21,25

attention
10:10 17:18

attorney 46:13
65:5 82:10
86:11
88:10,14

attorneys
86:13

audio 19:16

authority 87:5

authorized
86:7

Avenue 9:13

Aviation 30:25
36:8

aware 54:5

away 45:23
50:21 51:8

───────────
B

back 20:13,18
46:11 52:7,19
55:6 66:23
67:7 76:13

background 6:7
70:6

banging 18:10

bank 13:3
15:25 49:22

BANKRUPTCY 1:1

based 56:2
60:25

basically 6:7
32:7

basis 7:17

bears 61:2

became 8:11
18:24 23:7
38:8,10

because 11:22
12:11 18:5
19:16 29:23
36:16 43:13
56:3 57:4,19
58:9 59:9
60:16 73:21

before 8:11
38:10,12
43:6,8,11
54:13 58:17
63:25
72:16,21 78:1
87:6

beginning
10:18 38:3,6
62:5

behalf 1:8,17
2:2,6
5:9,17,19
56:8 88:4

belief 60:14

believe 22:9
34:15 43:8
50:14 56:6,10
61:2 63:4
66:1 67:15,18
77:2,4

believed 22:5

belongings
41:2

below 27:12
49:24 50:6
88:11

benefit 23:1

besides 21:15

better 67:1
84:20

between 15:13
22:11 73:14

bid
56:18,20,21
57:16,24

bids 56:22
57:2
58:5,14,16,24
,25 59:2,6,7

big 8:24

biggest 47:24

bit 50:14

bits 57:3,17

blank 88:16

blockage 19:20

blocked 19:24

body 84:1,8

bonded 28:16

both 51:1
70:20,21
81:7,24 83:2

bother 47:12

bottom
50:17,21
88:16

bought 59:6

boyfriend
25:11,16,20



26:2 28:14
79:24

**boyfriend's**
80:2

**briefly** 26:11

**bring** 59:7

**Bringing** 18:9

**brother** 25:6,7

**brought** 58:22

**bruising**
81:20,21,23
82:1,4

**Budgeting** 7:18

**building** 7:23
31:21,23 32:1

**built** 34:6

**bulls** 24:7

**bumps**
81:20,21,24
82:1

**bureau**
30:24,25
31:10 34:14
36:7,8 37:23
39:8

**buried** 79:11

**business** 21:22
23:11
63:12,15,23
64:7,10 74:2

**busted** 27:10

**buy** 24:21,24
62:20 76:14

**buying** 25:9
44:24

—————
C
—————
**C/O** 88:2

**cabinet** 45:3
46:2 49:1
50:5,20,21
58:17 59:9
61:17 64:13
76:10,21
84:11,14

**cabinetry** 18:9

**cabinets**
23:12,23
41:6,13,17,18
42:15 43:6
44:8,20 48:13
49:7,10,17,18
,21,25
50:3,6,9,15,1
9
51:2,8,11,15
52:6,8
53:4,10
54:14,22
55:8,20,24
57:9 58:10,15
60:3,6,13,21
61:5,8,11
62:2,24 63:2
66:3,10,11
67:11 69:25
72:5,10,13,25
73:3,7,13,15,
18,19,23,25
74:3,12,15,23
75:6,15,20,25
76:4,7,18,20,
23 79:11
80:11,13,19,2
1
83:13,15,16,1
9

84:3,9,16,25

**cabinet's**
47:13 83:8

**calendar** 37:25

**California**
13:3 15:18,22

**call** 10:10
13:24 15:17
16:16 26:5
40:17 48:23
49:1 71:10,15
78:17 81:1,4

**called** 5:23
15:22 44:3

**calling** 16:19

**came** 50:17
56:3,8,9
83:12
84:17,25

**camera**
76:17,19,25
77:1,2,5,13
78:4,9,10,12,
16

**cameras**
77:7,10,18,19
,21

**can** 8:20
12:7,18 14:25
18:7 19:13
20:11,15
21:21 24:14
26:3,12,21
30:21 31:7,22
34:18 35:12
36:5,11 37:18
41:17
42:12,18
43:15,25

46:10,11,13
47:15,17 48:7
49:18
51:4,14,17
52:25 53:18
54:9,10,25
55:4,5,6
57:17,24
60:11 62:19
63:8,16
65:6,11,15
66:5,20 70:8
71:10
72:19,23
73:20
75:12,16,17
78:5 79:14
83:24

**can't** 43:18
45:24 76:11
81:13

**capacity** 40:7

**captain**
8:13,20,21

**captured** 38:1

**card** 27:11
78:20

**cards** 27:3

**career** 38:4,6

**case** 1:3
5:8,11 8:18
33:4,5 61:4
88:6

**cash** 67:9,13

**catch** 12:5

**caught** 17:18

**cause** 54:21
55:8



Cc 88:23

CERTIFICATE
  86:1 87:1

certification
  10:5,6

certify
  86:6,10 87:6

challenge
  53:25

challenging
  53:22

change 19:15
  89:4,6,8,10,1
  2,14,16,18,20
  ,22

changed 71:7

changes 89:2

charge 8:13
  30:24 36:8
  37:23 39:8

chargeability
  54:1

charging 63:10

check
  67:8,12,13,17
  75:14

checks 42:24
  43:1 62:15,17
  67:12,15

chief
  6:10,14,15,18
  ,24 7:8
  8:6,11 31:4
  38:8,10

chief's 8:22

children 9:5

clarify 67:8

clarifying
  25:8

Clerk 88:14

clinic 82:14

closer 35:6

Coconut 2:4
  88:3

code
  32:4,6,9,14,1
  8,19,20,21
  36:20 37:3
  60:16,18,23
  61:7

codes 32:22,23
  34:5 36:1,2
  37:1 68:8

college
  9:22,24 10:4

color 74:19

come 49:2
  71:21 83:10
  84:12,15

comes 34:5
  36:23 68:4,7
  74:3 75:5

commercial
  68:1,20
  69:1,14,22
  70:6,15

commercially
  70:12

Commission
  87:16

communicate
  40:16

companies 59:9

77:13

company
  15:17,21,22
  16:5 44:1
  45:16,17,19
  46:7 47:14
  61:15 64:14
  65:10,14,16

complaint
  53:17,19,21,2
  4,25
  54:3,7,13
  56:12
  57:16,21,22
  60:25

complete 9:16
  86:9

compliance
  7:23 39:11

Concept 43:5

Concepts 43:2

concern 74:18

concerned
  74:11,14

concluded
  85:10

conclusions
  36:9

conduct 74:2
  75:5

confide
  25:10,15 28:2

confided 25:18
  28:14

confirmed
  15:24 16:14

confused 73:21

connected
  86:13

connection
  34:19

consider 27:18

consisted 12:8

construction
  7:19 8:1,2
  18:5,7,11
  29:2,5,9,10,1
  3,15,16,21
  30:4,7,8,9,10
  ,11,21 31:5,8
  32:24 33:1,13
  34:14,22 35:1
  36:14 37:4,19
  38:2,17,20,24
  39:2,7,13,15,
  17,19,20,25
  40:7,9
  56:18,19,20,2
  1 57:24 59:11
  67:19
  68:1,4,7,20
  69:1,10,14,15
  ,21,22
  70:6,15 72:7

consultation
  42:2

contact 14:10
  18:18 82:10
  88:11

contacting
  88:10

context 19:4

contractor
  10:23 11:1
  12:10,15
  13:4,11 15:24
  16:3,7,9,10,1



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

8 18:24 21:24
22:1,4 23:5
33:19
43:15,23 46:2
48:3 54:15
56:16 59:1,7
61:2 62:14
63:20,21,25
64:18,21
67:22

**contractors**
18:1,4,16
33:13,21,23,2
5 34:3,8,24
59:22

**convenience**
18:1 47:25

**convenient**
78:4,8,9

**conversation**
12:8 13:19
15:16

**conversations**
21:9

**correct** 11:12
17:18 18:14
22:8,17 23:3
30:24 32:8
43:22 44:6
47:6 53:22
54:1 55:17,24
58:2,6,13
60:6,9
61:8,11,20
62:3,13,16
69:21 71:1,6
73:24 76:22

**corrections**
61:17

**correctly** 34:6

42:3 43:3
48:19,20,22

**correlation**
73:14

**could** 6:3
15:17 16:13
18:10 37:10
39:11 41:2
63:9 70:9
78:17 82:21

**counsel** 2:1
86:11,13

**counsels** 5:14

**counter**
50:4,14 51:19
52:4

**countertop**
50:3,8

**county** 56:7
86:3 87:3

**couple** 21:19
35:8,9

**Court**
1:1,20,24
5:3,12,13
28:7,8,11
55:5,7
86:5,21
87:7,15
88:14,19

**cowboys** 24:5

**crash** 8:24

**credentials**
66:9

**Creditors** 5:17
53:24

**curious** 18:12

**current** 30:13

_____

|      D      |
| --- |

**date** 5:3 17:8
26:15 38:22
41:6 49:12
52:12,13
53:2,3 88:1
89:25

**dated** 26:14

**daughter** 1:9
5:10 9:7
49:16,23 52:2
66:23,25
79:11 80:22
81:6,12,17
82:25 83:14
84:7,22,24
85:1 88:4

**daughter's** 9:8
66:21

**day** 10:24 13:7
14:9 15:17
16:3 17:4
24:11 31:12
41:17,19,20
42:4,6
49:13,15 53:4
75:21 78:5,10
86:16 87:8,9

**days** 42:8
88:13

**day-to-day**
7:11,17

**deactivated**
27:3

**deal** 68:2

**dealing** 60:1

**dealt** 69:2

**Dear** 88:7

**debtor** 1:7
5:7,20 56:13
88:4

**debts** 53:22

**decades** 40:6

**deceiving**
56:18 57:23

**December** 26:16
28:19

**Defendant**
1:13,17 2:6

**degree** 10:3
31:2

**degrees** 9:14

**demo** 45:15,19
46:2

**demolition**
45:3

**deny** 16:8

**department** 6:9
7:1,3,13,23
34:12

**depend** 29:6
54:18

**depending**
31:11 39:23

**depends** 32:17
39:3 57:7
58:7 72:24

**deposit** 75:14

**deposition**
1:16 5:1,5
15:1 20:8,9
85:10,11
88:8,9,10,13



describe 10:21
18:7 19:2,13
21:2,4 27:22
30:22 36:10
49:15,18
66:20

describing
27:24

DESCRIPTION
4:2

design 35:25
36:17
65:18,19

designmimiyoko
26:17

detailed 51:18

details 54:6
74:22
75:14,18

determine 7:22
32:3,6 39:10

develop 19:1

developed 21:3
27:15,20,25

didn't
17:14,16
19:25 20:21
24:18 37:16
47:12 57:3
58:5 59:4
60:18 61:8
70:1,25 73:4
74:24,25
76:17 77:4
79:3

