UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                          Case No. 20-15954-RAM
                                                Chapter 13
PHUONG MIMI NGUYEN,

    Debtor.
_____/

MELANIE ADAMS, individually and on behalf of    Adv. Case No. 20-01350-RAM
her minor daughter, TAYLOR ADAMS,
    Plaintiff,
vs.

PHUONG MIMI NGUYEN,

    Defendant.
_____/

## DEFENDANT'S WITNESS LIST

Defendant, PHUONG MIMI NGUYEN, by and through undersigned counsel, files her Witness and Exhibit List pursuant to the Court's Order Setting Trial and Pretrial Deadlines [DE 25] and states as follows:

### WITNESSES

PHUONG MIMI NGUYEN
c/o Ricardo Rodriguez, Esquire

Phuong Mimi Nguyen testimony would negate, oppose and/or contradict the allegations in the complaint.

Alejandro Farinas


New Concept CT Corp.

Impeachment and Rebuttal Witnesses.

All those witnesses listed in Plaintiff's Initial Disclosure and amended Disclosures.

###

| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)** | **Rodriguez Law, P.L.** <br> Counsel for the Debtor <br> 900 West 49 Street, Suite 505 <br> Hialeah, FL 33012 <br> Telephone: 305-262-8226 <br> Facsimile: 305-262-8229 |
|---|---|
| **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | /s/ Ricardo A Rodriguez <br> Ricardo A Rodriguez, Esq., FBN 0496901 |