

**ORDERED in the Southern District of Florida on April 30, 2021.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re | CASE NO. 20-15954-RAM |
|  | CHAPTER 13 |
| PHUONG MIMI NGUYEN, |  |
| Debtor. |  |
| MELANIE ADAMS, etc., |  |
| Plaintiff, |  |
| vs. | ADV. NO. 20-01350-RAM |
| PHUONG MIMI NGUYEN, |  |
| Defendant. |  |

### FINAL JUDGMENT

The Court conducted a trial in this proceeding on April 28,

2021.  In accordance with the findings and conclusion announced on the record at the end of the trial, it is -

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of the Defendant, Phuong Mimi Nguyen, and against the Plaintiffs, Melanie Adams and Taylor Adams.

2. The Plaintiffs' claims against the Defendant that are the subject of this adversary proceeding are <u>not</u> excepted from discharge under 11 U.S.C. § 523(a)(2).

3. Costs will be taxed in favor of the Defendant pursuant to 28 U.S.C. § 1920 upon appropriate motion.

###

COPIES FURNISHED TO:

Ricardo A. Rodriguez, Esq.
Zachary Adam Friedman, Esq.