UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                  Case No. 20-15954-RAM
                                                                        Chapter 13
PHUONG MIMI NGUYEN,

    Debtor.
_____/

MELANIE ADAMS, individually and on behalf              Adv. Case No. 20-01350-RAM
of her minor daughter, TAYLOR ADAMS,
    Plaintiff,
vs.

PHUONG MIMI NGUYEN,

    Defendant.
_____/

## *BILL OF COSTS*

Notice is given that the following Bill of Costs is presented to the bankruptcy clerk for consideration pursuant to Local Rule 7054-1 (or Local Rule 8014-1 for appellate costs) and in accordance with this court's Guidelines for Taxation of Costs by the Clerk.

Judgment was entered in the above entitled action on April 30, 2021 against MELANIE ADAMS and TAYLOR ADAMS.

The clerk of the bankruptcy court is requested to tax the following as costs:

Fees of the clerk .................................................................................................................$_____
Fees for service of summons and complaint ....................................................................$_____
Fees of the court reporter for any and all part of the transcript
necessarily obtained for use in the case……………………………………………………… $ 710.00
Fees for witnesses (itemized on reverse) taxable as costs ..............................................$_____
Fees for exemplifications and copies of papers necessarily obtained for use
  in this case ......................................................................................................................$_____
Filing and Docketing fees for Notice of Appeal ................................................................$_____
Costs incident to taking of depositions taxable as costs (Court Solutions) ................................................................................................................................$150.00
Other costs [Please itemize] ............................................................................................$_____
                                                                                                                                                                                $_____
                                                                                                                                                                                $_____
                                                                                    TOTAL $860.00

### DECLARATION

I, attorney for PHUONG MIMI NGUYEN declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in the action, that the services for which fees have been charged were actually and necessarily performed, that the fees requested are allowable pursuant to this court's Guidelines for Taxation of Costs by the Clerk.

Name and Address of Judgement Debtor:

| 5-14-2021 | /s/ Ricardo A Rodriguez | Ricardo A Rodriguez | 305-262-8226 |
|---|---|---|---|
| Date | Signature of Attorney | Print Name | Phone |

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $_____

CLERK OF COURT

_____          By:_____
Date                       Deputy Clerk

**WITNESS FEES (computation, cf. 28 U.S.C. §1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST EACH WITNESS |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL: | |

### NOTICE

**Section 1924, Title 28, U.S.C. provides:**

LF-41 (rev. 12/01/12)

    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed".

**Section 1920 of Title 28 reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree".

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**

**Bankruptcy Rule 7054(b)**
    "COSTS.   The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides.   Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law.   Costs may be taxed by the clerk on fourteen days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Bankruptcy Rule 9006(f)**
    "ADDITIONAL TIME AFTER SERVICE BY MAIL.   When there is a right or requirement to do some act or undertake some proceedings within a prescribed period after service of a notice or other paper and the notice or paper other than process is served by mail, three days shall be added to the prescribed period".

**Rule 9021, incorporating Federal Rule of Civil Procedure 58**
    "Ordinarily, the entry of judgment may not be delayed . . . in order to tax costs or award fees."

(rev. 12/01/12)