different
29:25
31:12,13 32:8
57:8,25

58:9,22 63:22

differentiate
62:23

digitally 86:7

diligence
66:14

direct 3:3 6:1
10:9

directly 11:5
33:17 43:4
45:9,10,12,13
,15,22,24
46:7,8 60:1
84:21

disappear 20:9

discharge
53:22

disconnected
20:22

discount 47:2

discuss 10:24
23:23 28:3
31:20 35:18

discussed
15:14,25
23:11
74:19,22
75:13,18,23

discussions
23:13,17

dishes 49:11
52:10

distinction
62:25

DISTRICT 1:1

division 1:2
6:16,19

7:1,2,3,8,12
8:22

doctor 82:22

document 65:13

documentation
37:20,21
65:10,13,15,1
8 76:12

documented
37:24,25

documents 76:6

doesn't 20:8
54:19 59:1
65:5

domestic 26:5

done 34:4
44:20,22
59:11,15
61:24 66:18
69:21
71:1,3,25
72:12,17,21
73:24 78:19

don't 6:21,23
8:19,23 10:19
13:22
14:2,8,11,14,
18,24 15:7
17:3,19 18:20
19:25 20:3,19
21:4,13
22:12,18,22
23:19,25
24:2,12
25:1,9,17,18,
19,23
26:10,19
27:24
28:17,20,23,2
5 30:18,19,20

31:3 32:9
33:22 34:3,11
35:2 36:19
37:8
38:5,19,21,23
39:17,21
40:10,13,18
41:3,7,11,15,
22
42:13,17,21,2
2 43:4,20
44:13
45:11,14,20
46:9 47:4
48:10
50:23,24,25
52:16,17
53:16 54:6
55:2,3 56:9
57:13,18,25
59:20 60:17
61:6
63:11,14,18,1
9 64:2,4,22
65:1,6,9,12,1
6 66:6 67:23
68:2,9,12
69:4,8,13,23
71:10,12,20
72:8,11,15
73:8,10,16,22
74:5 75:7
76:2,5,8,11,1
7,19
77:9,12,17,25
78:14,21,24
80:14,25
81:3,14,25
82:8,11,22
83:5,18,21
84:2,3,4,8

door 10:25
11:3,5,11,14,



21,23 13:3
15:19
16:11,20,21
17:5,7,20
18:2 48:11
72:4 76:14

**doors** 48:22

**doubt** 16:2
23:1

**down**
51:12,13,19

**Drive** 2:3 88:2

**due** 66:14

**duly** 5:24 87:8

**dying** 19:16

_____
E
_____

**earlier** 17:12
56:22

**education** 9:14

**egregious**
79:18

**egregiously**
55:25 56:1

**either**
38:21,22

**elaborate**
68:23 70:12
71:12,14,15
75:18

**electrical**
71:1,3

**electrician**
45:3 46:8

**electricity**
46:3,6

**else** 21:4 47:6

58:4,24,25
59:2,19 64:6
79:13

**e-mail** 4:3
26:8,16,18,23
27:14 40:17

**emergencies**
8:13,14,25

**emergency**
9:2,4 10:8

**emotional**
25:22

**employee**
86:11,12

**employing**
56:16

**end** 10:18
12:22 13:23
22:21,23
23:2,10,18
48:15

**enforce** 32:9

**engineers**
35:18,23,24
36:5,14 39:10

**enjoy** 24:18

**enough** 14:23
47:5,10

**entail** 7:10,13
9:25

**enter** 16:21
66:9

**entire** 26:23
84:1

**entrance** 27:12

**environment**
68:1

**ERRATA** 89:1

**Esquire** 2:3,7
3:3 88:2,23

**estimate** 43:17
45:5,6,7,8
47:19

**event** 83:6

**events** 14:18

**eventually**
49:3

**every** 24:14
42:10,12,14

**everybody**
61:18

**everything**
7:12 48:14
67:16

**evolve** 12:20

**exact** 44:17
48:10

**exactly** 12:7
14:2 48:8
54:6 56:9
57:13 65:12
78:6 81:25
84:8

**EXAMINATION**
3:1,3 6:1

**ex-boyfriend**
41:2

**exchange** 14:5

**excuse** 12:11
58:23

**Exhibit** 4:2
28:5,6,10

**EXHIBITS** 4:1

**Exp** 87:16

**experience**
68:16,18,22,2
3 69:3,15
70:9,14

**experienced**
70:11

**explain** 8:20
36:5,24
43:15,18,25
51:14
57:17,24,25
65:11,15
83:24

**extend**
50:8,11,13

**extended** 54:23
55:9,11

**extends** 50:14

**eye** 27:6

**eyes** 51:10

_____
F
_____

**face** 70:5
82:4,5

**facilitate**
43:14

**facing** 51:8

**fall** 49:19,25
50:20
51:2,4,5,15
80:13 83:8

**fallen** 53:8

**falling** 54:22
55:8

**false** 56:14
64:16,17



**familiar** 8:23
32:22 36:2,3
69:23,24

**far** 10:6 21:9
50:10,12

**fault** 53:15
54:14,22
55:20

**February** 1:18
5:2,3 26:14
87:8 88:8

**feel** 16:16
57:3 71:12
75:13

**feeling** 66:25
73:12 79:11

**fell** 41:6
49:17,22
51:5,20,21
52:3,6,8
53:4,11,15
54:14 55:20
58:12
76:18,20
80:11,16,18

**felt** 16:14
46:25 50:16
55:11

**fence** 62:5

**Feranos** 41:24
43:5

**few** 6:6

**fighter** 31:4

**figure** 6:24
14:1 21:16,17
34:19 59:25

**file** 14:17

**filed** 14:13

53:18 55:17
88:14

**filling** 39:3

**financially**
86:14

**find** 37:18
46:10

**fine** 20:2,14

**finish** 75:21

**finished** 74:18

**fire**
6:9,14,15,18,
25
7:1,2,3,13,23
9:15,18,22,24
30:5
31:3,14,16,18
32:1,23 34:5
36:1,2 37:1

**fired** 49:6

**fires** 7:4 10:1

**firm** 59:18

**first** 5:23
12:5 13:15
15:6,17 48:2
50:17,21
53:21,25
56:20 57:10
64:12 75:14

**five** 31:13
35:3 82:23

**fix** 32:19 49:2

**fixed** 49:4

**fixing** 60:2

**fixture** 71:2,4

**flag** 70:23

**flat** 83:16

**floor**
45:3,12,13
46:2 67:14
71:8 75:7
83:16

**floors** 67:14
75:8

**Florida**
1:1,20,25
2:4,9
86:2,6,21
87:2,7,15
88:3

**focus** 58:10

**following** 89:2

**follows** 5:24

**follow-up**
13:24 82:22

**footage** 78:18

**foregoing** 86:8

**form** 7:16
14:19 22:16
23:14 43:19
47:7,15 48:5
52:24 56:24
63:17 66:12
70:8,13 72:18
74:13 75:11
79:7

**formal** 9:14

**forwarded**
88:14

**four** 38:14
64:25 68:14

**Friday** 88:11

**Friedman** 2:3

5:16 14:15,19
15:3 19:22,25
20:5,10,16,19
23:14 25:2
26:3 43:19
47:7,15 48:5
52:24 54:24
55:2 56:24
58:20 63:17
66:4,12
70:8,13
72:18,22
74:13 75:11
79:1,4,7
82:12 85:9
88:2

**friend**
19:5,6,7,8,10

**friendly** 18:3

**friends** 18:24
21:10 23:7
27:21

**friend's** 28:18

**friendship**
19:14
21:2,4,11,16
23:3,9
27:16,18,20,2
5

**from** 12:21
13:12 22:15
23:2,10,17,18
25:22
26:17,19 31:6
38:3 43:16,22
44:2
47:6,10,13,19
50:16,20 51:8
52:11 53:3,10
56:9,19
58:24,25 59:2



73:2 78:18
79:18 84:25

**front** 11:8,10

**froze** 20:13

**frozen** 20:11

**fulfilling**
32:12

**full** 6:4 10:11
49:20

**function** 30:22

**functioning**
48:19,20 53:6

**further**
50:8,15 57:19
85:7 86:10
88:12

―――――――
G
garage 41:1

**gave** 14:6
35:14,16
45:6,8 57:20
64:11 88:8

**GC** 16:12 48:11
65:2,8

**general** 10:23
11:1 12:10,15
13:4 15:23
16:3,7,8,10,1
7 18:23 21:24
22:1,4 23:4
30:20
43:15,23
54:15 56:16
61:2 64:18,21
67:21

**generally**
67:17,18

**gentleman**
79:25

**get** 14:4,10
27:11 40:22
42:25 43:7,16
44:7,12,17
45:5,7
47:10,13,19
49:3,20 50:2
54:13 57:3
58:24,25
59:21 61:23
62:2 67:7
82:21 83:12
84:12,14,18

**getting** 43:6
49:19 82:19

**GG** 87:16

**gift** 24:22,25
25:9

**give** 5:20 7:16
9:18 23:1
31:13 37:10
38:12,22 41:1
42:18 44:4
50:21 61:1
63:8,21 64:7
65:4,6 71:16

**given** 57:4

**giving** 36:9
43:17 59:2

**go** 5:15 20:23
21:18 23:20
24:13,14,15
31:4 32:3,5,9
34:25 35:12
39:22 46:11
52:19 55:3,23
57:18
58:18,20

62:20 64:13
71:16,21
75:9,11,20
76:13 82:2,14

**goals** 7:18

**going**
11:22,24,25
13:23 26:11
27:5 28:18
44:9 53:17
54:12 64:13
74:20 75:17

**gone** 7:22 58:4

**good** 27:12,21
58:3

**Great** 28:12
62:6 65:3

**Greg** 80:3,10
83:7

**groceries**
62:20,21

**Grove** 2:3,4
88:2,3

**guess** 28:5
34:20 42:17

**guessing** 11:15
38:15
40:10,20
50:10

**guesstimate**
42:25

**gut** 27:6

**guy** 45:3 49:1

**guys** 14:10
15:6 44:3

―――――――
H
had 11:18

12:11
16:2,9,10
17:10,22
18:12,21
21:20,21 23:3
25:5 26:5
27:12,18
29:5,12 31:10
34:14 35:13
36:1 41:14,25
42:9 44:22
45:22 47:25
48:23 51:23
53:8 54:23
55:9,23 57:4
59:11,14
61:18 63:1
65:24 66:15
69:3,25
70:9,25
71:2,3,6,7,10
,12 76:21,24
77:1,2,8,11
78:22 79:25
81:19 82:4,15
84:11 85:4

**hadn't** 58:3

**hand** 86:16
87:9

**hands** 61:21

**handy** 59:14

**handyman** 47:20
59:14

**hang** 71:2,4

**happen** 12:5
33:7 44:5
54:19

**happened**
12:17,19
13:1,6,10,16,



22 14:1,21,22
15:5,10 16:23
41:17 48:24
78:6 79:19,21

**happening**
19:21

**happy** 48:15
57:4,19 64:12

**hard** 10:11

**has** 27:4 31:25
54:15
59:17,18,19
71:25 77:19
85:12 88:13

**have** 6:11
7:7,25 8:2
9:5,7,14
10:15,21
12:25
13:23,25
17:23
18:15,18,25
20:6,13 22:11
24:3,4,17
27:3 28:24
29:1,4,15,22
30:10,11
31:1,12 32:24
33:1,6,20
34:6 36:1
37:4,10,20,21
38:16 40:6
41:4,6,8,10,1
2,15 42:17,21
43:16
44:15,19,20
52:19
54:3,4,7
55:23 57:13
58:4 59:11,14
62:2 63:9,24

65:4,5,6,17,2
1
66:1,6,8,16,1
8 67:21
68:16,18,23
69:2,3,15
70:6,11,14,19
71:8 74:6,8
76:3,12,17,23
77:4,6,10
78:4,8,9,17
79:19 80:6,8
81:15,17 82:9
83:9 84:14,15
85:7

**haven't** 79:17

**having** 5:23
25:3,11,20
26:1,9 35:19
36:16 56:15
72:17,21
76:19

**hazards** 32:1

**he** 26:6
27:4,6,8,9,10
,11 41:24
49:1,5
56:7,8,9
80:12,13
83:10,12
84:17,20,25
85:2,4

**head** 49:23
51:4,5 52:6,7
58:12
66:22,23
81:15,18 82:1

**hear** 18:10
20:11,15 62:1

**heard** 28:10,11

**heavy** 18:5,8
85:4

**held** 53:9,11

**Hello** 6:3

**helmets** 39:12

**help** 31:7
32:15,19,20
36:18,20 37:2
39:10 81:2
83:10,12
84:12

**helped** 84:18

**helping** 39:9
43:12

**her** 1:9 5:9
10:11,12,15,1
6,21,22,24,25
11:2,7,8,10,1
7
12:3,5,8,13,2
0,22
13:3,10,24,25
14:4,6,7,9,13
,18
15:6,8,13,20
16:9,10,17,25
17:2 18:18
19:3,10,14
20:1,2,5,6
21:6,9,17,18,
22
22:8,16,18,19
23:3,4,11,13,
17,20
24:8,19,21,24
25:3,6,7,15,1
8,22 26:13
27:14,18
28:14,15,16,1
8,21 43:13,17

44:3
45:15,16,17,1
9,22 46:4,21
47:10,14
48:12,23,25
49:1,6
54:16,22
55:20,21
56:25 58:3,6
61:21,23
62:2,4,5,7,9,
13,15,16,17,1
8,22
63:2,7,11,15
64:3,5,6,7,8
65:2 66:16,19
67:7
72:5,6,7,9
73:7,14,17,19
81:17 82:2,4
85:2 88:4

**hereby** 86:6
88:21

**herself** 10:23
16:3 48:6,7,9

**he's** 56:10

**HIALEAH** 2:9

**high** 9:16
57:11 64:13

**HILLSBOROUGH**
86:3 87:3

**him** 25:9
26:7,9 41:25
45:24 49:6
80:6,15 81:1
83:9

**hire** 63:21
74:7,8

**hired** 13:3,10
16:9 18:23



61:23
62:2,4,5,7,9
63:24
64:1,3,5

hiring 59:9
61:15 64:8
75:23

his 27:5 41:2
54:17 56:4,6
80:3,5,8

hit 28:15
49:22 80:20
82:5

hold 19:15

holding 53:7

home 72:14
79:23

honestly 80:20
81:14

horrified
79:11 80:23

Horses 24:9

hospital 81:6
82:14,18

house 10:24
11:3,5,10,13,
19,25
12:1,14,16
13:2,14,23
15:14,18,21
16:1,11,13,20
,21
17:4,7,10,15,
20,22,23 20:4
21:22 41:4
44:23,24
59:12,15
61:18 65:23
66:10

71:17,21
72:5,6,8,9
73:7,15 74:4
75:2,24
76:1,14
77:7,10,14,19
79:20
80:12,20

——————
I
——————
I'd 6:6
13:1,12 28:9
36:9 55:16
57:13

idea 13:23
20:7 24:3,4
37:10 38:16

ignore 54:9,10

I'll 10:10
23:1 30:17
55:13 57:1
65:25 74:7

I'm 5:15,16
6:9,15,17,18,
23 7:13,14
9:7 12:11,21
13:7,9,16,25
14:21
15:11,25
16:13 18:3
19:9,19
20:2,18
21:16,17
22:2,21 23:16
24:23 25:7
26:11,14
27:17 28:10
30:1,19 31:6
32:25
33:14,16
34:17,19

36:4,11,13,23
38:13,19,22
40:20 41:9
42:5 43:22
45:16 48:3
49:19
50:4,6,12,22
53:17,23
54:9,12,20,21
55:1,7
57:15,21
59:5,7,9,25
60:9,15,20,22
62:25 63:10
64:5 66:7,8
67:3,14 68:2
69:6,23 72:25
73:2,5,21
74:21 75:16
76:16 78:8,19
79:12 80:17
81:9 82:15,16
83:3 84:13

imagine 15:16
34:13

immediately
48:14 49:24
82:24

impressive
12:10
17:13,14

incident 8:17
22:10,14
49:13 67:6
78:1,2,5
79:16,21
84:21

incredible
82:24

indeed 16:12

independent
56:10

INDEX 3:1 4:1

indicated
18:16

indication
51:23

indirectly
33:17

individually
1:8 5:9 88:4

information
16:14 21:5,14
28:21
37:11,14,16
46:13 88:12

initial 42:2

injuries
66:20,21,22

injury 52:5,7
66:22,23

inside 75:25

inspect 69:1

inspector 8:5
56:3,5,10
79:18

inspectors
32:5,12 34:2

install 55:24
61:8 66:10
75:8,9,22
77:18

installation
41:16 42:6,8
53:2,3 66:11
67:11,14
74:3,23



76:4,7 79:16

**installations**
42:15

**installed**
32:13 33:8
41:18,19,20,2
3 42:20 43:7
44:19
48:13,15
51:25
52:12,13,15,1
8,22 53:11
55:25 56:2
62:2 69:25
71:8,11
72:6,13
73:3,7,23,25
75:2 77:19
78:13

**installer**
45:13 75:22
76:10

**installers**
52:23

**installing**
60:3,5,12,21
61:5,10 66:2
73:15 75:6,7

**instance** 9:24
37:23

**instead** 43:16

**insurance**
46:24 56:15

**insured**
34:15,24
46:18,22
54:17 65:23
66:3,16

**intent** 37:3

**intention**
56:17

**interest** 11:18

**interested**
12:14 15:18
16:13,20
86:14

**International**
8:14

**interpret**
32:20 36:20
37:2

**into** 12:20
28:6 39:13
54:13

**introduce** 5:14
11:17

**introduced**
10:23 11:8
12:6,7,9,13
13:17
48:6,7,8

**introducing**
14:4

**investigate**
66:9 72:16,21
78:15

**investigating**
65:22 66:2

**invite** 24:15

**invited** 24:17

**involved** 33:10
39:5 47:14
59:21
61:10,15
69:12 84:21

**Isle** 2:3 88:2

**issue** 26:5
32:15,17
79:25

**issues** 39:9

**it's** 7:3
10:3,4,11
14:11 22:23
26:14,19
31:1,2 32:7
37:25 40:6
44:7 46:1
53:14 54:8
55:20,21
63:15,20
69:11 73:5
84:11

**I've** 7:25
29:10 30:6
58:17 63:24
69:11

---
**J**
**January**
22:14,15
23:2,11,18

**job** 8:3 29:2
30:12,13,14
32:13 34:7
37:5 40:1
42:3 56:19
57:7 58:8
59:21
66:17,18
67:20 68:3,11

**jobs** 57:8 58:9
63:22

**John** 56:6

**just** 7:16 10:4
12:5,19 13:9
15:11 16:17

18:1,12
20:8,19 21:11
23:15 26:24
27:8,18 29:19
30:2,19 31:3
32:7,8 34:19
38:12 42:24
43:17 48:3
50:2,12 51:21
52:11 55:13
56:2 59:19
61:17 63:6,9
64:6 65:13
67:8 71:16
73:17 74:6
75:8 77:20
84:5

---
**K**
**keep** 27:6

**keeping** 27:10

**keys** 41:1

**kind** 9:21
10:7,14,20
25:24 26:1
27:17 52:5
68:18,22

**kitchen**
41:8,10,12,14
43:14 49:16
51:1 62:9
65:18,20
71:15 72:5
76:22,23,25
77:1,18,22
78:5,13

**know** 6:7 7:8
8:23 10:12
11:13,20
12:19,23
13:1,12,16,22



15:7 16:24
17:14 18:4
19:19,25
20:3,7,8,21
21:4,8,17,20
24:18 25:18
29:14 30:20
31:11 34:15
35:14,15
36:19 37:24
39:12 40:13
41:18 43:3,20
46:14 47:4
48:8,14,23,25
49:9 50:24,25
51:14,24
53:18 54:22
55:13,16
56:1,8 57:25
60:2,17
63:11,14,18,1
9 64:2,4
65:25 67:21
68:25
69:16,18,20,2
3 70:23 71:10
72:8 73:6
74:3,7
75:4,6,7,9,21
,22 77:9,24
80:14 81:14
82:16
83:21,22
84:1,12

**knowingly**
56:13

**known** 74:6,8

———— L ————
**laborers** 59:22

**laceration**

81:17

**lacerations**
81:15

**large** 49:21
84:9

**larger** 17:23

**last** 68:14

**late** 28:19

**later** 17:8

**law** 2:8
60:17,23

**lawsuit** 12:22
14:13,17
55:17

**laying**
83:16,18

**learn** 55:23

**learning** 10:1
67:5

**least** 35:3

**leave** 20:20

**left** 82:18

**leg** 83:25

**legs** 84:5

**less** 7:9 8:8,9
52:13

**lesser** 31:2

**let's** 22:23
31:16 32:11
35:9 41:16
47:13 49:12
56:11,20
58:10 67:20
74:5

**letter** 88:16

**license** 46:24

**licensed**
34:8,15,24
46:18,22
54:17 55:22
56:15,17
65:23 66:3,16

**lied** 64:19

**lieutenant** 8:4

**Life** 30:25
36:8

**lift** 85:5

**lifted** 85:2

**light** 71:2,4

**LINE** 89:3

**list** 27:4

**little** 46:12
47:6 50:14
51:17 59:16

**live** 9:12

**living** 6:8

**located** 5:12

**location** 72:8

**log** 20:13

**long** 6:11 7:7
8:15 35:7
42:15 69:2,11
81:14 82:22

**longer** 49:6

**look** 20:1
42:21
44:15,16
52:19 57:13
73:6 74:5
78:22

**looked** 75:25

**looking** 13:8
21:15 27:8
51:10,12,13,1
9 79:10 80:21

**loose** 51:24

**lost** 27:11

**lot** 7:14 9:23
36:22,24,25
37:1 79:2
81:21

**lower** 63:9

**lunch** 21:20,21

**lying** 27:9

———— M ————
**ma'am** 30:14
60:18

**Madam** 55:5

**made** 11:16
17:21 56:14
61:17 64:16
84:10

**mail** 26:13,22

**main** 26:24
27:1,6,11

**make** 20:2 34:5
54:16 55:21
63:16 74:4
88:10 89:2

**making** 61:16
62:25

**man** 41:24

**manage** 6:25

**managing** 7:12

**many** 7:5 8:4
21:14 27:12
29:6,13,16,20



30:6 34:25
37:7,18 38:12
40:4,5 44:11
69:3

**March** 86:16
87:9 88:1

**mark** 28:5,9

**marked** 28:6

**married** 9:6

**Match.com**
28:22,24

**matter** 5:6,8
88:8

**may** 18:15
22:11 32:1
36:1 65:17
70:19
88:9,11,14

**maybe** 8:16
40:19 53:18
70:23 75:6
81:1

**McNally** 56:6

**me** 5:20 7:16
9:3 10:11
11:6
12:7,11,24
13:2,10,25
14:21,23
15:9,12 16:13
18:23 19:7,15
20:1,15 22:5
26:6,19
27:6,22 29:8
30:2,17
31:7,13 35:12
36:9,24
38:12,22
41:17 42:5,18

43:22 44:21
45:6,8,22,24
48:8 49:5
52:21 53:18
56:12 57:5,20
58:9,22,23
60:16 61:13
64:11 65:6
70:9,21 71:16
72:5 74:1
75:14
79:13,16
81:25 82:2
83:12,13,19,2
1 84:18 85:9
87:6

**mean** 6:20 9:22
13:22 15:6
19:24 20:4,7
21:13,19
25:25 37:1
38:13 48:21
49:19 50:18
69:9 74:6
85:4

**means** 6:21
81:9

**medical** 9:22
10:2,6,7,8

**meet** 11:7 15:7
35:23 36:5,13

**meeting** 12:21
35:17 47:25

**Meghan** 1:24
5:13 55:10
86:5,21
87:5,15 88:19

**Melanie** 1:8,16
3:2
5:1,5,9,18,22

6:5 14:15
15:3 20:10,11
26:17 58:21
87:6
88:1,4,23

**men** 41:25 42:7

**mention** 73:17

**mentioned**
29:12

**met** 10:24
11:2,8,10
12:11 13:11
14:9 15:6
16:4,10
22:8,18,19
23:4 35:22
48:2

**Miami** 1:2 8:14
9:13

**Miami-Dade** 7:1

**middle** 10:18

**might** 34:14
79:13,15

**Mimi** 1:6,12
5:7,10
10:10,11,12
43:2,3,10
44:21
45:2,10,12,15
,16 46:21
47:3,21,25
48:23 61:8
70:3 74:10,22
75:13,19
88:4,5

**Mimi's** 45:2
53:14

**mind** 56:12

**minor** 1:9 5:10

88:4

**misleading**
60:10

**misrepresented**
56:14 64:19

**misstates**
56:24

**Mitchell**
80:3,4,10
84:15

**Mitchell's**
83:7

**mitigate** 9:4

**Monday** 88:11

**months** 67:7
82:23

**more** 12:18
20:24 29:22
35:20 36:11
40:21 51:17
52:13 55:10
59:17 64:25
70:12
71:19,23
79:14 82:5

**Move** 58:20

**moving** 79:5

**much** 6:25
44:14 63:16

**multiple** 30:23
58:14,16
64:24

**my** 9:3 11:1,18
12:11,14
13:14 15:14
17:12 19:8,16
27:1,3,6
30:13



34:21,23
37:16,17,25
39:23 41:14
42:21,24
43:13,21
44:24
46:11,25
49:16,22
52:19 54:8,12
55:19 57:22
60:14 61:18
62:5,7,9 63:5
65:4,18,19,25
66:14,22,23
73:12 75:2
76:13,23
77:1,19
79:10,24
80:21,22
82:1,18,25
83:13 86:9,16
87:9 88:21

**myself** 11:9
12:6,9,13

───────────
N
───────────

**name** 6:4 9:8
10:11 43:5
56:6 80:2,3
88:15

**named** 41:24

**nature** 7:20

**neat** 21:23

**necessary** 88:9

**neck** 52:7
66:22,23

**need** 14:24
20:24 25:22
30:19 59:1
61:6 75:22

**needed** 16:16
36:13 43:13
45:23 57:3,18
70:19,21,25

**needs** 24:22,24
25:4

**negligently**
55:25 56:2

**neighborhood**
27:7

**neighbor's**
75:24 76:1

**neurological**
66:24

**neurologists**
83:2

**never** 7:22,25
12:11 79:19

**new** 31:9 34:13
43:2,5 71:15

**next** 10:25
11:3,5,11,14,
20,23
13:1,2,6,7,10
,16,22
14:2,21,22
15:6,10,12,19
16:11,20,21,2
4 17:5,7,20
18:2 48:11
72:4 76:14

**Nguyen** 1:6,12
5:7,10 10:12
17:21,25
18:22 21:2
25:10 26:8,18
40:16 41:1
42:1,7 43:2
46:7 47:5,9

48:2 52:23
55:17 60:1
65:7 76:4
78:20 88:4,5

**Nguyen's** 54:14
71:17

**nine** 56:11
64:15,16

**no** 1:3 5:16
7:21 8:8 9:1
13:16,23,25
14:15 15:3,11
16:2 17:6
18:23 19:9
20:3,6 22:5
23:4 24:3,4
25:5,9,19
26:24 27:20
29:19 30:18
32:5 33:12,22
34:1,3,9,15
37:10,13,14,1
6 38:7,9,16
43:24,25 44:5
46:25 47:1,22
48:17 49:5
50:4 51:9,12
52:1,14 56:22
57:17 58:5
59:13 60:15
61:9,22 62:25
65:25
66:13,18
67:5,21
68:13,15
69:15
70:9,18,21,22
,24 71:10,14
74:16,21
76:15,24
77:19,25 80:1
81:11,16

82:24 85:7,9
87:16 88:6
89:3

**nor** 86:12,13

**normal** 37:25
49:11
63:20,23
64:6,9 73:5

**north** 11:6

**not** 7:13 10:3
12:24 13:7
14:20,21,22,2
3 15:10,11
16:8 18:12,17
19:6,11,21
20:2 22:4,21
24:17 27:7
28:10 29:16
30:1 31:6
32:12,13
33:3,15,18
34:23 35:21
36:11
37:10,24,25
38:1,13 42:12
44:1 49:5,19
50:12 51:24
53:8 54:8,20
57:22 58:25
59:2,24
61:12,17
62:19,23,25
63:24 64:5,12
66:7,16,18
68:2 70:4,7
72:16,20
73:6,12,13,18
,25 74:18
75:3 77:2
78:3,13,16
80:9,25 81:9
82:16 83:6



86:10 88:9,13

**Notary** 1:25
86:5,21 87:15

**notes** 54:8
86:9

**nothing** 58:2
60:18

**notice** 88:8

**now** 28:2 31:1
38:3 66:25
67:3 73:11
88:9

**number** 5:8,11
14:4,6,7
37:10 46:24
64:15 80:5,6
88:11

**numbers** 14:5
38:1

—————————

O

**OATH** 87:1

**Object** 14:19
23:14 43:19
47:7,15 48:5
52:24 56:24
63:17 66:12
70:13 72:18
74:13 75:11
79:7

**objecting**
19:19

**objection** 25:2
26:3 54:24
58:20 66:4
70:8 72:22
79:1 82:12

**obtain** 56:19

57:2

**obvious** 18:10

**obviously**
26:19 33:2,19

**occur** 22:10

**occurred** 8:18
15:12 22:14
49:13 79:21

**off** 20:13,19
27:4 49:22
50:16,17 53:8
69:10
83:13,15
84:12,14,16,1
8,25

**offer** 48:1

**offered** 43:14

**office** 20:5,6
26:25 27:1,6
37:11,15,17
88:11

**officer** 30:24
36:7 37:23
39:8

**often** 24:13
40:16 64:20

**Oh** 20:6 67:5

**okay** 6:11,20
7:5,7,10
8:2,6,9
9:5,16
10:9,14,20
11:2,7,13
12:25 13:6,21
14:3,6,16
15:15
16:21,23
17:4,7,9
18:18

19:2,13,18
20:14,18,21
21:1,5,8,12
22:6,10,13,23
,25 23:6,20
24:1,6,8,15,1
9,21 25:7,10
26:21 28:2,12
29:8,19
30:8,16,19
31:17,22,25
33:6,10
34:4,7,10,12
35:9,20 36:24
37:4,14,22
38:12,16,21
39:1,6 40:22
41:16,22
42:1,20,23
43:6,9,21
44:11,16
45:1,7,9,21
46:20
48:2,13,14,24
49:3,7,9,14,1
8,24 50:2,8
51:13,17,21
52:2,8
53:14,18
54:11
55:4,17,18
56:11 57:12
58:11,14,16
59:25 61:4,13
62:1,6 63:5
64:19
67:13,16
68:22 70:5,18
71:8,25
73:14,20,22
74:24 75:1,4
77:4,24
79:7,20 80:2

84:10,19

**old** 9:10

**on** 1:8,17
2:2,6
5:9,17,19
7:17 11:18,22
12:14 13:14
15:14 19:15
20:14 21:22
23:8 26:11
28:22 29:6
30:2 31:9,11
32:17 35:15
37:14,16,20,2
1,25
39:3,15,22,23
42:3,6,9,10
44:9 45:1,23
46:13 48:11
49:17,19,21
51:4,5,6
52:5,11
54:8,10,18
56:2,8 57:7
58:7,10,12,14
,16 60:25
61:21 63:22
65:1,2,12,19
66:6,10
67:11,19
68:23 69:10
72:24 73:12
75:15,18
78:10,22 79:5
81:15,17,24,2
5 82:1
83:16,19,21,2
4,25
84:3,4,5,9,11
87:8 88:4,8

**once** 40:19
64:23



71:19,23

one 5:20 9:7
11:24 12:23
19:15
29:10,15
30:9,10 35:14
37:9 38:14
40:2 41:14
55:10
57:11,12
59:17,19 60:4
63:1,9 65:1
69:5,7 71:16
77:19,23 82:4

ones 39:20

ongoing 11:22
82:15

online 67:5

only 9:15
11:24 12:23
14:3 18:21
23:11 29:10
47:10 58:6

onto 58:4 82:2

Opa-Locka
40:15

open-ended
14:25

operations
35:15

opinion 63:20
66:6,8

opportunity
27:8

Order 1:20
87:7

ordering 88:14

original 88:13

other 11:25
16:5 21:11
24:10 30:11
33:17 37:4
39:20
43:16,23
44:8,10,19,20
,21 47:20
48:10 56:22
57:2,3,17
72:13 79:12

others 37:21
40:21

otherwise
70:10

our 18:25
31:10 75:22
88:11

out 6:24 10:1
11:25 12:1
14:1 18:1
21:16,17,18
27:6 34:19
37:18 44:1
46:10 49:2
50:8,11,14
59:25 62:24
71:7 81:1
84:12 85:2

over 6:15,18
18:6,24 19:15
35:12 56:3
71:11 79:10
82:4 83:25

overnight
81:10,12,13

oversee 7:5
32:5 34:4

overseeing 7:8

61:16

overview 7:16

own
39:16,22,23
43:17 79:10
88:10

owners
17:11,23

_____

P

P.L 2:8

p.m 1:18 85:10

page 3:2 4:2
52:11 89:3

paid 45:23
46:14 52:22
62:16,22 63:6
67:16,17

pain 82:25

paint 62:5

painter 45:3

paperwork
42:22,23
65:2,3

paragraph
56:11 64:15

part 7:13 8:3
15:16
30:12,13 34:7
37:5 40:1
59:8,21 65:15
67:20 68:3,21

particular
31:20 33:4
58:8

parties 1:19
43:16,23

86:11,12

partly 60:5

parts 84:8

past 51:24
72:1 73:24
74:1

patients 10:2

pay
45:9,10,12,13
,15,19,22,24
46:6,7
62:13,14,18,2
1 63:2
67:8,10,13

payments 59:22

people 7:5
11:25 12:2
24:10,15,17
33:24 34:23
48:1 65:22

per 60:23

percent 66:18

Perfect 62:11

period 54:23
55:9,11

permit 69:16

permits
33:6,11
68:9,12,16,19
,24 69:2,3
70:1,16

person 12:5
18:3
59:17,18,19
61:19 66:2
72:13
73:3,15,23,25



74:9 84:20

**personal**
21:5,13
28:1,3 73:12

**personnel** 27:3

**phone** 40:17
80:5

**phonetic** 41:24

**Phuong** 1:6,12
5:6,10 10:12
88:4,5

**physically**
62:23

**pick** 41:2 63:9

**picture** 27:5
49:20

**pictures** 82:7

**pilot** 9:3

**Plaintiff** 1:10
2:2 64:20

**plaintiffs**
5:17
56:15,18,19,2
1 57:23

**Plaintiff's**
53:25

**plan** 39:10

**plane** 80:20

**please** 5:14
6:3 19:2,13
31:7 48:8
49:15 57:17
65:11 75:17
88:8

**plug** 77:20,21

**plumber**

45:2,5,9,10

**plumbing** 46:2
71:6

**PM** 88:11

**point** 10:9
13:12,13 14:3
18:13 19:11
23:6,8
24:21,24
28:14,15
32:14 39:18
40:2,3,22,25
41:14
47:12,19 51:5
58:7 66:13
68:12 69:8
70:18
76:21,25
77:1,23,24

**police** 26:6

**position** 8:23
31:1 39:3,5
51:14

**present** 32:2
79:20,23
80:10

**pretty** 6:25

**prevent** 7:4

**prevention**
6:16,18,25
7:2

**previous**
17:10,11,22
73:2,6

**price**
57:4,6,19
58:3

**prior** 8:6,22
74:5,23

75:1,14,23

**probably** 34:13
35:6

**problem**
25:11,15 26:9

**problems**
25:20,24 26:1
35:18 36:16

**proceedings**
86:8

**professional**
18:22 23:15

**profile**
28:22,24

**project** 31:9
35:7 48:11

**promptly** 88:16

**pronounce** 6:4
10:12

**properly** 51:24
53:6

**property** 31:10

**protect** 31:20

**protected**
31:24

**protection**
30:6
31:15,16,19

**provide** 46:13
65:7

**provided** 65:7

**Public** 1:25
86:5,21 87:15

**pulled** 33:7
70:2 85:2

**pulling** 33:10

**purchase** 74:5

**purchasing**
15:18

**purple**
74:17,20

**purpose** 15:1
29:24 31:18
56:17

**pursuant** 1:20
87:7

**put** 10:1 27:5
53:10 56:4
62:24 65:2
71:11

**putting** 71:15

---

Q

---

**question** 6:22
7:14 12:25
14:15,20,23
15:4 30:1,20
34:16,18
36:12 47:17
53:16 54:12
55:4,6,12,19
57:22 59:4,10
60:8,11 62:19
63:5 65:25
66:6 70:18
72:19
73:18,20,21
75:17 79:5
82:17,18
84:23

**questioning**
17:12

**questions** 6:6
14:25 15:1,20
36:1 85:8,9



quote 43:8,11
47:13,19
57:10 64:12
65:7,9,12
66:10

quotes 40:22
43:7,12,16,22
44:2,4,8,11
47:6,10 58:22
63:8,22
64:7,11 65:2

_____
              R
_____

radio 9:3

raise 70:22

random 24:15

randomly 48:3
51:21

rather 16:17

RE 1:5 88:4

reach 44:1

reaction
80:15,18,22
83:7

read 26:21
32:20 54:3
55:5,6 56:11
88:13

reading 32:22
56:12 85:11

ready 20:23

really 14:24
26:19 30:19
61:6

reason 16:2,20
18:2 29:12
34:14 47:24
89:5,7,9,11,1

3,15,17,19,21
,23

reasons 30:6
54:18 89:2

recall 8:19
10:19
14:2,4,8,11,1
8 15:7,10
17:3,19
18:17,20
22:12,18
23:19,25
24:2,12
25:1,3,5,9,17
,19,23
26:10,12,18,2
0 27:24
28:17,18,20
35:2,21 37:8
38:5,19,23
39:1,21 40:18
41:3,7,15
42:14,17,21,2
2 44:13,14
45:11,14,20,2
5 46:9 48:10
52:16,17 54:6
56:9 57:13
59:20 64:22
65:1,9 69:4,8
71:20
72:11,15
73:4,9,10,12,
16,22 75:3
76:2,5,8,9
77:12
78:3,14,21
79:3,9,10,13
81:25 82:8
83:6
84:2,3,4,5,8

receive 47:2

received 40:23

reconnect 27:8

record 28:6
86:9

records 46:11
52:20 76:13

red 70:22

redo 43:13

reference
57:15

referring 11:4
45:16
72:24,25

regard 46:14
68:5,6,10
70:15 76:4,7

regarding
79:16

regards
68:11,20

regular 40:1

related 73:19

relation
27:22,24 29:2

relationship
10:10,14,16,2
0,21 12:20
15:8 18:22
19:1,2,5,10
22:17 28:15
67:22

relative
86:10,12

relevance 25:2
26:3

relied 56:14

remain 54:19

remember 21:21
22:22
28:20,21,23,2
5 35:17 40:10
41:11,22
42:3,12
43:3,4
52:12,15
65:1,12,13
76:6,11,19
78:24,25
80:25 81:3,13
82:11,22
83:5,18 84:17
85:3

remotely 1:19
2:5,10 5:12
87:6

remotes 27:3

removed 84:25

renovating
12:16 13:2
44:25

renovation
11:22 45:2

renovations
12:1,4 13:4

repairing
44:22,25 60:2

repeat 34:18
47:17 55:4
60:11 72:19

rephrase 55:14
73:20

reply 5:6

report 56:4
86:7



REPORTED 1:24

Reporter 1:24
5:3,12
28:7,8,11
55:6,7
86:1,5,21
87:15 88:19

Reporting 5:13
88:19

represented
57:10

representing
16:3

require
31:22,23

required 31:4
69:20 70:4,7

requirement
10:4

research 21:25
22:3 34:8,23
68:3,6,8,12

reserved 85:12

residency 27:4

residential
68:2 69:15
70:12

resolve 32:15
39:9

respond 8:24

responding
49:6

responsibiliti
es 7:11

responsibility
7:15 54:16
55:21 61:3

63:1 65:21
66:1,8

responsible
60:2,5,12,20,
23,24 61:4
63:6

result 12:22
48:16

resulted 17:24

retained 61:19

return 88:16

Ricardo 2:7
3:3 5:15,19
88:23

ricardo@rdgzla
w.com 2:10

ride 24:7

right 11:5
17:24 18:12
20:10 23:6,7
29:17
32:11,19,24
36:24 44:4
45:18,23
48:14 51:5
53:9 54:20
58:19 59:3
60:3 62:14
64:15 71:9
74:24 77:21
78:19 80:15
81:1 83:1
85:7

rip 50:16

rodeo
23:20,22,24
24:1,3,4,14,1
6,19

rodeos 24:13

Rodriguez
2:7,8 3:3
5:15,19 6:2
14:17,24 15:5
19:19,23
20:3,6,17,23
21:1 23:15
25:3 26:8
28:7,9,12,13
43:21 47:9,18
48:7 52:25
55:5,13 57:1
58:23 63:19
66:7,15
70:11,14
72:20,23
74:14 75:16
79:6 82:13
85:7 88:23

Rodriguez
79:2,8

room 81:7

─────────────
S
─────────────

sad 27:12

safe 54:19
55:23

Safety 30:25
36:8

said
12:9,10,14
13:10 14:21
15:17,21
16:9,10,12,13
,15 17:12
18:25 22:19
27:11,15 28:4
30:22 35:22
36:7 46:22

47:24 48:3,12
50:10 54:5
56:2 57:18
58:17 61:12
63:6,24
64:11,16,18
69:15 70:3
73:3,8,22
75:1 76:21,24
79:18

sake 32:11

sale 10:25

same 30:25
32:7 42:13
52:4,11 72:22
84:22,24

saw 17:17
72:4,7,9
73:2,7,17
75:24

say 17:16 23:8
28:13 33:16
35:3,9 37:16
39:25 43:10
44:5 45:16
47:13
55:1,2,3
60:18 62:22
66:13 67:20
74:5 75:8
76:16 81:10
83:15

saying 23:12
32:8 59:6
60:10
61:14,23
63:1,16 73:11

says
26:17,21,24
53:24 57:22



60:17 65:7

**schedule**
37:15,17 49:2

**school** 9:16
55:23
67:2,6,7

**scratches**
81:19

**scream** 80:24

**screamed** 80:25

**screen** 26:12

**second** 5:20
19:15
57:11,12
71:16

**security** 27:2

**see**
17:4,7,13,20,
24 18:15
26:12 27:12
50:22 53:19
54:2 69:9
70:1 71:25
72:3,5,12
74:24,25
78:6,17 80:13

**seeing** 27:7
83:2

**seem** 84:10

**seen** 18:13

**send** 16:13
27:14

**sending**
26:12,18,20
27:2

**sent** 26:16

**sequencing**

14:22

**service**
9:15,19 40:23
54:1 77:13

**several** 12:2
42:8 57:7
58:9 67:12,20

**share**
21:5,8,13

**shared** 22:16

**sharing** 28:21

**she** 9:10,11
10:23
11:20,24
12:9,14,15
13:2,10,11,14
,17,18,23
14:6
15:17,21,24
16:2,6,7,8,12
,15,17 18:23
19:5,6,7,10
21:23,25
22:3,5 25:5
42:2,3,9,10,1
3
43:12,14,16,2
3 44:1,3,4,7
45:6,8,22,24
46:1,4 47:25
48:2,6,7,8,11
49:1,5,6 52:4
56:23
57:4,7,10,16,
19 58:9,22,23
59:1,6,7,9
60:1
61:10,15,18,1
9,22 62:23
63:1,8,9,16
64:11,12,13,1

6,18,20,23
65:2,17,18
66:15
67:2,3,6
71:21,25 72:4
78:22 81:19
82:4,5

**SHEET** 89:1

**shell** 39:12

**she's** 20:5
59:1,2,6 60:4
63:6 65:8
67:1,5

**should** 19:20
43:10 79:19

**show** 9:3 13:25
26:11 53:17
74:1

**showed** 73:23

**shutting** 48:22

**side** 82:4

**sign** 69:10
88:9,13,15

**signature**
88:9,15,21
89:25

**signed** 76:12

**significant**
78:25

**signing** 76:6,9
85:11

**similar** 31:1
75:2

**since** 6:13 8:7
40:6 62:4
69:11 84:20

**single** 9:7

42:10,12,14

**sink** 71:7

**sir** 39:4

**site** 7:22,25
8:1,3 18:11
29:2,6,11,13,
15,21
30:4,7,8,9,10
,21 31:5,8
34:22 35:1,13
36:15 39:20
40:9 42:9,11
45:23
69:1,10,14

**sites** 7:19
29:9,16 30:11
37:5,19
38:3,17,20,24
39:2,7,13,15,
17,19 40:1,7
67:20 68:4,7

**situation**
39:24 84:24

**some** 7:16
11:18 12:14
15:20 16:14
19:11 20:24
22:16 23:6,8
29:12 35:18
36:3 37:20
41:25 48:22
52:10 54:7
66:20 75:9
76:21,25 77:1

**somebody** 20:8
34:13 49:2
71:2

**someone** 27:7
34:12
39:22,23



56:7,8
58:4,24,25
59:18 67:19
71:4 84:11,14

**something**
13:25 17:1,17
21:15 54:10
70:23 75:2,6

**sometime** 10:17

**sometimes**
39:14 77:17

**somewhere**
52:22

**son** 24:22,25
25:4

**soon**
82:9,13,19,21
83:3

**sorry** 5:15,16
6:17 12:12
15:25 19:22
22:2 23:16
24:23 25:7
26:14 29:18
32:25 33:14
34:17 40:24
41:9 43:10
50:4,6 53:23
54:9 55:1
67:3,14 69:6
76:16 79:12
80:17

**south** 49:21

**SOUTHERN** 1:1

**Southwest** 9:13

**speaking** 17:2

**special**
24:21,24 25:4

**specific**
12:18,25
14:23,25
15:10,11
29:22
30:17,19
36:11 38:14
42:5,6 61:7
79:14

**specifically**
16:19 41:22
56:13

**specifics**
14:11

**spent** 44:14,17

**spices** 52:10

**spoke** 15:23
16:24 17:1
21:21 26:24
27:1 40:21

**staff** 9:3

**stalking** 26:6

**standing** 49:24
51:16,19 52:4

**start** 10:15,16
38:2 82:19

**started** 10:25
13:5
38:16,19,24
39:21

**State** 1:25
86:2,6,21
87:2,15

**statement**
64:17

**statements**
56:14 64:16

**STATES** 1:1

**stay** 81:12

**still** 82:15

**stomach** 84:4

**stop** 15:3

**store** 49:9

**stored** 52:9

**straight** 51:11

**STREET** 2:8

**strike** 26:15
40:25 57:1
58:20 74:7

**subcontractor**
45:23 47:20
65:19

**subcontractors**
44:2
46:5,15,17
54:16 55:22
56:17 66:3
67:22

**subpoenaed**
37:12

**subs** 46:21

**SUITE** 2:8

**supervise** 7:19
33:18,20,22,2
4 34:3

**supervised**
7:25

**supervising**
61:16

**supervision**
7:18

**supervisor**
32:10

**support** 25:22

**supposed** 7:14
69:1,10

**suppress** 31:25

**Supreme** 1:20
87:7

**sure** 7:13 13:7
14:21 19:17
20:2 22:21
28:10 34:5
36:11 40:20
54:16 55:21
61:16 81:9
82:16

**sustain** 52:5

**sustained** 52:7

**swelling** 81:22
82:5

**sworn** 5:24
87:8

---

T

**take** 30:5 35:7
42:16 46:12
81:6 82:7
84:15 88:8

**taken** 1:17 5:6
27:4

**talk** 16:17
30:5 31:16
41:16 49:12
56:20

**talked** 21:14
27:25

**talking** 20:2
58:8 60:22
61:7,21 64:6

**Taylor** 1:9



5:10,17 9:9
88:5

**team** 72:8

**technician**
10:8

**tell** 12:7
13:10,24
15:12 16:6
19:25 29:8
30:2 35:12
41:17 45:24
61:13
64:20,23 70:9
79:13,16

**telling** 38:19

**tells** 27:6

**ten** 35:5,6,10

**tendency**
72:16,20

**terms** 7:10
53:6

**terrified** 78:7
80:23

**testified** 5:24
56:22 76:24
84:10

**testifying**
28:2

**testimony**
18:21 31:6
38:18,23 44:7
46:1 56:25
59:5 60:4,6
61:1 62:11
74:25 78:12

**text** 40:17

**than** 7:9 8:8,9
16:17 17:23

40:21 44:19
47:21 48:10
50:9,15 58:1
59:17 64:25
70:12
71:19,23
79:12 82:5

**Thank** 25:8
28:12 55:15

**that** 6:20,21
7:3,7,8,10,12
,20
8:15,17,24
9:24 10:3,24
11:3,16,20,24
12:3,10,13,14
,15,17,23,24
13:3,7,19
14:9,22
15:8,12,16,17
,20,23,24,25
16:2,5,6,8,10
,12,13,15,16,
19
17:1,4,13,16,
17,20,24
18:2,13,15,16
,21,25
21:3,15,21,23
22:19 23:1,12
24:10,11,18
25:5,13
26:6,15,18
27:6,7,10,11
28:3,4,13,14,
15,25
29:4,6,8,13,2
5 30:6
31:1,11,12,20
,22
32:1,5,12,13,
14,16,19

33:7,18,24
34:5,14,16
35:13,15,21
36:18,25
37:11,24
38:17,23
39:5,11,19,20
,25 40:3,7,25
41:1,15,17,19
,25
42:3,12,20
43:8,11,13,14
,20,25
44:7,8,16,17,
21 45:1
46:1,6,25
47:5,14,25
48:3,6,21
49:5,6,13,15,
25 50:8,13,16
51:1,24
52:8,11,12,17
,21,22
53:1,14,15,17
,22
54:2,9,10,14,
15,16,17,18,1
9
55:1,10,11,12
,20,21
56:3,4,7,8,12
,22
57:1,4,6,10,1
6,17,19,22,24
,25
58:1,5,7,12
59:8 60:6
61:12,13,17,1
8,22
63:1,8,16
64:9,11,12,13
,20,25
65:1,4,5,6,11

,15,16,22
66:1,6,9,10,1
7 68:6,14
69:20
70:6,9,22,23
71:14
72:4,5,12
73:5,17,18,22
,25
74:2,4,7,8,18
,25
75:1,2,4,13,1
7,18,21,22
76:12,24
77:24
78:12,17
79:2,4,8,12,1
3,16,25 80:6
82:19
84:5,17,22,25
85:4
86:6,8,10
87:6 88:8,9

**that's** 13:4
14:20 15:1,2
16:14 18:7
20:2 26:15
29:19
36:21,22,24
45:4 54:20
62:1,11
63:11,23 64:9
65:7 74:25
83:3 84:13

**their** 13:4
15:23 16:12
27:2 32:12
36:16 62:14
88:11

**them** 15:23,25
16:16,19 18:3
32:15,20



36:3,18,20
37:2 39:22
41:23 42:1
43:2,3,4
49:22 54:18
63:21 70:1,20
72:10 73:8,15
74:7 75:23
77:20 78:18
83:13
84:12,18
85:2,5

**themselves**
5:14

**then** 13:6 23:6
44:5 48:24
49:12,22
53:18 55:22
57:1 58:3
62:13
75:4,9,16
83:13 85:5

**there** 6:12 8:4
9:2
11:5,22,25
12:2 17:23
18:1,6 24:10
29:5,24,25
30:6,22,23
31:10,11,15,1
8 32:3,5,9,10
33:6 35:10,17
37:16,20
40:20 41:2
42:1,2,7,8,9,
10,13 44:8,10
50:3 56:3,22
57:16
58:2,5,14,16,
17 59:23 60:8
69:8 71:2
78:15 79:15

81:13,14,20
83:19

**there's** 7:14
9:22 14:15
15:3 29:25
32:18 37:1,14
79:2

**Thereupon** 5:21
28:6

**these** 12:4
32:12 33:7
34:8
39:1,7,13,15
41:18 43:6
44:11
46:4,14,17
47:25 51:15
55:24 58:12
68:7 80:21

**they** 9:18
15:24
16:8,9,12
18:4,5,16
24:6,7 27:5
31:14 32:6,24
33:1
34:3,4,6,14
35:18 36:1,16
39:11
41:19,20
42:9,10,13,20
46:18,21,22
48:15,19
49:19,22
50:10,13,16,2
0
51:4,5,20,21,
24
52:3,12,13,15
,17,21
53:4,6,8,9,10
,11,15

54:17,23
55:9,11,23
56:1 68:25
70:3,7,21,22
71:11,14
74:1,17,19
77:17 78:17
80:15,18
81:6,7
83:4,20
84:4,5,9,13
85:4

**they're** 27:2
31:14 32:4
35:25 55:22

**they've** 32:13
34:4 73:24

**thing** 15:12
32:7 71:11

**things** 21:14
28:1,3 33:7
58:12 63:6
74:4 79:8

**think** 12:3
20:5
27:7,15,23
45:4 53:1,14
54:13,15,21
55:8,10,11,19
57:18 60:23
65:21 70:25
71:14 78:7

**thirty** 88:13

**this** 5:5 8:17
10:9,12
11:2,3
12:20,22 14:3
15:1 19:20
26:9,12,15
27:2,14

28:5,9 33:4,5
34:25 35:7
36:6 39:18
49:13
53:3,21,25
54:3,7,19
57:21 58:17
61:4 63:25
66:13 68:12
74:8 75:17
77:2 78:5
79:21 82:9
86:16 87:9
88:16

**those** 29:9
36:2 37:24,25
39:12 52:8
53:4,10 54:18
66:9,10

**thought** 19:7
21:3,23 25:5
29:12 65:24
80:20

**three** 38:14
64:25

**through** 22:15
23:2,10,18
45:2 47:3,21

**tile** 71:11

**time** 18:24
19:8 20:24
21:3 28:25
29:7 30:2
31:11 35:14
41:15
42:10,12,13,1
4,18 51:1
52:22
53:10,11
54:23
55:9,10,12



69:8,11 76:12
77:2,8 79:24
80:3 88:9

**times** 21:19,20
27:13
29:6,14,16,20
,25 30:23
34:25 35:3,10
37:18 40:21
64:24

**title** 53:24

**titled** 53:21

**today** 18:21
38:18,23 46:1

**Today's** 5:3

**together** 23:21
83:13

**told** 11:15
12:13 13:2,17
15:23 22:5
27:21 43:13
49:5 63:9
66:15
70:20,21,22

**took** 23:8 67:7
70:5 72:5
81:7 88:10

**top**
50:15,17,20
51:6 82:1
83:16,19,21
84:4,5,11

**torso** 83:25

**tour** 30:5
35:14,15

**tours** 31:14

**towards** 82:5

**trades** 68:25

69:9

**training**
9:18,21,23

**transcribe**
86:7

**transcript**
86:8 88:23

**trauma** 81:7

**traumatic** 83:5

**treat** 10:2

**treatment**
82:15,16,20

**trucks** 8:24

**true** 86:9

**truly** 88:18

**trust** 47:9

**trusted** 47:5
74:10

**try** 21:25 22:3
42:24 47:12

**trying** 6:23
12:21 13:9,25
21:16,17
27:17 34:19
35:25 36:4
42:6 50:22
59:5,7,10,25
62:23 73:5

**Tupperware**
49:11 52:10

**turn** 20:19

**turning** 28:15

**two** 8:16 35:10
38:3,14 58:22
67:7 69:5,7

**type** 31:25

33:7 71:11

**typically** 20:7
24:17
33:15,22

_____

U

**Um-hum** 51:7
60:19

**unconscious**
79:10 80:22

**under** 79:11
80:21

**undergoing**
82:15

**undermine**
63:15

**undersigned**
87:5

**understand**
6:21,23 12:21
13:9 27:17
29:20 30:3,18
31:3,7 33:18
36:4 37:2
53:16
59:4,5,8,10
65:16 73:5

**understanding**
30:1 31:7
43:21 50:2
62:19 67:21

**unfortunately**
54:7

**UNITED** 1:1

**units** 35:14,15

**Universal** 5:13
88:19

**unless** 55:3

**until** 53:3

**up** 9:3 13:23
27:5
32:4,6,13
41:2 44:15,16
50:15 57:14
83:2 85:2,5

**us** 20:11,12
49:17 81:7
88:16

**usczach@gmail.
com** 2:5

**use** 49:7 77:13

**used** 53:4

**using** 33:17

**usually** 21:20
74:2 75:5

_____

V

**value** 70:5

**vans** 18:15

**veneer** 71:11

**verbally** 56:13

**verification**
46:23

**via** 2:5,10
88:23

**video** 19:20,23
20:19
41:4,6,8,10,1
2,14,15 77:6

**videotaped**
5:1,5

**violation**
32:18

**visit** 29:1



37:19 40:8

**visited**
  29:6,20 31:8
  35:13 40:6

**visiting** 30:3
  38:2,17,20,24

**visits** 37:24

**vs** 1:11 88:5

_____
          W
**waive**
  88:9,15,21

**walk** 39:13

**wall** 49:21,22
  53:8

**walls** 62:7

**want** 10:9
  12:19 20:1
  29:19 30:2,18
  38:21 49:19
  61:1 62:1
  75:1,4,8
  79:13,15 82:2

**wanted** 21:1
  74:8

**wasn't** 16:19
  47:14 58:18
  61:10 84:21

**watch** 24:5

**way** 9:23 32:8
  48:6 55:23,24
  63:11,15,23
  64:7,9 75:25
  78:5,15
  84:10,17,22

**we** 5:12 10:25
  14:5 15:14,25
  16:3 18:23,24

21:3,13,14,19
,20,21
23:8,22
27:12,15,20,2
5 35:12 37:18
40:21 41:15
52:11
54:13,18,19
57:11 61:7
74:19 75:22
78:5,17 81:13
83:2,13

**wear** 39:12

**website**
  78:22,23

**wedding** 28:18

**week** 40:19
  42:19

**weight**
  53:7,9,12

**went** 8:4 12:21
  21:20 23:22
  24:19 30:23
  31:11 35:10
  45:2 57:11
  72:9 75:25

**were** 8:11
  11:25 12:2
  17:2,23
  18:4,5,12,16
  21:8 25:11
  26:1,9 27:21
  30:3,6 31:13
  35:18 36:16
  39:5 40:20
  41:18,19,20,2
5
  42:8,9,10,13,
20 44:22
  46:4,18,21

48:13,15
49:16,21
51:1,10,14,24
52:12,13,15,1
8,21
53:6,9,11
55:24 56:1
58:14,16
61:17 64:16
66:22 69:9
70:1,4,7 72:6
74:17
81:8,13,23
82:1
83:16,19,20
84:3,4,5,9,13
85:4

**we're** 20:9

**Were** 8:17
  24:10 25:20
  27:21 48:15
  49:24 51:8,13
  74:14 77:7

**weren't**
  48:19,20,22
  74:11,17,20

**what**
  6:7,14,20,23,
24
  7:2,10,13,17
  8:11,20,21
  9:21,24
  10:6,14,20
  11:3,16
  12:8,17,19
  13:1,6,7,10,1
4,16,22
  14:1,2,21,22
  15:5,6,10,12
  16:23,24
  17:17,20,24
  19:4 21:8

22:5
23:12,17,23
24:1,3,4,6
25:24 26:1,21
29:8,20,24
30:2,22
31:13,16,18,2
2,23 32:14
34:15
36:10,11,18,1
9,24 37:2
38:17
39:1,3,7
40:3,12 41:17
42:23
44:2,5,19,20,
21 45:25
46:20
48:4,18,21,24
49:3,9 50:17
51:14
52:2,5,8,15
54:5,20
55:2,7,16
56:2,5
57:1,2,6,12
58:7,16 59:25
60:9,16
61:12,13
62:1,20 63:16
64:16 67:10
68:5,10,18,22
,25
69:9,16,18
72:3,24 73:14
74:7,19,25
75:4,20
76:12,16
77:13,24 78:6
79:3,8,18
80:15,18
81:9,23 82:17
83:3,7 84:7,8



what'd 15:7

whatever 32:13
  53:10 60:25
  61:1,22 75:21

what's 9:8
  24:3 80:2,5
  84:23

when 8:17
  10:15 14:9
  16:23 17:7,22
  18:18 21:20
  22:10,18 23:4
  33:7,16 34:5
  35:13 36:23
  38:2,16,19,24
  39:8,13,21
  40:8
  42:9,20,24
  44:22,24
  45:16 48:2
  50:16
  51:15,20
  52:2,13,17
  57:16 59:3
  62:20,22 63:9
  68:4,6
  69:20,25
  70:15 72:2,9
  74:2,4
  75:5,24
  76:17,19
  77:10
  79:20,21
  80:10 83:7,15

where 9:12
  26:24 51:4,5
  56:9 65:3
  69:9 75:20
  81:25
  83:20,24
  84:13,24

whether 21:25
  22:3 32:3
  34:8 62:23
  65:22 66:2
  70:19 73:12
  78:15

which 30:25
  49:18 57:7
  63:9 70:12
  88:13

while 17:2
  20:9 46:12

who 16:15 20:3
  41:23 43:1
  46:14 48:11
  59:2
  60:12,20,22,2
  3 61:4 72:13
  73:3,23 79:23
  88:10

whoever 54:17

whole 19:9,10

who's 60:5
  63:1 67:19

why 8:2 11:16
  12:3 14:17
  16:16
  25:13,15,18,1
  9 27:14 29:4
  30:3 31:3,7
  35:23 36:4,13
  43:12,15
  47:23 53:14
  54:13,21
  55:7,10,11,16
  ,19 57:15
  59:7 63:8
  73:17 77:4
  84:13

Willis 1:24

5:13 86:5,21
  87:5,15 88:19

win 56:18,21
  57:23 58:2

winning 57:16

wish 88:15
  89:2

with 5:13 7:24
  8:24
  10:10,15,16,2
  1,22,25 13:24
  15:8 16:6
  17:10 18:22
  19:3,10,14
  21:2,5,9,16,1
  8 23:13,17
  24:10,16,19
  25:11,15,16,2
  0 26:1,9,24
  27:1
  28:14,15,21
  30:17,21
  32:22,24
  33:1,13,24
  34:20
  35:17,22,23
  36:2,3,5,13,1
  6 39:22,23
  40:16 41:25
  42:1,7 43:12
  46:14 47:14
  48:15 52:21
  56:16,17
  57:4,11,19
  59:17,18,21
  60:1 63:1
  64:5,6,12
  65:19 66:19
  67:8,13,17,22
  68:2,9,11,16,
  19,23
  69:2,3,15,24

72:7 75:18
  76:3,4,6,9
  79:25 83:16
  84:22 86:13
  88:14

withdrawing
  79:4

within 88:13

witness 3:2
  5:23,25
  20:15,18,21,2
  5 55:1 85:12
  86:16 87:9

woman 21:24

won't 37:21

wood 18:9

word 33:17

wording 48:10

words 33:17

work 6:9
  11:18,20
  12:14,20
  13:14 15:14
  17:13,14
  18:13 31:10
  33:13,16,24
  34:4,23 41:25
  44:8,10,20,22
  45:1 47:2,20
  56:19,23
  59:3,14,19
  61:16,17,18,2
  0,21,22,23
  62:9,13,14,16
  ,18,22 63:3
  65:22
  69:20,21
  71:3,13,14,15
  ,25



877.291.3376
www.UCRinc.com

72:3,4,7,12,2
1 73:2,6,23
74:1,5,9 75:1
77:17

**worked** 15:21
44:21 72:17

**workers** 46:4

**working** 6:11
15:24 16:6,11
18:2 21:22
54:23 55:9
56:16
59:17,18
65:19 77:7

**works** 7:4
43:20 56:7

**worried** 26:6,7

**worry** 55:2

**would** 5:14
7:13 9:3
10:21
11:15,16
12:23,24
15:7,16 16:24
18:25 23:8
27:14,18
28:13 29:6,22
31:12
32:14,15,16,1
8,20 34:6,13
35:3,23
36:4,20
37:1,2,11,19,
24 38:15
39:9,12,25
40:10,20
42:17,21
43:16
44:4,5,7,15,1
6 45:24 46:12

49:1 50:10
52:19,21 53:1
56:12 58:4
59:7 62:13
63:8 65:4
66:13,16,18
69:9
74:6,8,19
75:20,21,22
76:12 77:6
78:7,8,9 83:9
84:20

**wouldn't** 27:10
78:4

**wound** 83:2

**write** 43:1

**writing** 75:14

**written** 76:3

**wrong** 43:22
48:18 70:23

**wrote** 42:24
43:2,3,4
54:10
62:15,17

———————
Y
———————

**yard** 11:8,10

**yeah** 8:10
13:1,20
20:16,17
21:19 35:6
50:19,22 53:2
60:9 62:12
68:1

**year** 7:9 8:8,9
24:14 38:3,14
40:11
52:15,17
69:5,7

**years** 8:4,16
14:12
35:8,9,10
38:3,12,14
40:4,5 67:20
68:14
69:3,5,7

**yes** 9:17,20
10:13 19:12
20:25 21:7
23:8,9,22
24:17,20
25:12,21
28:8,11 29:3
30:15
32:21,23 33:5
34:6 35:4
37:6 38:11,25
40:2 41:21
42:9 44:5,18
46:4,22 47:8
49:8 50:1,7
51:3,22
53:1,5,13,20
54:2 61:25
62:4,15,17
63:4 65:6
67:4,5,18
69:17,19,22
70:17
71:5,18,22,24
72:2 78:11
79:22 81:5,7
82:3 83:12,18
84:6 85:6

**you**
6:3,6,7,11,14
,23,24
7:5,7,8,17,19
8:2,11,15,17,
20,21
9:5,12,14,16,

18
10:7,12,14,20
,21
11:2,4,7,10,1
1,13,14,15,16
,20
12:3,7,18,20,
21,23,24,25
13:9,10,11,12
,14,16,17,24
14:3,4,6,7,9,
10,13,17,18,2
0,25
15:5,6,7,12,1
3
16:6,13,16,21
,23,24
17:1,2,4,7,12
,13,14,17,20,
21,24
18:4,7,12,15,
18,21
19:7,9,13,15,
19
20:1,7,8,11,1
3,15,20,23
21:1,5,8,14,1
7,20,25
22:3,8,16,19
23:1,3,6,11,2
0,23
24:1,3,4,5,8,
10,13,15,16,1
9,21,24
25:3,8,10,11,
13,15,18,20,2
2,25
26:1,3,8,9,11
,12,15,18,21
27:14,18,21,2
4
28:2,3,10,11,
12,13,14,16,1



877.291.3376
www.UCRinc.com

8,21,24
29:1,4,8,12,1
4,18,20,22
30:2,3,11,17,
18,20,21,22
31:7,8,11
32:3,14,16,18
,22
33:6,10,13,16
,18,20,24
34:7,15,18,25
35:3,10,12,13
,15,22,23
36:4,5,10,11,
13,18,19,21,2
3
37:4,10,18,21
,24
38:2,8,10,13,
16,17,19,21,2
3,24
39:1,5,7,12,1
3,15,19,20,21
,22,25
40:8,16,22,23
,25
41:1,4,6,8,10
,12,17,18
42:5,18
43:1,7,12,15,
17,22,25
44:4,5,12,14,
16,17,19,20,2
2
45:5,7,9,10,1
2,13,15,19
46:6,7,10,13,
14,17,23
47:2,5,9,12,1
5,17,18
48:2,3,8,14,1
5,21,24
49:7,9,18,19,

24
50:12,13,18,2
4
51:1,4,8,13,1
4,17,23,24
52:5,12,15,17
,21,22,25
53:4,10,14,17
,18,19
54:3,5,9,10,1
2,13,21,22,25
55:4,5,6,8,13
,15,16,17,19
56:1,2,8,12,2
1
57:2,15,17,21
,24
58:5,8,17,23
59:2,6,7,11,1
4,21
60:2,11,14,15
,20,22,25
61:1,6,13,19,
21,23,24
62:1,8,13,16,
18,20,22
63:2,5,6,8,10
,19,21
64:1,3,5,7,16
,20,23
65:4,5,7,11,1
5,21,25
66:1,5,7,8,10
,15,16,20
67:8,13,16,17
,21,22,23,25
68:3,6,9,14,1
6,18,22,23
69:2,3,13,16,
18,20,25
70:5,6,8,9,11
,14,18,20,22,
23,25

71:3,6,8,10,1
2,15,16,25
72:3,9,10,12,
19,23
73:2,3,6,8,11
,17,18,20,22,
23
74:2,3,4,5,6,
7,8,11,14,18,
21,24,25
75:1,5,8,9,12
,16,17,18,21,
24,25
76:3,6,9,14,1
6,17,21,24
77:4,8,10,13,
19,21,24
78:7,8,19,22,
25
79:2,4,9,13,1
4,15,17,21,25
80:8,24
81:1,4,8,10,1
5,24
82:2,7,9,14,1
6,18,19
83:9,10,15,17
,24,25
84:3,4,5,10,1
1,12,13,14
88:8,9,11,13,
15

**you'll** 37:20

**your** 6:4,7,21
7:10,11 8:3
9:8
10:10,15,21
11:2 12:8
13:23 14:6,22
17:18 18:21
19:2,5,6,9,10
,13 20:19

21:2,9,16
23:12,13,17
25:15,16,20
26:2
28:14,15,22
29:2,24
30:12,22
31:6,18
34:7,12,19
37:5,11,14,15
38:4,6,17,23
39:15,22 40:1
41:1,2,4,8,10
,12 44:7,23
46:1,13
51:4,5,10
52:2,6 56:8
58:12
59:5,10,12,15
,21
60:3,4,6,12,2
1,25 61:5,8
62:11 63:20
65:23
66:2,9,20,21,
25 67:20
68:3,11 69:25
71:21
72:14,16,20
73:15
74:4,9,25
75:24
76:1,22,25
77:7,10,14,18
,22 78:12
79:20,23
80:2,15,18
81:6,12,15,17
82:17
83:24,25
84:1,4,5,7,22
,24,25
88:8,9,10,13,

15

**you're** 8:23
13:7 15:9
20:10 23:12
28:2 30:17
31:4 32:8
33:18
36:2,9,12
51:13 57:21
58:7 59:6
60:1,16
61:13,23
62:25 63:16
64:8 72:24

**yours** 88:18

**yourself** 11:17
12:8 13:17
14:4 75:5
84:14

**you've** 7:22
8:6 29:13
62:14 63:6

———————
Z
**Zach** 5:16
20:15 55:1

**Zachary** 2:3
88:2

**Zack** 19:23

**ZOOM** 2:5,10

